**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF LOUISIANA

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **First NBC Bank Holding Company** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 14-1985604 |
| 4. | Debtor's address | **Principal place of business**<br>210 Barone Street<br>New Orleans, LA 70112<br>Number, Street, City, State & ZIP Code<br><br>Orleans<br>County | **Mailing address, if different from principal place of business**<br>PO Box 61035<br>New Orleans, LA 70161-1035<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>■ Other. Specify: **Bank Holding Company** |

Debtor **First NBC Bank Holding Company**     Case number (*if known*) _____

Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5239

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **First NBC Bank Holding Company**
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **First NBC Bank Holding Company**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2017**
MM / DD / YYYY

X **/s/ Lawrence Blake Jones**
Signature of authorized representative of debtor

**Lawrence Blake Jones**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ William E. Steffes**
Signature of attorney for debtor

Date **May 10, 2017**
MM / DD / YYYY

**William E. Steffes**
Printed name

**Steffes, Vingiello & McKenzie, LLC**
Firm name

**13702 Coursey Boulevard**
**Building 3**
**Baton Rouge, LA 70817**
Number, Street, City, State & ZIP Code

Contact phone **225-751-1751**   Email address _____

**12426**
Bar number and State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Louisiana

In re: **First NBC Bank Holding Company**
Debtor(s)

Case No.
Chapter **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **0001496631**.

2. The following financial data is the latest available information and refers to the debtor's condition on **May 10, 2017**.

   a. Total assets   $ **6,000,000.00**

   b. Total debts (including debts listed in 2.c., below)   $ **65,000,000.00**

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | Amount | Holders |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | | $ 0.00 | 0 |

   d. Number of shares of preferred stock   39,935   Unknown

   e. Number of shares common stock   19,231,427   Unknown

   Comments, if any:

3. Brief description of Debtor's business:
   **Bank holding company.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Castle Creek Capital Partners IV, LP (11.5%)
   Castle Creek Capital IV, LLC (10%)
   John M. Eggemeyer III ((10%)
   Thomas J. Mikesell (10%)
   Mark G. Merlo (10%)
   John Pietrzak (10%)
   FMR, LLC (8.9%)
   BlackRock, Inc. (7.3%)
   Numeric Investors, LLC (5.7%)**

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896

Office of the U.S. Attorney
Eastern District of Louisiana
210 Hale Boggs Federal Building
501 Magazine Street
New Orleans, LA 70130

American Mutual Life Association
Attn: Timothy Percic and Theresa Aveni
19424 South Waterloo Road
Cleveland, OH 44119

Angel Oak Capital Advisors, LLC Fund
Attn: Navid Abghari and Johannes Palsson
3060 Peachtree Street Road, NW
Suite 500
Atlanta, GA 30305

Angel Oak MultiStrategy Income Fund Firm
Attn: Navid Abghari and Johannes Palsson
3060 Peachtree Street Road, NW
Suite 500
Atlanta, GA 30305

Blue Ridge ESOP Associates
154 Hansen Road, Suite 102
Charlottesville, VA 22911

Chrisman & Company
350 South Figueroa, Suite 550
Los Angeles, CA 90071

Cincinnati Insurance Company
Attn: Michael Abrams
6200 South Gilmore Road
Fairfield, OH 45014


Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006-1470


Collector of Revenue
City of New Orleans
City Hall Annex
New Orleans, LA 70112


Consilio
1828 L. St. NW, Suite 1070
Washington, DC 20036


Doug Smith Derivatively & on Behalf
 of First NBC Bank Holding Company
Eric J. O'Bell and Bradley T. Oster
3500 N. Hullen Street
Metairie, LA 70002


Emclair Financial Corp.
The Farmers National Bank of Emlenton
Attn: Matthew Lucco
612 Main Street
Emlenton, PA 16373


Entegra Bank
Attn: David Bright
14 One Center Court
Franklin, NC 28734


Eric R. Kinzler, Individually &
on Behalf of Others Similiarly Situated
c/o Andrew A. Lemmon
PO Box 904
Hahnville, LA 70057


Federated Life Insurance Company
Attn: Donna M. Ennis
PO Box 328
Owatonna, MN 55060-0328

Federated Mutual Insurance Company
Attn: Donna M. Ennis
PO Box 328
Owatonna, MN 55060-0328


Federated Service Insurance Company
Attn: Donna M. Ennis
PO Box 328
Owatonna, MN 55060-0328


Frank J. Johnson
Johnson & Weaver, LLP
600 West Broadway, Suite 1540
San Diego, CA 92101


HoldCo Opportunites Fund II, LP
HoldCo Asset Management, LP
Attn: V. Ghei, M. Zaitzeff & G. Demo
32 Broadway, Suite 1201
New York, NY 10021


Michael I. Fistel, Jr.
Johnson & Weaver, LLP
40 Powder Springs Street
Marietta, GA 30064


Nasdaq Corporate Solutions, LLP
401 Market Street
Philadelphia, PA 19106


Office of The United States Trustee
Eastern District of Louisiana
Region V, Texaco Center
400 Poydras Street, Suite 2110
New Orleans, LA 70130-3238


Pusateri Barrios Guillot & Greenbaum
1100 Poydras Street, Suite 2250
New Orleans, LA 70163


Samuel H. Rudman and Mark K. Blasy
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

Securities & Exchange Commission
Miami Regional Office
Eric I. Bustillo, Regional Director
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Securities & Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Skadden, Arps, Slate,
 Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111

U.S. Bank National Association
Global Corporate Trust Services
Attn: Mauri J. Cowen, Vice President
8 Greenway Plaza, Suite 1100
Houston, TX 77046

U.S. Bank National Association
Global Corporate Trust Services
Attn: Steven Finklea
8 Greenway Plaza, Suite 1100
Houston, TX 77046

U.S. Bank National Association
Global Corporate Trust Services
Attn: Shazia Flores
8 Greenway Plaza, Suite 1100
Houston, TX 77046

U.S. Bank National Association
Global Corporate Trust Services
Attn: Launette Chan
8 Greenway Plaza, Suite 1100
Houston, TX 77046