**Fill in this information to identify the case:**

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): **17-11213**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2017**    X /s/ Lawrence Blake Jones
                                Signature of individual signing on behalf of debtor

                                **Lawrence Blake Jones**
                                Printed name

                                **Chief Restructuring Officer**
                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **First NBC Bank Holding Company** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | **17-11213** |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Mutual Life Association** Attn: Timothy Percic and Theresa Aveni 19424 South Waterloo Road Cleveland, OH 44119 | | | | | | $300,000.00 |
| **Angel Oak Capital Advisors, LLC Fund** Attn: Navid Abghari and Johannes Palsson 3060 Peachtree Street Road, NW Suite 500 Atlanta, GA 30305 | | | | | | $13,500,000.00 |
| **Angel Oak MultiStrategy Income Fund Firm** Attn: Navid Abghari and Johannes Palsson 3060 Peachtree Street Road, NW Suite 500 Atlanta, GA 30305 | | | | | | $0.00 |
| **Blue Ridge ESOP Associates** 154 Hansen Road, Suite 102 Charlottesville, VA 22911 | | | | | | $5,389.27 |
| **Chrisman & Company** 350 South Figueroa, Suite 550 Los Angeles, CA 90071 | | | | | | $0.00 |

Debtor  **First NBC Bank Holding Company**
Name

Case number *(if known)*  **17-11213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cincinnati Insurance Company** Attn: Michael Abrams 6200 South Gilmore Road Fairfield, OH 45014 | | | | | | $6,000,000.00 |
| **Cleary Gottlieb Steen & Hamilton, LLP** One Liberty Plaza New York, NY 10006-1470 | | | | | | $140,437.00 |
| **Consilio** 1828 L. St. NW, Suite 1070 Washington, DC 20036 | | | | | | $124,414.90 |
| **Emclair Financial Corp.** The Farmers National Bank of Emlenton Attn: Matthew Lucco 612 Main Street Emlenton, PA 16373 | | | | | | $500,000.00 |
| **Entegra Bank** Attn: David Bright 14 One Center Court Franklin, NC 28734 | | | | | | $700,000.00 |
| **Eric R. Kinzler, Individually & on Behalf of Others Similiarly Situated** c/o Andrew A. Lemmon PO Box 904 Hahnville, LA 70057 | | **Class Action** | | | | $0.00 |
| **Federated Life Insurance Company** Attn: Donna M. Ennis PO Box 328 Owatonna, MN 55060-0328 | | | | | | $5,000,000.00 |
| **Federated Mutual Insurance Company** Attn: Donna M. Ennis PO Box 328 Owatonna, MN 55060-0328 | | | | | | $5,000,000.00 |

Debtor **First NBC Bank Holding Company**
Name

Case number *(if known)* **17-11213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Federated Service Insurance Company** Attn: Donna M. Ennis PO Box 328 Owatonna, MN 55060-0328 | | | | | | $1,000,000.00 |
| **HoldCo Opportunites Fund II, LP** HoldCo Asset Management, LP Attn: V. Ghei, M. Zaitzeff & G. Demo 32 Broadway, Suite 1201 New York, NY 10021 | | | | | | $8,000,000.00 |
| **Nasdaq Corporate Solutions, LLP** 401 Market Street Philadelphia, PA 19106 | | | | | | $20,655.98 |
| **Pusateri Barrios Guillot & Greenbaum** 1100 Poydras Street, Suite 2250 New Orleans, LA 70163 | | | | | | $1,337.50 |
| **Skadden, Arps, Slate, Meagher & Flom, LLP** 1440 New York Avenue, NW Washington, DC 20005-2111 | | | | | | $265,703.39 |
| **Skadden, Arps, Slate, Meagher & Flom, LLP** 1440 New York Avenue, NW Washington, DC 20005-2111 | | | | | | $376,713.74 |

Debtor **First NBC Bank Holding Company**
Name

Case number *(if known)* **17-11213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **U.S. Bank National Association**<br>**Global Corporate Trust Services**<br>**Attn: Mauri J. Cowen, Vice President**<br>**8 Greenway Plaza, Suite 1100**<br>**Houston, TX 77046** | | **Trustee under Bond Indenture** | | | | $0.00 |