**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

**FIRST NBC BANK HOLDING COMPANY**                    **CASE NO. 17-11213**

                                                                                            **SECTION ___**

        **DEBTOR**                                                                            **CHAPTER 11**

**RULE 1007(A)(1) CORPORATE OWNERSHIP STATEMENT**

**NOW INTO COURT,** comes First NBC Bank Holding Company (the "Debtor"), the debtor-in-possession in the Chapter 11 proceeding referenced above, through undersigned proposed counsel for the Debtor, which submits this statement in compliance with Fed. R. Bankr. P. 1007(a)(1), and to report that there are no existing corporations that own 10% or more of the Debtor's equity interests.

                                                   Respectfully submitted by:

Date:  May 11, 2017                    By: /s/ Barbara B. Parsons
                                                     WILLIAM E. STEFFES (#12426)
                                                     BARBARA B. PARSONS (#28714)
                                                     Steffes, Vingiello & McKenzie, LLC
                                                     13702 Coursey Blvd., Building 3
                                                   Baton Rouge, Louisiana  70817
                                                   Telephone:  (225) 751-1751
                                                   Facsimile:  bparsons@steffeslaw.com

                                                 *Proposed Attorneys for Debtor*