UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

    DEBTOR                              CHAPTER 11

## ORDER

Considering the *Ex Parte Motion for Extension of Time Within Which to File Schedules and Statement of Financial Affairs* [P-26] filed by First NBC Bank Holding Company ("Debtor"), debtor herein; and applicable law;

IT IS HEREBY ORDERED that the deadline within which the Debtor must file its Schedules, Statement of Financial Affairs and related pleadings is extended until June 7, 2017.

IT IS FURTHER ORDERED that counsel for Mover shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 23, 2017.

                                        Hon. Elizabeth W. Magner
                                        U.S. Bankruptcy Judge