**Fill in this information to identify the case:**

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): **17-11213**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 7, 2017**    X **/s/ Lawrence Blake Jones**
Signature of individual signing on behalf of debtor

**Lawrence Blake Jones**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): **17-11213**

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Mutual Life Association Attn: Timothy Percic and Theresa Aveni 19424 South Waterloo Road Cleveland, OH 44119 | | | | | | $300,000.00 |
| Angel Oak Capital Advisors, LLC Fund Attn: Navid Abghari and Johannes Palsson 3060 Peachtree Street Road, NW Suite 500 Atlanta, GA 30305 | | | | | | $13,500,000.00 |
| Angel Oak MultiStrategy Income Fund Firm Attn: Navid Abghari and Johannes Palsson 3060 Peachtree Street Road, NW Suite 500 Atlanta, GA 30305 | | | | | | $0.00 |
| Blue Ridge ESOP Associates 154 Hansen Road, Suite 102 Charlottesville, VA 22911 | | | | | | $5,389.27 |
| Chrisman & Company 350 South Figueroa, Suite 550 Los Angeles, CA 90071 | | | | | | $0.00 |

Debtor **First NBC Bank Holding Company**
Name

Case number *(if known)* **17-11213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cincinnati Insurance Company Attn: Michael Abrams 6200 South Gilmore Road Fairfield, OH 45014 | | | | | | $6,000,000.00 |
| Cleary Gottlieb Steen & Hamilton, LLP One Liberty Plaza New York, NY 10006-1470 | | | | | | $140,437.00 |
| Consilio 1828 L. St. NW, Suite 1070 Washington, DC 20036 | | | | | | $124,414.90 |
| Doug Smith Derivatively & on Behalf of First NBC Bank Holding Company Eric J. O'Bell and Bradley T. Oster 3500 N. Hullen Street Metairie, LA 70002 | | Derivative Action | | | | $0.00 |
| Emclair Financial Corp. The Farmers National Bank of Emlenton Attn: Matthew Lucco 612 Main Street Emlenton, PA 16373 | | | | | | $500,000.00 |
| Entegra Bank Attn: David Bright 14 One Center Court Franklin, NC 28734 | | | | | | $700,000.00 |
| Federated Life Insurance Company Attn: Donna M. Ennis PO Box 328 Owatonna, MN 55060-0328 | | | | | | $5,000,000.00 |

Debtor **First NBC Bank Holding Company**
Name

Case number *(if known)* **17-11213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Federated Mutual Insurance Company Attn: Donna M. Ennis PO Box 328 Owatonna, MN 55060-0328 | | | | | | $5,000,000.00 |
| Federated Service Insurance Company Attn: Donna M. Ennis PO Box 328 Owatonna, MN 55060-0328 | | | | | | $1,000,000.00 |
| HoldCo Opportunites Fund II, LP HoldCo Asset Management, LP Attn: V. Ghei, M. Zaitzeff & G. Demo 32 Broadway, Suite 1201 New York, NY 10021 | | | | | | $8,000,000.00 |
| Nasdaq Corporate Solutions, LLC 1 Liberty Plaza 164 Boradway New York, NY 10006 | | | | | | $20,655.98 |
| PricewaterhouseCoopers, LLP Attn: Brian M. Hydrick 214 North Tryon Street, Suite 4200 Charlotte, NC 28202 | | | | | | $122,920.00 |
| Pusateri Barrios Guillot & Greenbaum 1100 Poydras Street, Suite 2250 New Orleans, LA 70163 | | | | | | $1,337.50 |
| Skadden, Arps, Slate, Meagher & Flom, LLP 1440 New York Avenue, NW Washington, DC 20005-2111 | | | | | | $265,703.39 |

Debtor **First NBC Bank Holding Company**  
Name

Case number *(if known)* **17-11213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Skadden, Arps, Slate, Meagher & Flom, LLP 1440 New York Avenue, NW Washington, DC 20005-2111** | | | | | | $376,713.74 |

**Fill in this information to identify the case:**

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): **17-11213**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 587,322.15

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 587,322.15

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 41,057,571.78

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                                          $ 41,057,571.78

**Fill in this information to identify the case:**

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-11213

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

   3.1. Nationwide (Value as of 5/31/2017.) | Mutual Funds (First NBC Bank NQDC Trust) | 6164 | $587,322.15

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $587,322.15
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. Claim for insurer reimbursement of professional fees paid by the Debtor. | Unknown

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** | $0.00
   Add lines 7 through 8. Copy the total to line 81.

Official Form 206A/B — Schedule A/B Assets - Real and Personal Property — page 1

Debtor **First NBC Bank Holding Company**     Case number *(If known)* **17-11213**
       Name

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 299,000.00 | − | 299,000.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | − | 0.00 | = .... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                **$0.00**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

Debtor **First NBC Bank Holding Company**      Case number *(If known)* **17-11213**
       Name

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Potential tax attributes (NOLs). | Unknown | | Unknown |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                             **$0.00**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **First NBC Bank Holding Company**     Case number *(If known)* **17-11213**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $587,322.15 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9..................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $587,322.15 | + 91b.   $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $587,322.15 |

**Fill in this information to identify the case:**

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-11213

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): **17-11213**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>American Mutual Life Association<br>Attn: Timothy Percic and Theresa Aveni<br>19424 South Waterloo Road<br>Cleveland, OH 44119<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $300,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Angel Oak Capital Advisors, LLC Fund<br>Attn: Navid Abghari and Johannes Palsson<br>3060 Peachtree Street Road, NW<br>Suite 500<br>Atlanta, GA 30305<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $13,500,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Angel Oak MultiStrategy Income Fund Firm<br>Attn: Navid Abghari and Johannes Palsson<br>3060 Peachtree Street Road, NW<br>Suite 500<br>Atlanta, GA 30305<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Blue Ridge ESOP Associates<br>154 Hansen Road, Suite 102<br>Charlottesville, VA 22911<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,389.27 |

| Debtor | **First NBC Bank Holding Company** | Case number (if known) | **17-11213** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Chrisman & Company**<br>**350 South Figueroa, Suite 550**<br>**Los Angeles, CA 90071**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Cincinnati Insurance Company**<br>**Attn: Michael Abrams**<br>**6200 South Gilmore Road**<br>**Fairfield, OH 45014**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,000,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Cleary Gottlieb Steen & Hamilton, LLP**<br>**One Liberty Plaza**<br>**New York, NY 10006-1470**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$140,437.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Consilio**<br>**1828 L. St. NW, Suite 1070**<br>**Washington, DC 20036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$124,414.90** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Doug Smith Derivatively & on Behalf**<br>**of First NBC Bank Holding Company**<br>**Eric J. O'Bell and Bradley T. Oster**<br>**3500 N. Hullen Street**<br>**Metairie, LA 70002**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Derivative Action**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Emclair Financial Corp.**<br>**The Farmers National Bank of Emlenton**<br>**Attn: Matthew Lucco**<br>**612 Main Street**<br>**Emlenton, PA 16373**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$500,000.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Entegra Bank**<br>**Attn: David Bright**<br>**14 One Center Court**<br>**Franklin, NC 28734**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$700,000.00** |

Debtor **First NBC Bank Holding Company**     Case number (if known) **17-11213**
    Name

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Eric R. Kinzler, Individually &**<br>**on Behalf of Others Similiarly Situated**<br>**c/o Andrew A. Lemmon**<br>**PO Box 904**<br>**Hahnville, LA 70057**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Class Action**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Federated Life Insurance Company**<br>**Attn: Donna M. Ennis**<br>**PO Box 328**<br>**Owatonna, MN 55060-0328**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Federated Mutual Insurance Company**<br>**Attn: Donna M. Ennis**<br>**PO Box 328**<br>**Owatonna, MN 55060-0328**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000,000.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Federated Service Insurance Company**<br>**Attn: Donna M. Ennis**<br>**PO Box 328**<br>**Owatonna, MN 55060-0328**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000,000.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Georgia Commissioner of Insurance**<br>**c/o Hanks & Brooks, LLC**<br>**3500 Piedmont Road, NE**<br>**Two Securities Center, Suite 320**<br>**Atlanta, GA 30305**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**HoldCo Opportunites Fund II, LP**<br>**HoldCo Asset Management, LP**<br>**Attn: V. Ghei, M. Zaitzeff & G. Demo**<br>**32 Broadway, Suite 1201**<br>**New York, NY 10021**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,000,000.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Nasdaq Corporate Solutions, LLC**<br>**1 Liberty Plaza**<br>**164 Boradway**<br>**New York, NY 10006**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,655.98** |

Debtor **First NBC Bank Holding Company**     Case number (if known) **17-11213**
    Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**PricewaterhouseCoopers, LLP**<br>**Attn: Brian M. Hydrick**<br>**214 North Tryon Street, Suite 4200**<br>**Charlotte, NC 28202**<br>Date(s) debt was incurred **January - April 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$122,920.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Pusateri Barrios Guillot & Greenbaum**<br>**1100 Poydras Street, Suite 2250**<br>**New Orleans, LA 70163**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,337.50** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Skadden, Arps, Slate,**<br> **Meagher & Flom, LLP**<br>**1440 New York Avenue, NW**<br>**Washington, DC 20005-2111**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$376,713.74** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Skadden, Arps, Slate,**<br> **Meagher & Flom, LLP**<br>**1440 New York Avenue, NW**<br>**Washington, DC 20005-2111**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$265,703.39** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**U.S. Bank National Association**<br>**Global Corporate Trust Services**<br>**8 Greenway Plaza, Suite 1100**<br>**Houston, TX 77046**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trustee under Bond Indenture**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Frank J. Johnson**<br>**Johnson & Weaver, LLP**<br>**600 West Broadway, Suite 1540**<br>**San Diego, CA 92101** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Kimberly S. Cohen**<br>**Ira H. Goldman**<br>**Shipman & Goodwin, LLP**<br>**One Constitution Plaza**<br>**Hartford, CT 06103-1919** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |

Debtor **First NBC Bank Holding Company** Case number (if known) **17-11213**
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Michael I. Fistel, Jr.<br>Johnson & Weaver, LLP<br>40 Powder Springs Street<br>Marietta, GA 30064 | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Samuel H. Rudman and Mark K. Blasy<br>Robbins Geller Rudman & Dowd, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 41,057,571.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 41,057,571.78 |

**Fill in this information to identify the case:**

Debtor name: **First NBC Bank Holding Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-11213

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **First NBC Bank Holding Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **17-11213**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |