# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **First NBC Bank Holding Company**  Case No. **17-11213**
Debtor(s)  Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Debtor is a publicly traded company; thus, only parties known to hold greater than 5% interest in the Debtor are identified.** | | | |
| **BlackRock, Inc.**<br>55 East 52nd Street<br>New York, NY 10055 | Voting | 7.3% | |
| **Castle Creek Capital IV, LLC**<br>PO Box 1329<br>Rancho Santa Fe, CA 92067 | Voting | 10% | |
| **Castle Creek Capital Partners IV, LP**<br>PO Box 1329<br>Rancho Santa Fe, CA 92067 | Voting | 11.5% | |
| **FMR, LLC**<br>245 Summer Street<br>Boston, MA 02210 | Voting | 8.9% | |
| **John M. Eggemeyer, III**<br>PO Box 1329<br>Rancho Santa Fe, CA 92067 | Voting | 10% | |
| **John Pietrzak**<br>5335 Meadows Road, Suite 201<br>Lake Oswego, OR 97035 | Voting | 10% | |
| **Mark G. Merlo**<br>4500 Mercantile Plaza Drive, Suite 300<br>Fort Worth, TX 76137 | Voting | 10% | |
| **Numeric Investors, LLC**<br>470 Atlantic Avenue<br>Boston, MA 02210 | Voting | 5.7% | |
| **Thomas J. Mikesell**<br>51 West 52nd Street, 14th Floor<br>New York, NY 10019 | Voting | 10% | |
| **US Dept. of the Treasury**<br>c/o Serajul F. Ali, US Dept. of Justice<br>PO Box 875<br>Ben Franklin Station<br>Washington, DC 20044 | | | **Preferred Stock** |

In re: **First NBC Bank Holding Company**   Case No. **17-11213**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer** of the Bank Holding Company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 7, 2017**    Signature **/s/ Lawrence Blake Jones**
   **Lawrence Blake Jones**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.