# MONTHLY OPERATING REPORT
## CHAPTER 11

CASE NAME: First NBC Bank Holding Company

CASE NUMBER: 17-11213      For Period  08/01  to  08/31 , 20 17 .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 10/13/2017
            (date)

Debtor(s)*: First NBC Bank Holding Company

By:** _[signature]_

Position: Chief Restructuring Officer

Name of preparer: Lawrence Blake Jones

Telephone No. of Preparer (504) 525-4361

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
3/11

**Schedule 2-B**
**Case Number: 17-11213**
**First NBC Bank Holding Company**
August 2017 MOR - Balance Sheet

### Comparative Balance Sheet

| | 11-May-17 | 31-May-17 | 30-Jun-17 | 31-Jul-17 | 31-Aug-17 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash | $ 71,758 | $ 65,407 | $ 65,387 | $ 71,757.53 | $ 666,240.12 |
| Accounts Receivable | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 |
| Prepaid expenses | | | | | |
| Other | $ 587,322 | $ 587,322 | $ 587,322 | $ 587,322 | $ - |
| | $ - | $ - | | | |
| **Total Assets** | $ 2,728,439 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 |
| **Liabilities** | | | | | |
| Post-petition liabilities: | | | | | |
| Accounts Payable | $ - | $ 24,386 | $ 59,555 | $ 81,432 | $ 128,716 |
| Pre-petition liabilities: | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | |
| **Total Liabilities** | $ 61,057,572 | $ 61,081,958 | $ 61,117,126 | $ 61,139,004 | $ 61,186,288 |
| **Equity** | $ (58,329,133) | $ (58,359,870) | $ (58,395,059) | $ (58,410,565) | $ (58,450,688) |
| **Total Liabilities & Equity** | $ 2,728,439 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number:** 17-11213
**MONTHLY OPERATING REPORT**
**Activity from: 8/1/17 to 8/31/2017**

Schedule 2-D

| | Operating Acct # ***477 [A] | Capital Acct # ***628 [A] | Capital Custodial Acct # ***838 [A] | DIP Acct#***284 [B] | Monthly Total Aug-17 |
|---|---|---|---|---|---|
| 1. BANK/BOOK BALANCE AS OF 8/1/17 | 65,187 | 100 | 100 | 6,371 | 71,758 |
| 2. RECEIPTS | 0 | 0 | 0 | 596,149 | 596,149 |
| 3. TRANSFERS IN (Internal Transfers) | 0 | 0 | 0 | 65,387 | 65,387 |
| 4. DISBURSEMENTS | | | | | |
| a. U.S. Trustee Quarterly Fees | 0 | 0 | 0 | 0 | 0 |
| b. All Other Disbursements | | 0 | 0 | -1,666 | -1,666 |
| 5. TRANSFERS OUT (Internal Transfers) | -65,187 | -100 | -100 | 0 | -65,387 |
| NET CHANGE IN CASH | -65,187 | -100 | -100 | 659,869 | 594,483 |
| BOOK BALANCE AS OF 8/31/17 | 0 | 0 | 0 | 666,240 | 666,240 |
| ADD: OUTSTANDING CHECKS | 0 | 0 | 0 | 0 | 0 |
| 4. BANK BALANCE AS OF 8/31/17 | 0 | 0 | 0 | 666,240 | 666,240 |

**Notes:**
[A] Whitney Bank Account – transferred upon closure of FNBC Bank
[B] Regions Bank- Debtor-in-possession Account

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number:** 17-11213
Schedule 2-D
Quarterly U.S. Trustee Fees

## Quarterly Fee Schedule

| Month Ended | Aug-17 | |
|---|---|---|
| | Cash Disbursements | Quarterly Fee |
| January | | |
| February | | |
| March | | |
| | | |
| April | $0 | |
| May | $20 | |
| June | $20 | |
| **Total** | **$40** | $325 |
| | | |
| July | $98 | |
| August | $1,666 | |
| September | | |

Case Name: *In re First NBC Bank Holding Company*
Case Number: 17-11213
**MONTHLY OPERATING REPORT**
**Activity from: 8/1/17 to 8/31/2017**
**Schedule 2-D**

**Statement of Receipts and Disbursements**
**As of August 31, 2017**

**Receipts**

| | | |
|---|---:|---|
| | $ 593,686.84 | NQDC funds |
| | $ 65,387 | intra company transfer from pre-pe ti tion account |
| | $ 2,462 | refunds |
| **Total Receipts** | $ 661,536 | |

**Disbursements**

| | | |
|---|---:|---|
| Post petition Payables | $ (1,666) | |
| **Total Disbursements** | $ (1,666) | |

| | | |
|---|---:|---|
| **Net Change** | $ 659,869 | |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-D

## Disbursement Journal
### Aug-17

**Operating Account #xxxxx0628**

| Date | Check# | Payee | Description | Disbursement Amount | Intra-co Transfer Amount |
|---|---|---|---|---|---|
| 8/30/2017 | | FNBC DIP | Transfer to DIP account | | (65,186.69) |

**Operating Account #xxxxx0628**

| Date | Check# | Payee | Description | Disbursement Amount | Intra-co Transfer Amount |
|---|---|---|---|---|---|
| 8/30/2017 | | FNBC DIP | Transfer to DIP account | | (100.00) |

**Operating Account #xxxxx0628**

| Date | Check# | Payee | Description | Disbursement Amount | Intra-co Transfer Amount |
|---|---|---|---|---|---|
| 8/30/2017 | | FNBC DIP | Transfer to DIP account | | (100.00) |

**Subtotal - Operating Account Intra-co transfers** $ (65,386.69)

**Regions DIP Account #xxxxxx5284**

| Date | Check# | Payee | Description | Disbursement Amount |
|---|---|---|---|---|
| 8/22/2017 | 1002 | J Bennett | return of funds | $ (1,506.43) |
| 8/8/2017 | 1004 | LA Secretary of State | annual report fee | $ (30.00) |
| 8/25/2017 | 1005 | Society of LA Public Accountants | panel request fee | $ (100.00) |
| 8/28/2017 | EFT | Regions Bank | analysis charge | $ (30.00) |

**Subtotal - DIP Account Disbursements** $ (1,666.43)

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**

**MONTHLY OPERATING REPORT**
**Activity from: 8/1/17 to 8/31/2017**
**Schedule 2-E**

**POST-PETITION ACCOUNTS PAYABLE AGING REPORT**

| | | |
|---|---|---|
| Trade payables | $ | - |
| Professional Fees | $ | 128,716 |
| Total | $ | 128,716 |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-E
SUPPORTING SCHEDULE
For Period August 1, 2017 to August 31, 2017

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | AMOUNT DUE |
|---|---|
| Zurich American Insurance Company | $ 2,069,359 |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-E

SUPPORTING SCHEDULES
For Period August 1, 2017 to August 31, 2017

### INSURANCE SCHEDULE

The Debtor does not own or lease any property; nor, does the Debtor maintain any employees. Accordingly, the Debtor believes that there are no assets for which insurance coverage is required.

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-F

<u>**Narrative**</u>

Pursuant to the Bankruptcy Court's order entered August 22, 2017, Whitney Bank transferred to the Debtor the funds held by Whitney Bank, as successor trustee of the First NBC Bank Holding Company Nonqualified Deferred Compensation Trust. On August 29, 2017, the FDIC filed a motion to reconsider the August 22, 2017 order.