# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 17-11213 |
| FIRST NBC BANK HOLDING COMPANY | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### ORDER GRANTING FIRST INTERIM APPLICATION OF STEWART ROBBINS & BROWN, LLC FOR ALLOWANCE OF FEES AND EXPENSES

Upon consideration of the First Interim Final Application of Stewart Robbins & Brown, LLC for Allowance of Fees and Expenses as attorneys for the Official Committee of Unsecured Creditors of First NBC Bank Holding Company (the "*Committee*") [P-246] and having come before the Court on December 15, 2017 without opposition; and upon careful review of the record, including the Application, and accompanying exhibits, the lack of timely opposition, and other good and sufficient cause appearing therefore;

**IT IS ORDERED** that the Application is granted; and

**IT IS FURTHER ORDERED** that Stewart Robbins and Brown, LLC and the United States Trustee have agreed on a reduction of $427.50 of travel time for Brooke W. Altazan and $165.00 in paraprofessional clerical time; the amount of award is hereby the sum of $65,671.87, for services and expenses rendered by them, representing $3,192.87 for expenses and $62,479.00 for attorney's fees; and that the approved amounts for fees and expenses ($65,671.87) are hereby allowed, on an interim basis, as a Chapter 11 administrative expense; and

**IT IS FURTHER ORDERED** that the estate may pay this award from available funds.

**IT IS FURTHER ORDERED** that counsel for the Trustee shall serve this Order on the required parties who will not receive notice through the ECF System pursuant to the Bankruptcy and Local Rules and file a Certificate of Service to that effect within three (3) business days.

New Orleans, Louisiana, December 18, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge