**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | ) Case No. 17-11213 |
| FIRST NBC BANK HOLDING COMPANY, | ) Section "A" |
| Debtor. | ) Chapter 11 |

***AMENDED* SECOND MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY RULE 9019(a) APPROVING SETTLEMENT AGREEMENT**

NOW INTO COURT, through undersigned counsel, comes First NBC Bank Holding Company (the "Debtor"), who hereby amends its *Second Motion for Entry of Order Pursuant to Bankruptcy Rule 9019(a) Approving Settlement Agreement* [Doc. 417] ("Second 9019 Motion") to withdraw one of the three proposed settlement agreements resolving claims by and against the Debtor in connection with the Georgia Litigation; and, in support thereof respectfully represents as follows:

1.

On March 20, 2018, the Debtor filed its original *Motion for Entry of Order Pursuant to Bankruptcy Rule 9019(A) Approving Settlement Agreement* [Doc. 363] requesting approval of a settlement agreement resolving the Georgia Litigation (the "Original 9019 Motion"). The Court granted the Original 9019 Motion on April 10, 2018 [Doc. 380] and approved a settlement agreement ("Zurich Settlement Agreement") among the named parties to the Georgia Litigation as well as the Debtor's insurer, Zurich American Insurance Company ("Zurich"). *See* Original Order, attached hereto as **Exhibit 1**.

2.

Since entry of the Original Order approving the Original 9019 Motion, other insurers involved in the Georgia Litigation have expressed concern that the release of their insureds, granted by the Debtor in the Zurich Settlement Agreement, was unclear and thus release of the insurers had not been secured through the Zurich Settlement Agreement. Specifically, Endurance American Specialty Insurance Company ("Endurance") insured SCIC as the Named Insured under a claims-made and reported Professional Liability Policy, Policy Number PPL10003070501, effective from 3/23/2012 through 3/23/2013; and, Endurance now requires the Debtor to fully release it and its insureds from any and all claims that were asserted or which could have been asserted through the Georgia Litigation. In addition, Philadelphia Indemnity Insurance Company ("Philadelphia") insured Key Financial Holdings, Inc. as the Named Insured, and Key Claims, Key Network, O'Dom, Sivley, Robinson, Peacock, and Olsen as additional insureds, under a claims-made and reported Private Company Protection policy, Policy Number PHSD765128, effective from 9/20/2012 through 9/20/2013; and, Philadelphia now requires the Debtor to fully release it and its insureds from any and all claims that were asserted or which could have been asserted through the Georgia Litigation.

3.

Through the Second 9019 Motion, the Debtor seeks entry of an order, substantially in the form attached hereto as **Exhibit 2** (the "Proposed Order"), pursuant to Bankruptcy Rule 9019, approving the Settlement Agreements involving Endurance and Philadelphia. True and correct copies of the *Endurance Settlement Agreement* (with limited redaction) and the *Philadelphia Settlement Agreement* (with limited redaction) were attached to the *Second 9019 Motion* as Exhibit B and Exhibit C, respectively. ***The Debtor hereby withdraws the amended Settlement Agreement***

***involving Zurich, attached to the Second 9019 Motion as Exhibit A.*** The Debtor maintains that the original Zurich Settlement Agreement, approved by this Court on April 10, 2018 [Doc. 380] is valid and binding upon the parties; and, through counsel, Zurich has advised the Debtor that no changes to said agreement are required.

4.

The Settlement Agreements involving Endurance and Philadelphia satisfy the standards for approval; and, no changes to the Zurich Settlement Agreement, approved by this Court on April 10, 2018 are required. For the reasons set forth herein and in the *Second 9019 Motion*, the Endurance and Philadelphia Settlement Agreements should be approved under Rule 9019(a) as a valid exercise of the Debtor's reasonable business judgment and as being in the best interests of the estate and all parties in interest.

WHEREFORE, the Debtor respectfully requests that this Court: (a) enter the Proposed Order granting the relief requested herein; and (b) grant such other and further relief as this Court may deem proper and just.

Respectfully submitted by:

/s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Fax: (225) 751-1998
Email: bparsons@steffeslaw.com

*Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                              SECTION A

DEBTOR                                            CHAPTER 11

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing *Amended Second Motion for Entry of Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement* has been served via E-mail through this Court's CM/ECF Electronic Notification System to the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

I hereby further certify that a copy of the motion has been served upon the Debtor, the Office of the US Trustee, members of and counsel for the Unsecured Creditors' Committee; and, all parties requesting notice, as shown on the attached mailing list, by depositing same in the U.S. mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 2nd day of August, 2018.

/s/ Ashley D. Kujawa
Ashley D. Kujawa