UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **FIRST NBC BANK HOLDING COMPANY** | **17-11213**<br>SECTION A |
| DEBTOR | CHAPTER 11 |

## ORDER

On December 4, 2018, a hearing on First NBC Bank Holding Company's First Amended Disclosure Statement (P-461), came before this Court and was converted to a status conference.

Appearances were made by:

    Kimberly Cohen, counsel for the U.S. Bank as Indentured Trustee;
    Christopher T. Caplinger, counsel for lead plaintiffs in Securities Class Action;
    Barbara B. Parsons, counsel for NBC Bank Holding Company ("Debtor");
    William E. Steffes, counsel for NBC Bank Holding Company ("Debtor");
    Jamie Cangelosi, counsel for Committee of Unsecured Creditors
    Amanda B. George, counsel for U.S. Trustee;
    Jeffrey D. Sternklar, counsel for the Official Committee of Unsecured Creditors.

IT IS ORDERED that all of the above proceedings be continued to January 31, 2018 at 10:00 A.M. at 500 Poydras Street, Suite B-709 New Orleans, Louisiana.

New Orleans, Louisiana, December 4, 2018.

                                      Hon. Elizabeth W. Magner
                                      U.S. Bankruptcy Judge