**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | **CASE NO. 17-11213** |
| | **SECTION A** |
| **DEBTOR** | **CHAPTER 11** |

JOINT *EX PARTE* MOTION TO CONTINUE STATUS CONFERENCE AND HEARINGS ON APPROVAL OF DEBTOR'S AND COMMITTEE'S DISCLOSURE STATEMENTS

**NOW INTO COURT**, through undersigned counsel, comes First NBC Bank Holding Company (the "***Debtor***") and the Official Committee of Unsecured Creditors of First NBC Bank Holding Company (the "***Committee***") who jointly move this Court, ex parte, to continue the hearing on the First Amended Disclosure Statement Relating to Chapter 11 Plan of First NBC Bank Holding Company [P-390] (the "Debtor's Disclosure Statement") and the Disclosure Statement for the Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of First NBC Bank Holding Company dated March 14, 2018 [P-359] (the "Committee's Disclosure Statement") for a period of thirty (30) days. In support thereof, the Debtor and Committee jointly aver as follows:

1.

The Debtor originally filed its plan and the accompanying disclosure statement on March 14, 2018 [P-357, 358]. The Debtor subsequently filed an amended plan and the Debtor's Disclosure Statement on May 3, 2018 [P-389, 390].

2.

The Committee filed its plan and the Committee's Disclosure Statement on March 14, 2018 [P-359, 360].

3.

By Orders entered March 26, 2018, this Court fixed the hearings ("Hearings") on both the Debtor's Disclosure Statement and the Committee's Disclosure Statement for May 31, 2018 at 9:00 a.m. [P-366, 367]. Thereafter, upon previously filed *Joint Motions* of the Committee and the Debtor, the Court continued the hearings until August 3, 3018, and then again until October 3, 2018 [P-427]. Following the most recent status conference on this matter, held on December 4, 2018, the Court continued the Disclosure Statement Hearings and related status conference until January 31, 2018 [P-481].

4.

As represented to the Court on December 4, 2018, the Debtor and the Committee have actively engaged in discussions in furtherance of a joint plan; however, a final agreement had not yet been reached by the time of the most recent Hearings. In addition, the parties advised the Court regarding multiple issues that would need to be addressed before any such plan could be formalized, including reaching an agreement with the U.S. Department of Treasury ("Treasury") with respect to its preferred stock in the Debtor. Due to the government shutdown, however, the parties have been unable to engage in discussions with Treasury. *See* Correspondence with Treasury, attached hereto as <u>Exhibit A</u>, confirming that discussions cannot proceed during the government shutdown.

5.

At this time, the parties remain hopeful that they will be able to reach a final agreement for the structure of a joint plan of reorganization. However, there still remain unresolved issues, particularly those related to Treasury's preferred stock, which must be addressed before such an agreement can be achieved. Due to the unforeseen delay associated with the government shutdown, the parties request additional time to address these issues and continue efforts to reach a final agreement regarding a joint plan. The Debtor and Committee, therefore, jointly request that the hearings on the Debtor's and Committee's Disclosure Statements be continued for a period of an additional 30 days, to allow the parties sufficient time to reach an agreement with Treasury regarding its preferred stock and to address remaining unresolved issues with respect to formulation of a joint plan. The Debtor and Committee further request that all deadlines for pleadings and papers responsive to such Disclosure Statements be reset accordingly.

**WHEREFORE**, the Debtor and Committee pray that this Court continue hearing on the Debtor's Disclosure Statement and the Committee's Disclosure Statement for a time convenient to this Court, but no less than 30 days from January 31, 2019, and further that any responsive pleading deadlines be extended for all parties in interest to accord with such rescheduled hearing date. The Debtor and Committee further pray for such other relief deemed equitable and just under the circumstances.

Respectfully Submitted By:

/s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C**.
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com

*Counsel for Debtor*


Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

**STEWART ROBBINS & BROWN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998

Email: dstewart@stewartrobbins.com

By: /s/ P. Douglas Stewart, Jr.
    P. DOUGLAS STEWART, JR. #24661
    BRANDON A. BROWN #25592

*Counsel to the Official Committee of Unsecured Creditors of First NBC Bank Holding Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

**FIRST NBC BANK HOLDING COMPANY**      CASE NO. 17-11213

     SECTION A

**DEBTOR**      CHAPTER 11

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the forgoing *Joint Ex Parte Motion to Continue Hearing on Approval of Debtor's and Committee's Disclosure Statements* has been served via E-mail through this Court's CM/ECF Electronic Notification System to the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

I hereby further certify that a copy of the motion has been served upon all creditors and interested parties who do not receive notice through this Court's CM/ECF Electronic Notification System, as shown on the attached mailing list, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 25th day of January, 2019.

/s/ Ashley D. Kujawa
Ashley D. Kujawa