UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **FIRST NBC BANK HOLDING COMPANY** | **17-11213** <br> SECTION A |
| DEBTOR | CHAPTER 11 |

## ORDER

Considering the Joint Ex Parte Motion to Continue Status Conference and Hearings on Approval of Debtor's and Committee's Disclosure Statements (P-501) ("Motion") and the reasons stated therein,

**IT IS ORDERED** that the Motion is DENIED and that the status conference be held at its originally scheduled day and time, January 31, 2019 at 10:00 A.M. at 500 Poydras Street, Suite B-709 New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that counsel for Mover shall immediately serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect.

New Orleans, Louisiana, January 29, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge