UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                                       CASE NO.

**FIRST NBC BANK HOLDING COMPANY**                             **17-11213**
                                                                                                       SECTION A

DEBTOR                                                                              CHAPTER 11

## ORDER FOLLOWING STATUS CONFERENCE

      On January 31, 2019, a status conference was held, where Barbara B. Parsons and William E. Steffes attended as representatives for the Debtor, First NBC Bank Holding Company, Amanda George attended as representative for the U.S. Trustee, Jeffrey D. Sternklar and Jamie Cangelosi attended as representatives for the Official Committee of Unsecured Creditors, Christopher T. Caplinger attended as representative for lead plaintiffs in Securities Class Action, and Nicholas Katsonis as representative for Federal Deposit Insurance Corporation (FDIC). It was agreed that the litigation trust documents would be drafted by the end of next week.

      IT IS ORDERED that a status conference will be held on March 8, 2019 at 10:00 a.m. at 500 Poydras Street, Suite B-709 New Orleans, Louisiana.

      IT IS FURTHER ORDERED that the Debtor will file a disclosure statement and plan by no later than April 17, 2019. The tentative hearing date for the disclosure statement is May 17, 2019 at 10:00 a.m. at 500 Poydras Street, Suite B-709 New Orleans, Louisiana.

      New Orleans, Louisiana, January 31, 2019.

                                                                    Hon. Elizabeth W. Magner
                                                                    U.S. Bankruptcy Judge