UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:

FIRST NBC BANK HOLDING COMPANY,   Chapter 11

    Debtor.   Case No. 17-11213

_____

**EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM BY DIRECTORS AND FORMER DIRECTORS WILLIAM D. AARON, JR., HERBERT ANDERSON, DALE ATKINS, JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON GIORGIO, JR., GRISH ROY PANDIT, SHIVAN GOVINDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA, MARK MERLO, HERMANN MOYSE, III, JAMES RODDY, DR. CHARLES TEAMER, SR., JOSEPH TOOMY AND RICHARD M. WILKINSON TO THE OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (REC. DOC. 515) AND THE CONDITIONAL OBJECTION OF LEAD PLAINTIFFS (REC. DOC. 517)**

On February 8, 2019, William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson ("Movants"), all of whom are directors and/or former directors of First NBC Bank Holding Company ("Debtor") and/or of its wholly-owned subsidiary, First NBC Bank (the "Bank"), by and through undersigned counsel, filed a Motion and Incorporated Memorandum of Law For: Declaratory Relief Increasing the "Soft Cap" to Permit the Payment and/or Advancement of Defense Costs and Other Loss from the Proceeds of the Directors and Officers Liability Insurance Policies (Rec. Doc. 506). Movants now seek leave to filed the attached Reply Memorandum to respond to the:

1

(1) Opposition of the Official Committee of Unsecured Creditors of First NBC Bank Holding Company to the Motion for Declaratory Relief increasing the "Soft Cap" to Permit the Payment and/or Advancement of Defense Costs and Other Loss from the Proceeds of the Directors and Officers Liability Insurance Policies ( Rec. Doc. 515) and

(2) Conditional Objection to Motion and Incorporated Memorandum of Law for: Declaratory Relief Increasing the "Soft Cap" to Permit the Payment and/or Advancement of Defense Costs and Other Loss from the Proceeds of the Directors and Officers Liability Insurance Policies (Rec. Doc. 517).

Movants' Reply Memorandum addresses the Committee's and Lead Plaintiffs' assertions, and Movants believe the Reply will assist the Court with regard to the "Payment Priority" provision contained in the insurance policies at issue and the relief Movants seek in their Motion (Rec. Doc. 506).

Movants contacted both objectors to obtain their consent to this ex parte motion. The Official Committee of Unsecured Creditors has consented. Lead Plaintiffs have neither consented nor objected.

**WHEREFORE,** for the reasons stated above, the Movants respectfully request that this Court grant this Ex Parte Motion for Leave to File Reply and allow the attached Reply Memorandum to be filed in this matter.

Date: March 6, 2019.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Jan M. Hayden*
Jan M. Hayden (#06672)
Nancy Scott Degan (#01819)
Brian M. Ballay (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

Counsel for William D. Aaron, Jr., Dale Atkins, Herbert Anderson, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System and by First Class Mail upon the parties on the attached service list who do not receive notice through the CM-ECF system.

New Orleans, Louisiana, this 6th day of March 2019.

<i>/s/ Jan M. Hayden</i><br>
Jan M. Hayden

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the parties identified below via the Court's CM/ECF system this 6th day of March, 2019.

/s/ Jan M. Hayden
Jan M. Hayden

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank: sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com; malka.zeefe@dentons.com
Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov
A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com, jdelage@stewartrobbins.com; kheard@stewartrobbins.com
Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com
Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com, akass@reasonoverllc.com; kreasonover@reasonoverllc.com
Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com, kheard@stewartrobbins.com; jdelage@stewartrobbins.com
Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com, mlopez@lawla.com
Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com
Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com, vicki.owens@arlaw.com;mary.cuenca@arlaw.com
Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com, michelle@congenilawfirm.com
Jonathan Edwards on behalf of Interested Party Marsha Crowle Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com, mmontiville@joneswalker.com
Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee

amanda.b.george@usdoj.gov
Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets
aaron.greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com
jlandis@stonepigman.com, jmcnair@stonepigman.com
Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC
mlandis@gamb.law, jporche@gamb.law
Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton
amills@fishmanhaygood.com, rhamilton@fishmanhaygood.com
Barbara B. Parsons on behalf of Debtor First NBC Bank Holding Company
bparsons@steffeslaw.com, akujawa@steffeslaw.com;
bparsons@ecf.courtdrive.com
Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com
Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com,
kheard@stewartrobbins.com; ryan.richmond.cmecf@gmail.com;
jdelage@stewartrobbins.com
David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com
Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission atlreorg@sec.gov; baddleyd@sec.gov
William E. Steffes on behalf of Debtor First NBC Bank Holding Company
bsteffes@steffeslaw.com,akujawa@steffeslaw.com; schassaing@steffeslaw.com;
bsteffes@ecf.courtdrive.com
Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com; kheard@stewartrobbins.com;
jjohnson@stewartrobbins.com; 6031804420@filings.docketbird.com
Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov
R. Patrick Vance on behalf of Creditor David W. Anderson
pvance@joneswalker.com, nwiebelt@joneswalker.com
Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC
swilliamson@gamb.law, njohnson@gamb.law

4840-7798-1321v1
2941996-000001