# EXHIBIT A

| | | |
|---|---|---|
| IN THE MATTER OF | * | DOCKET NO. _____ DIV. ___ |
| FIRST NBC BANK, | * | CIVIL DISTRICT COURT |
| NEW ORLEANS, LA, A LOUISIANA | * | PARISH OF ORLEANS |
| BANKING CORPORATION | * | STATE OF LOUISIANA |

## MOTION TO CLOSE AND LIQUIDATE FIRST NBC BANK AND TO CONFIRM APPOINTMENT OF RECEIVER

NOW INTO COURT, through undersigned counsel, comes JOHN DUCREST, Commissioner of Financial Institutions of the State of Louisiana, Conservator, who moves this Honorable Court as follows:

1.

John Ducrest was confirmed as the Conservator of First NBC Bank (hereafter "FNBC") by this Court on April ___, 2017, at ___ A.M. Central Standard time.

2.

The Conservator has investigated the circumstances and has determined that the closure, appointment of a receiver and immediate liquidation of FNBC is required by law.

3.

Deposit accounts in FNBC are insured by the Federal Deposit Insurance Corporation (hereinafter "FDIC").

4.

Pursuant to LSA-R.S. 6:387(A), after conducting such investigations as circumstances require, and consultation with the Board of Directors of FNBC, the Conservator has entered into an agreement with the FDIC to terminate deposit insurance of FNBC and to appoint the FDIC to liquidate FNBC.

5.

Any delay in closure may cause a decrease in the value of FNBC, to the detriment of FNBC, its depositors and its insurer.

6.

The Conservator is required by LSA-R.S. 6:391(B) to appoint the FDIC as Receiver when any of the deposits of FNBC are insured by the FDIC. The Conservator has appointed FDIC as receiver of FNBC as evidenced by a copy of the letter attached as Exhibit "C."

1

7.

The FDIC has signified its willingness to accept the appointment as Receiver and to be confirmed as same, as evidenced by a copy of the Agreement to Terminate Insurance attached hereto as Exhibit "D."

8.

The FDIC is not required to post bond as a condition of its appointment and confirmation as Receiver pursuant to LSA- R.S. 6:391(B).

9.

Upon confirmation of the Conservator, title to all assets of FNBC was vested in the Conservator without the execution of any instruments of conveyance, assignments, transfer, or endorsement pursuant to LSA-R.S. 6:383. The Conservator was also vested with the full and exclusive power of management and control of FNBC pursuant to LSA-R.S. 6:385.

10.

Upon its confirmation as Receiver, the FDIC is to be vested with title to all assets of FNBC without the execution of any instruments of conveyance, assignments, transfer, or endorsement pursuant to LSA-R.S. 6:391(C). The Receiver is also vested with the full and exclusive power of management and control of FNBC, including, without limitation, the powers set forth in LSA-R.S. 6:385.

11.

Upon confirmation of the Receiver, FNBC will no longer be under conservatorship and the Conservator should therefore be discharged.

THEREFORE, Mover, JOHN DUCREST, Commissioner of Financial Institutions of the State of Louisiana and Conservator by Order of this Court, prays that:

1. This Motion be acted upon ex parte;
2. First NBC Bank be ordered closed;
3. The liquidation of First NBC Bank be commenced;
4. The appointment of the FDIC as Receiver be confirmed;
5. The Conservator be discharged;
6. All exhibits to these pleadings be placed under seal.

Respectfully Submitted:

Susan H. Rouprich (#11492)
Paul M. Melancon, Jr. (#17054)
Attorneys for the Commissioner
8660 United Plaza Blvd., 2nd Floor
Baton Rouge, LA 70809-7024
Telephone: (225) 925-4633
Facsimile: (225) 922-2592

| | | |
|---|---|---|
| IN THE MATTER OF | * | DOCKET NO. 17-4057 DIV. ___ |
| FIRST NBC BANK, | * | CIVIL DISTRICT COURT |
| NEW ORLEANS, LA, A LOUISIANA | * | PARISH OF ORLEANS |
| BANKING CORPORATION | * | STATE OF LOUISIANA |

FILED 2017 APR 28 P 3:37
CIVIL DISTRICT COURT

## ORDER

Considering the above Motion

IT IS HEREBY ORDERED THAT:

1. First NBC Bank is hereby closed;

2. The liquidation of First NBC Bank is hereby ordered to be commenced;

3. The Federal Deposit Insurance Corporation is confirmed as receiver of First NBC Bank;

4. John Ducrest, the Commissioner of Financial Institutions of the State of Louisiana, the Conservator of First NBC Bank, is hereby discharged;

5. The FDIC is hereby vested with title to all assets of First NBC Bank without the execution of any instruments of conveyance, assignments, transfer, or endorsement, and is vested with the full and exclusive management and control of the Bank; and

6. All exhibits to these pleadings be placed under seal of the Court.

Signed in Chambers in the City of New Orleans, Louisiana, on this 28th day of April 2017, at 4:00 pm P. M., as necessary to accomplish the purposes of this order, but no later than 4:00 P.M., Central Standard Time, April 28, 2017.

_____
Judge, Civil District Court (Ad Hoc)

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3