**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | **CASE NO. 17-11213** |
| | **SECTION A** |
| **DEBTOR** | **CHAPTER 11** |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF**
**ANDREW NASH AS CERTIFIED PUBLIC ACCOUNTANT**

Considering the *Application for Entry of Order Authorizing the Employment and Retention of Certified Public Accountant* ("Application") [P-545], filed by First NBC Bank Holding Company ("Debtor"), as debtor and debtor-in-possession herein; the declaration of Andrew Nash; consent of both the Office of the U.S. Trustee and the Committee of Unsecured Creditors; and, the record of this matter;

IT IS ORDERED that the Application is granted and the Debtor is hereby authorized to retain Andrew Nash as certified public accountant, in a limited capacity, to prepare the Debtor's Louisiana state income tax returns for the tax years 2016 and 2017;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 5, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge
