# SCHEDULE 1

## CHAPTER 7 LIQUIDATION ANALYSIS