IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**First NBC Bank Holding Company,**<br><br>Debtor. | Case No. 17-11213<br><br>Section "A"<br><br>Chapter 11 |

**UNITED STATES' LIMITED OBJECTION TO THE DEBTOR'S MOTION FOR ENTRY OF ORDER (1) ESTABLISHING PROCEDURES FOR SOLICITATION AND VOTE TABULATION; (2) APPROVING FORM OF BALLOTS AND (3) APPROVING FORM, MANNER AND NOTICE PROCEDURES FOR EQUITY SECURITY HOLDERS**

**NOW INTO COURT**, comes the United States on behalf of its Department of the Treasury (the "United States"), and hereby objects to Debtor's motion for entry of order (1) establishing procedures for solicitation and vote tabulation; (2) approving form of ballots and (3) approving form, manner and notice procedures for equity security holders [DKT # 560] (the "Procedures Motion") for the following reasons:

1. The Debtor filed the Procedures Motion on May 3, 2019 along with an Amended Joint Plan of Reorganization (the "Plan") and an Amended Disclosure Statement.

2. Series D Preferred Equity Interests, designated as Class 3, are impaired under the Plan. Procedure Motion at 4. The United States is the holder of these equity interests.

3. The Procedures Motion states that "the Plan provides" that if no Class 3 Equity Interest holder votes, the lack of any vote from that class will be deemed "as an acceptance of the Plan" by that class and "an election of the Cash Option," and that a failure of any Class 3 Equity Interest holder to timely elect the "Debt Option" will be

deemed election of the "Cash Option" (collectively hereinafter "Default Acceptance Provisions"). Procedures Motion at 4.

4. To the extent that the Procedures Motion is seeking the Court's approval of the Default Acceptance Provisions, the United States objects to the Procedures Motion.

5. A creditor or equity security holder may signal acceptance of a plan only by affirmative action. *See* 11 U.S.C. § 1126(c), (d). This acceptance "shall be in writing, identify the plan or plans accepted . . ., be signed by the creditor or equity security holder . . ., and conform to the appropriate Official Form." Fed. R. Bankr. P. Rule 3018. Consequently, an impaired class is not deemed to accept a bankruptcy plan based on the entire class's *failure* to cast a ballot ("class non-vote"). *See In re Vita Corp.*, 380 B.R. 525, 527 (C.D. Ill. 2008) (collecting cases and describing this line of authority as "far more persuasive than the apparently result-oriented holding" of a few contrary cases).[1] The leading bankruptcy treatise thus recognizes that when determining whether a class has accepted a plan, only actual votes cast are counted. 7 Collier on Bankruptcy ¶ 1126.05 (16th ed. 2019). Moreover, it is not necessary to deem a class non-vote as acceptance in order to confirm a plan, as the "cramdown" could be used to confirm a plan despite a class non-vote. *In re Vita Corp.* at 528.

6. To the extent that the Procedures Motion seeks this Court's approval for the Default Acceptance Provisions, the United States respectfully requests that this Court deny the Procedures Motion on the basis that a class non-vote should not be deemed as acceptance of the Plan.

---

[1] Although precedent binding on this Court about this issue does not appear to exist, another bankruptcy court in this district—in dicta—deemed a class non-vote as acceptance of a plan. *See In re COPSync, Inc.*, No. 17-12625, 2018 WL 4574790, at *4 (Bankr. E.D. La. Sep. 21, 2018).

Dated: June 3, 2019

**JOSEPH H. HUNT**
Acting Assistant Attorney General
Civil Division

**PETER G. STRASSER**
United States Attorney

**GLENN SCHREIBER**
Assistant United States Attorney

/s/ *Serajul F. Ali*
**RUTH A. HARVEY**
**LLOYD H. RANDOLPH**
**SERAJUL F. ALI** (D.C. Bar No. 478505)
Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0488
Facsimile: (202) 307-0494
E-mail: serajul.ali@usdoj.gov

**Attorneys for the United States**
**of America, on behalf of the United States**
**Department of the Treasury**

**CERTIFICATE OF SERVICE**

On June 3, 2019, I caused a copy of the foregoing UNITED STATES' LIMITED OBJECTION TO THE DEBTOR'S MOTION FOR ENTRY OF ORDER (1) ESTABLISHING PROCEDURES FOR SOLICITATION AND VOTE TABULATION; (2) APPROVING FORM OF BALLOTS AND (3) APPROVING FORM, MANNER AND NOTICE PROCEDURES FOR EQUITY SECURITY HOLDERS to be served electronically through the Court's ECF system upon those who have consented to service in that manner.

Dated: June 3, 2019                    /s/ Serajul F. Ali
                                       Serajul F. Ali