UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CASE NO.

**FIRST NBC BANK HOLDING COMPANY** 17-11213
SECTION A

DEBTOR CHAPTER 11

## ORDER

On June 12, 2019, a hearing on First NBC Bank Holding Company's Amended Disclosure Statement (P-559) and on the Motion to Establish Procedure for Solicitation and Vote Tabulation, for Approval of Form of Ballots, and for Approval of Form, Manner, and Notice of Procedures for Equity Security Holders (P-560) filed by Debtor, came before this Court.

Appearances were made by:

    Christopher T. Caplinger, counsel for lead plaintiffs in Securities Class Action;
    Barbara B. Parsons, counsel for NBC Bank Holding Company ("Debtor");
    William E. Steffes, counsel for NBC Bank Holding Company ("Debtor");
    Amanda B. George, counsel for U.S. Trustee;
    Eric Goldstein, counsel for U.S. Bank National Association;
    Sam Alberts, counsel for FDIC for receiver for
    Serajul Ferdows Ali, counsel for United States of America Treasury;
    Jeffrey D. Sternklar, counsel for the Official Committee of Unsecured Creditors.

The Court will approve the Motion to Establish Procedure (P-560) once Debtor makes the changes discussed at the hearing, including removing the Ruti Sweetwater relief provision.

IT IS ORDERED that Debtor file an amended disclosure statement and plan by no later than June 21, 2019, and any objections to the amended disclosure statement and plan be filed by no later than June 25, 2019.

IT IS FURTHER ORDERED that a hearing on any new or continuing objections to

Debtor's Amended Disclosure Statement and Plan, be held at 10:00 a.m. on June 28, 2019 in B-709, 500 Poydras Street, New Orleans, Louisiana.

IT IS FURTHER ORDERED that objections to Debtor's classifications within the Amended Plan and Disclosure be filed no later than June 28, 2019.

IT IS FURTHER ORDERED that counsel for Mover shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, June 13, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge