**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | **CASE NO. 17-11213** |
| **DEBTOR** | **SECTION A** |
| | **CHAPTER 11** |

**MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ESTABLISH BAR DATE FOR REJECTION DAMAGES**

**NOW INTO COURT,** comes First NBC Bank Holding Company ("*Debtor*"), as debtor and debtor-in-possession, which hereby seeks entry of an order permitting the rejection of executory contracts and unexpired leases of the Debtor as set forth below. In support thereof, the Debtor respectfully represents as follows:

**Background**

1.

On May 11, 2017 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("*Bankruptcy Code*"). The Office of the United States Trustee has appointed an official committee of unsecured creditors (the "*Committee*"); and, the Debtor continues to manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.

No request for the appointment of a trustee or examiner has been made in this chapter 11 case (the "*Chapter 11 Case*").

3.

The Debtor is a bank holding company, whose bank subsidiary, First NBC Bank, was placed into receivership prior to the Petition Date.

4.

On September 1, 2017, this Court set a general bar date of October 20, 2017 for filing non-priority proofs of claim (or November 7, 2017, with respect to governmental units); and, thereafter, set a bar date of April 2, 2019 for filing claims entitled to priority.

5.

On May 3, 2019, the Debtor and the Committee ("*Plan Proponents*") filed a Joint Plan of Reorganization [Doc. 558] ("*Plan*"). A hearing on confirmation the Plan is currently scheduled before this Court on August 7, 2019.

**Basis for Relief**

6.

The Plan Proponents wish to determine the total amount of claims asserted against the Debtor's estate prior to the Confirmation Hearing. In furtherance thereof, the Debtor hereby seeks to reject executory contracts and unexpired leases of the Debtor, pursuant to Section 365(a) of Bankruptcy Code and Rule 6006 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and, establish a bar date for filing claims associated therewith.

**Relief Requested**

7.

By this motion, the Debtor seeks authority to reject all executory contracts and unexpired leases of the Debtor, with the exception of the contract between the Debtor and its transfer agent, Computershare Communication Services ("*Computershare*"). Based on its books and records, the

Debtor believes that the contract with Computershare is the only executory contract that existed as of the Petition Date; and, that no unexpired leases existed on the Petition Date. No contracts or leases have been entered into by the Debtor during the Chapter 11 Case.

8.

Section 365 permits a debtor-in-possession to reject executory contracts and unexpired leases which may burden the estate. As the Debtor is unaware of and has received no benefit from any executory contracts (other than Computershare) or unexpired leases, the Debtor desires to formally reject any such contracts or leases that may exist. Rejection of these, if any, is in the best interest of the estate and its creditors as it will establish the amount of any additional claims of the estate and limit or prevent any unnecessary expenses.

9.

In addition, the Debtor seeks to establish a deadline for filing claims for damages associated with the rejection of any executory contract or unexpired lease to which this motion applies. Specifically, the Debtor requests that that this Court require all such claims to be filed within 15 days of entry of an order granting this Motion.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order ("Rejection Order") approving the rejection of all executory contracts, except for the contract with Computershare, and all unexpired leases of the Debtor; requiring that all claims for damages associated with such rejection be filed in the Chapter 11 Case within 15 days of entry of the Rejection Order; and, for such other and further relief as may be just and equitable.

Respectfully submitted by:

**THE STEFFES FIRM, L.L.C.**

By: /s/ Barbara B. Parsons
William E. Steffes (La. Bar No. 12426)
Barbara B. Parsons (La. Bar No. 28714)
13702 Coursey Boulevard Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
E-mail: bparsons@steffeslaw.com

*Counsel for First NBC Bank Holding Company, Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

DEBTOR                                  CHAPTER 11

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion to Reject Executory Contract* has been served via Email through this Court's CM/ECF Electronic Notification System upon the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Baton Rouge, Louisiana, this 13th day of June, 2019.

/s/ Samantha J. Chassaing
Samantha J. Chassaing