UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | **CASE NO. 17-11213** |
| | **SECTION A** |
| **DEBTOR** | **CHAPTER 11** |

## ORDER GRANTING EXPEDITED HEARING

Considering the *Ex Parte Motion for Expedited Hearing on Motion to Reject Executory Contracts and Unexpired Leases and to Establish Bar Date for Rejection Damages* ("Motion to Expedite Hearing") [P-592] filed by First NBC Bank Holding Company ("Debtor"); and, proper notice having been made;

IT IS ORDERED that the Motion to Expedite Hearing is GRANTED and the Debtor's *Motion to Reject Executory Contracts and Unexpired Leases and to Establish Bar Date for Rejection Damages* ("Motion to Reject") [P-590] shall be heard on an expedited basis on June 28, 2019 at 10:00 a.m.;

IT IS FURTHER ORDERED that any objection to the Motion to Reject must be filed and contemporaneously served upon counsel for the Debtor by June 25, 2019;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, June 17, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge