**Fill in this information to identify the case:**

Debtor 1: First NBC Bank Holding Company

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number: 17-11213 Section A Office Code: 2



## Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Michael J. LeBeau
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Michael J. LeBeau
Name
4558 Owens Blvd.
Number       Street
New Orleans       LA       70122
City                      State       ZIP Code

Contact phone  504-313-2999
Contact email  mjlebeau@bellsouth.net

Where should payments to the creditor be sent? (if different)

Name _____
Number       Street _____
City                State       ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/___  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                   Proof of Claim                   page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5 6 0 4

**7. How much is the claim?** $ 12,561.33. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Retirement from First NBC Bank as of April 28, 2017

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☑ Yes. Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ 12,561.33

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $ _____

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/21/2017
                 MM / DD / YYYY

*Michael J. LeBeau*
Signature

Print the name of the person who is completing and signing this claim:

Name: Michael Joseph LeBeau
      First name / Middle name / Last name

Title: Retired employee of First NBC Bank as of April 28, 2017

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 4558 Owens Blvd.
         Number   Street
         New Orleans    LA   70122
         City           State ZIP Code

Contact phone: 504-313-2999    Email: mjlebeau@bellsouth.net

FIRST NBC BANK
DEFERRED COMPENSATION PLAN
WILLIAM ROOHI
210 BARONNE ST
NEW ORLEANS LA 70112-1721



**Nationwide®**
is on your side.

D-1688

MICHAEL LEBEAU
4558 OWENS BLVD
NEW ORLEANS LA 70122-1223

## FIRST NBC BANK DEFERRED COMPENSATION PLAN

### January 1, 2017 - March 31, 2017

*Do you need access to information about your retirement account? Go to https://www.nationwide.com/access/register/NFUserVerification.htm and set up access to your retirement plan account information today.*

**Account access available anytime, day or night.**
Call toll free 800-772-2182

Participant ID   XXX-XX-4643
Account Number 319-66164

### Your account at a glance

| | |
|---|---:|
| **Opening value on 01/01/2017** | $12,604.36 |
| Contributions | $0.00 |
| Investment gain/(loss) | ($43.03) |
| **Total account value on 03/31/2017** | $12,561.33 |
| Your personal performance for the quarter is | (0.34) % |
| Your personal performance for this year-to-date | (0.34) % |

### Recent history of your account

   

| Jun 30, 2016 | Sep 30, 2016 | Dec 31, 2016 | Mar 31, 2017 |
|---|---|---|---|
| $12,702 | $12,652 | $12,604 | $12,561 |

*Your account value may be different if you are not 100% vested. Please contact your employer for details.*

### Total values of your account by investment class

| | |
|---|---:|
| **Cash** | |
| Fed Gov Obligtns Prmr | $12,561.33 |
| **Total Account Value** | **$12,561.33** |

### Assets of your account by investment class



■ 100.00%   Cash

**Know where you stand.**
Check out the new My Interactive Retirement PlannerSM to determine your personal retirement readiness.
*Investing involves market risk, including possible loss of principal.*

**Plan Comments**
*Vesting of employer contributions is 20% after 2 years of service, and 20% each year thereafter.
You are always 100% vested in your 401(k) contribution and rollover accounts.*

*The information in the Plan Comments is provided by your Pension Representative. Nationwide Life Insurance takes no responsibility for the information provided by a non-Nationwide entity.*

Click on nationwide.com/login            Page 1 of 3

**Color key for account activity & investment performance**

■ Cash

**FIRST NBC BANK DEFERRED COMPENSATION PLAN**

January 1, 2017 - March 31, 2017

### Your account activity summary by investment

Details of your activity can be reviewed by visiting nationwide.com/login

| Investment Name | Balance on 01/01/2017 | Contributions | Exchanges | Withdrawals | Gain/Loss | Adjustments | Balance on 03/31/2017 | Total Number of Units Held |
|---|---|---|---|---|---|---|---|---|
| Fed Gov Oblgtns Prmr | $12,604.36 | $0.00 | $0.00 | $0.00 | ($43.03) | $0.00 | $12,561.33 | 12718.7065 |
| **Total Value** | $12,604.36 | $0.00 | $0.00 | $0.00 | ($43.03) | $0.00 | $12,561.33 | |

### Your account activity summary by source

Details of your activity can be reviewed by visiting nationwide.com/login

| Source Name | Balance on 01/01/2017 | Contributions | Exchanges | Withdrawals | Gain/Loss | Adjustments | Balance on 03/31/2017 | Vesting |
|---|---|---|---|---|---|---|---|---|
| Employee Pre-Tax Deferral | $8,447.66 | $0.00 | $0.00 | $0.00 | ($28.84) | $0.00 | $8,418.82 | 100% |
| Optional Source 8 | $4,156.70 | $0.00 | $0.00 | $0.00 | ($14.19) | $0.00 | $4,142.51 | |
| **Total Value** | $12,604.36 | $0.00 | $0.00 | $0.00 | ($43.03) | $0.00 | $12,561.33 | |

### Investment performance as of 03/31/2017

| Percent of Current Balance | Percent of Future Contributions | Investment Class Investment Name | Year-to-Date | 12 Months | Annualized Returns 3 Year | 5 Year | 10 Year | Since Fund Inception | Date of Fund Inception | Annualized Returns Gross Expense Ratio | Net Asset Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Specialty** | | | | | | | | | |
| | ■ | Fidadv Realest I | 0.07% | (0.90%) | 7.40% | 7.36% | 2.94% | 9.17% | 9/12/2002 | 0.84% | 1.60% |
| | ■ | Wr Ivy Scnc Tech I | 10.26% | 20.44% | 2.52% | 11.17% | N/A | 9.29% | 4/2/2007 | 0.97% | 1.75% |
| | ■ | Mfs Util R4 | 7.06% | 9.20% | 1.07% | 6.64% | 4.69% | 8.08% | 3/31/2005 | 0.75% | 1.75% |
| | ■ | Vngrd Prec Mtls Mining Inv | 10.05% | 24.27% | (2.77%) | (12.18%) | (6.52%) | 2.60% | 5/23/1984 | 0.35% | 1.85% |
| | | **International Stocks** | | | | | | | | | |
| | ■ | Opp Devl Mkt Y | 10.59% | 13.57% | (1.77%) | 0.66% | 3.67% | 6.69% | 9/7/2005 | 1.07% | 1.65% |
| | ■ | Opp Glbl Y | 10.03% | 16.62% | 3.74% | 8.02% | 3.61% | 7.20% | 11/17/1998 | 0.90% | 1.65% |
| | ■ | Opp Eq Inv Y | 7.27% | 11.18% | 2.75% | 7.17% | 3.29% | 4.83% | 4/5/2005 | 0.91% | 1.65% |
| | | **Small-Cap Stocks** | | | | | | | | | |
| | ■ | Ambcn Smcap Val Inst | 0.58% | 22.72% | 5.83% | 10.99% | 5.72% | 8.93% | 12/31/1998 | 0.82% | 1.85% |
| | ■ | Lrdabt Devl Gr I | 7.98% | 15.79% | (2.29%) | 7.37% | 7.21% | 5.56% | 12/30/1997 | 0.76% | 1.75% |
| | | **Mid-Cap Stocks** | | | | | | | | | |
| | ■ | Jpm Mdcap Val L | 3.50% | 12.68% | 7.20% | 11.93% | 6.69% | 10.94% | 11/13/1997 | 0.95% | 1.75% |
| | ■ | Opp Mn St Mdcap Y | 5.41% | 15.22% | 4.93% | 9.72% | 5.05% | 9.03% | 8/2/1999 | 0.86% | 1.65% |
| | ■ | Vngrd Mdcap Gr Indx Inv | 6.62% | 11.45% | 5.67% | 9.05% | 5.45% | 6.39% | 8/24/2006 | 0.20% | 1.85% |
| | ■ | Vngrd Sel Val Inv | 5.28% | 19.32% | 5.26% | 11.25% | 5.69% | 7.15% | 2/15/1996 | 0.39% | 1.85% |
| | | **Large-Cap Stocks** | | | | | | | | | |
| | ■ | Invsco Comstk R5 | 1.65% | 20.91% | 5.22% | 10.49% | 4.64% | 9.15% | 10/7/1968 | 0.51% | 1.65% |
| | ■ | Vngrd Mrgn Gr Inv | 8.77% | 12.93% | 7.81% | 10.03% | 5.71% | 8.24% | 12/31/1968 | 0.38% | 1.85% |
| | | **Balanced** | | | | | | | | | |
| | ■ | Vngrd Trgt Rtrmt 2060 Inv | 5.68% | 12.57% | 4.24% | 7.52% | N/A | 8.42% | 1/19/2012 | 0.16% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2050 Inv | 5.70% | 12.60% | 4.30% | 7.49% | 3.77% | 4.76% | 6/7/2006 | 0.16% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2040 Inv | 5.54% | 12.23% | 4.20% | 7.43% | 3.75% | 4.69% | 6/7/2006 | 0.16% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2035 Inv | 5.04% | 10.97% | 4.01% | 7.05% | 3.53% | 5.24% | 10/27/2003 | 0.15% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2030 Inv | 4.62% | 9.86% | 3.79% | 6.51% | 3.38% | 4.38% | 6/7/2006 | 0.15% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2045 Inv | 5.71% | 12.61% | 4.29% | 7.49% | 3.76% | 5.65% | 10/27/2003 | 0.16% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt Inc | 1.98% | 3.43% | 1.90% | 2.69% | 3.03% | 3.31% | 10/27/2003 | 0.13% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2025 Inv | 4.11% | 8.69% | 3.55% | 5.96% | 3.35% | 4.68% | 10/27/2003 | 0.14% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2020 Inv | 3.63% | 7.44% | 3.25% | 5.38% | 3.30% | 4.16% | 6/7/2006 | 0.14% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2015 Inv | 2.90% | 5.73% | 2.67% | 4.50% | 3.09% | 4.18% | 10/27/2003 | 0.14% | 1.85% |
| | ■ | Vngrd Trgt Rtrmt 2055 Inv | 5.68% | 12.60% | 4.24% | 7.47% | N/A | 8.74% | 8/18/2010 | 0.16% | 1.85% |
| | | **Bonds** | | | | | | | | | |
| | | Amcent Shtdrinflprtbd Inst | 0.51% | 0.42% | (1.06%) | (1.44%) | 1.84% | 1.50% | 5/31/2005 | 0.37% | 1.85% |
| | | Loomis Glbl Bd Inst | 2.06% | (0.83%) | (2.04%) | (1.03%) | 1.94% | 4.84% | 5/10/1991 | 0.78% | 1.65% |
| | | Loomis Bd Inst | 3.01% | 7.51% | 0.45% | 2.92% | 4.30% | 7.41% | 5/16/1991 | 0.64% | 1.65% |
| | | Rdgwrth Seix Ttl Rtn Bd I | 0.66% | (0.19%) | 0.99% | 0.63% | 3.03% | 3.26% | 12/30/1997 | 0.45% | 1.70% |

Click on nationwide.com/login

**Color key for account activity & investment performance**
■ Cash

**FIRST NBC BANK DEFERRED COMPENSATION PLAN**
January 1, 2017 - March 31, 2017

| Percent of Current Balance | Percent of Future Contributions | | Investment Class Investment Name | Year-to-Date | 12 Months | Annualized Returns 3 Year | 5 Year | 10 Year | Since Fund Inception | Date of Fund Inception | Gross Expense Ratio | Net Asset Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tcw Ttl Rtn Bd I | 0.39% | (1.43%) | 0.77% | 2.16% | 4.48% | 4.69% | 6/17/1993 | 0.60% | 1.75% |
| 100.00% | | ■ | **Cash** Fed Gov Oblgtns Prmr | (0.34%) | (1.50%) | N/A | N/A | N/A | (1.65%) | 1/6/2015 | 0.30% | 1.85% |

The "Percent of Current Balance" may not total 100% if you have a balance in a Self-directed Brokerage account.
The "Percent of Current Balance" may not total 100% if you have an outstanding loan balance.

Fund performance is calculated by Nationwide Financial Services, Inc. This fund performance calculates changes in net assets assuming the reinvestment of capital gains and income dividends, and reflects the underlying fund expenses and the deduction of Nationwide's standard asset fee of 1.85% for the mutual funds listed above in the Net Asset Fee column. Net Asset Fee reflects the amount of any applicable Nationwide ClearCredit. Nationwide ClearCredit is the amount by which the Standard Asset Fee is reduced for a particular fund. The ClearCredit is based upon the amount of payments Nationwide receives from a particular fund. It will change if the amount of payments Nationwide receives from a particular fund changes and is not applicable to every fund. Nationwide's asset fee for Self-directed Brokerage is 1.85 %. Performance for the funds is based on the current charges being applied to all historical time periods and does not include any other fees or expenses including termination charges, plan or participant fees, or trust fees, if applicable. Any such fees and charges, if applicable and reflected, would lower the performance described above. Investment returns and principal are not guaranteed and the value at the time of redemption may be worth more or less than its original cost. Nationwide is not making any recommendations regarding these funds. Although data is gathered from reliable sources, Nationwide cannot guarantee its completeness and accuracy. Performance results for the time periods this investment option has been offered in the program are reflected in the figures without '*' to the right of the number. Results that have an '*' to the right of the number are for the underlying fund prior to it being offered within this program. When there is market volatility, current returns may be less than the performance shown. Before investing, understand that mutual funds, collective investment funds and annuities are not insured by the FDIC, NCUSIF, or any other Federal government agency and are not deposits or obligations of, guaranteed by, or insured by, the depository institution where offered or any of its affiliates. Mutual funds, collective investment funds and annuities involve investment risk and may lose value. Investing involves market risk, including possible loss of principal, and there is no guarantee that investment objectives will be achieved. The use of an asset allocation model does not guarantee returns or insulate you from potential losses. Please note your plan may include Collective Trust Funds for which prospectuses are not applicable. Please read the information carefully before investing any money. Certain funds are only available as investment options in variable life insurance or variable annuity contracts issued by life insurance companies. They are NOT offered or made available to the general public directly. The Nationwide Group Retirement Series includes unregistered group fixed and variable annuities and trust programs. The unregistered group fixed and variable annuities are issued by Nationwide Life Insurance Company. Trust programs and trust services are offered by Nationwide Trust Company, FSB a division of Nationwide Bank. Nationwide Investment Services Corporation, member FINRA. In MI only: Nationwide Investment Svcs. Corporation. Nationwide Mutual Insurance Company and Affiliated Companies, Home Office: Columbus, OH 43215-2220.

**Expense Ratios**

Expense Ratio - represents the percentage of fund assets paid for operating expenses and management fees, including 12b-1 fees, administrative fees and all other asset-based costs incurred by the fund, except brokerage costs. Sales charges and other product fees are not included in the expense ratio.

Gross Expense Ratio - represents the Gross Prospectus Expense Ratio. The gross prospectus expense ratio does not reflect fee waivers during the time period and does include any underlying fund expenses.

## Your Fee and Expense Information

**Administrative Expenses**
The following fees were charged to your account for administrative services such as legal, accounting and recordkeeping during the statement period.

Nationwide Administrative Expenses              $0.00

**Individual Expenses**

There were no individual expenses incurred during the statement period.

*Are you prepared for Retirement? Find out with the On Your Side Retirement Planner sm. Access the planner at the following address: http://www.nationwide.com/retirement-plan-employees.jsp*

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals.

For sources of information on individual investing and diversification visit the Department of Labor Web site at www.dol.gov/ebsa/investing.html.