# EXHIBIT E

## ESTIMATED ADMINISTRATIVE EXPENSE AND PRIORITY CLAIMS

Estimated Administrative Expense and Priority Claims (estimated through the Confirmation Date)

| | |
|---|---:|
| Debtor's DIP Account Balance as of May 31 | $756,541 |
| | |
| Office of the U.S. Trustee | $5,525 |
| Committee Counsel - Sternklar | $50,000 |
| Committee Counsel-Stewart Robbins & Brown | $81,731 |
| Indenture Trustee Fees and Expenses | $180,000 |
| Debtor General Bankruptcy Counsel | $128,755 |
| Debtor Special Counsel - Geoffrey Kay | $20,000 |
| Debtor Accountants - PwC | $150,000 |
| Debtor Transfer Agent Computershare | $5,000 |
| Debtor Notice and Solicitation Agent - Globic | $18,000 |
| Debtor CPA (LDR tax returns) -Nash | $5,000 |
| | |
| Priority NQDC Claims | $69,405 |
| Priority Tax Claims | $0 |
| Total Estimated Admin and Priority Claims | $713,416 |
| | |
| Balance to Litigation & Distribution trust | $43,125 |