

# STEPHEN DARR

**T** 617.226.5593
**E** sdarr@huronconsultinggroup.com

**BUSINESS ADVISORY**
MANAGING DIRECTOR

- Mr. Darr has more than 30 years of experience providing accounting, auditing and financial consulting services to business organizations, many of which are experiencing significant financial and operating difficulties. Mr. Darr has led advisory engagements involving several significant reorganization cases, has served in a variety of fiduciary capacities, including Creditors' Trustee, Liquidating Trustee, Assignee for the Benefit of Creditors and Chapter 11 Trustee. In addition, Mr. Darr was formerly a Chapter 7 Trustee for the District of New Hampshire.

- Mr. Darr's fiduciary experience includes identification and pursuit of potential causes of action, including tortious interference, claims against directors and officers, fraudulent conveyance, preferential payments, solvency, indubitable equivalency and other related matters.

- His industry experience includes banking, law and professional services firms, healthcare, pharmaceuticals, energy, automotive, real estate/construction, mortgages/derivatives, telecommunications, and manufacturing and distribution.

- Mr. Darr's experience also includes providing litigation support and expert testimony in bankruptcy and non-bankruptcy matters involving preference and fraudulent conveyance actions, professional liability claims, patent infringement, royalty and intellectual property disputes, construction claims, wrongful employment discharge and lender liability and business tort claims. He has testified in U.S. Bankruptcy Court proceedings in Delaware, New York, Pennsylvania, Massachusetts, Rhode Island, Connecticut, Maine, New Hampshire and Vermont on a wide range of bankruptcy matters, including feasibility of business plans, allowability of creditors' claims, best-interests test for unsecured creditors, fraudulent conveyance claims, preference actions, solvency, debtor-in-possession financing, substantive consolidation issues, cash collateral arrangements, valuation, equitable subordination, reorganization tax issues, and key employee retention plans.

- **Education and Certification**
  - M.B.A., University of Chicago
  - B.B.A., Boston College
  - Certified Public Accountant - Massachusetts, New Hampshire
  - Certified Insolvency and Restructuring Advisor
  - Certification in Financial Forensics
  - Certification in Distressed Business Valuation
  - FINRA Series 7, 24, 79
- **Professional Associations**
  - Fellow, American College of Bankruptcy

1



**Bankruptcy Proceedings**

- TelexFree LLC et al.-Currently serve as Chapter 11 trustee involving a world-wide pyramid/Ponzi scheme with approximately 2,000,000 victims holding 11,000,000 user accounts. Work closely with the Enforcement Division of the SEC, Homeland Security Investigations and the office of the U.S. Attorney for Massachusetts.
  Key accomplishments
    - Devised a working version of the Debtors' accounting system for participants
    - Directed the development and administration of an electronic portal for submission of claims (approximately 130,000 claims received)
    - Instituted two reverse class action complaints seeking recovery of fraudulent transfers from 93,000 defendants
- Columbus Mortgage-Served as Chapter 11 trustee for a mortgage lending company which failed to release fully-paid mortgage liens, defrauded investors and violated state and Federal securities laws.
    - Identified and directed successful prosecution of fraud claims against the Debtor's principals
- Oscient Pharmaceuticals, Inc.-Served as post-confirmation Plan Trustee; responsibilities include liquidation of remaining assets, claims review and objections, identification and prosecution of preference actions, tax reporting, wind-up of employee benefit plans and distributions to creditors
    - Identified and directed successful prosecution of preference and fraudulent conveyance complaints
- Armco, International, Inc.-Served as Chapter 11 trustee for major importer of firearms and ammunition; responsibilities included controlling extensive inventory of firearms and ammunition (including automatic weapons (BATF Class 3) and destructive devices (BATF Class 10), conducting a public auction under the supervision of the BATF and the FBI, claims review and distribution to shareholders; identified and pursued preference actions.
    - Identified and directed successful prosecution of preference and fraudulent conveyance complaints
- BKW Systems, Inc. - Served as Chapter 11 Trustee for multi-state provider of data processing services to mid-size banks having assets $500 million to $1 Billion; responsibilities included operating the business for approximately 8 months while stabilizing operations and maintaining relations with user group; directed sale process and negotiated sale of Company.
    - Identified and directed successful prosecution of preference and fraudulent conveyance complaints
- Access Cardiosystems, Inc. -Served as Chief Restructuring Officer during Chapter 11; responsibilities included financial reporting, bankruptcy planning and execution, human resources, information technology, claims review and assisted in directing wind-down of the Debtor.
- Androscoggin Energy-Served as distribution agent; responsibilities included preparing and reporting on payments made to creditors pursuant to confirmed Plan
- Legal Data Systems, Inc. – Served as Chapter 11 Trustee for approximately two years; responsibilities included stabilizing operations, maintaining relations with user group and developing next generation computer software; directed sale process and negotiated sale of Company.
    - Identified and directed successful prosecution of preference and fraudulent conveyance complaints

**STEPHEN DARR**

T 617.226.5593
E sdarr@huronconsultinggroup.com

**BUSINESS ADVISORY**
**MANAGING DIRECTOR**

# Stephen Darr

## Managing Director

Mr. Darr has over 35 years of experience providing accounting, auditing and financial consulting services to business organizations, many of which are experiencing significant financial and operating difficulties. His industry experience includes law and professional services firms, healthcare, pharmaceuticals, energy, automotive, real estate/construction, mortgages/derivatives, telecommunications, and manufacturing and distribution.



**Professional experience**

Mr. Darr's experience also includes providing litigation support and expert testimony in bankruptcy and non-bankruptcy matters involving preference and fraudulent conveyance actions, professional liability claims, patent infringement, royalty and intellectual property disputes, construction claims, wrongful employment discharge and lender liability and business tort claims. He has testified in court proceedings in Delaware, New York, Pennsylvania, Massachusetts, Rhode Island, Connecticut, Maine, New Hampshire, California and Vermont on a wide range of matters, including valuation, contract disputes, feasibility of business plans, financing arrangements, allowability of creditors' claims, Preference and fraudulent conveyance claims,, solvency, substantive consolidation and veil-piercing issues, equitable subordination, reorganization tax issues, and key employee retention plans.

Representative examples of Stephen's engagement experience include:

- Currently serve as Chapter 11 Trustee for TelexFree, LLC, an international Ponzi/pyramid scheme involving Voice Over the Internet Protocol (both landline and mobile) with approximately 1,500,000 participants
- Provided analysis and testimony on behalf of the Vermont Public Service Board before the Vermont Public Service Commission regarding FairPoint Communication, Inc.'s proposed Plan of Reorganization. (engagement performed while with a previous firm).
- Served as a consulting expert for the defendant in an intellectual property dispute alleging damages in excess of $250 million.
- Testified regarding make-whole damages asserted in Calpine's bankruptcy case on behalf of bondholders with bonds totaling $2.5 billion.
- Testified in support of Plan of Liquidation of New England Compounding Pharmacy, Inc.
- Retained by the Creditors' Committee to investigate and report on intercompany transfers exceeding $1 billion to pre-petition transfers made shortly prior to Chapter 11 proceedings

**Education and certification**

- M.B.A., University of Chicago
- B.B.A., Boston College
- Certified Public Accountant - Massachusetts, New Hampshire
- Certified Insolvency and Restructuring Advisor
- Certification in Financial Forensics
- Certification in Distressed Business Valuation
- FINRA Series 7, 24, 79

**Past & Current Board Memberships**

- Fellow, American College of Bankruptcy
- Director, Association of Insolvency and Restructuring Advisors

P: 617-226-5593
C: 617-510-7766
sdarr@huronconsultinggroup.com

© 2015 Huron Consulting Group. All rights reserved. Proprietary & Confidential.

**Huron** Business Advisory