UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                    CASE NO.

**FIRST NBC BANK HOLDING**
**COMPANY**                                               **17-11213**
                                                          **SECTION A**

DEBTOR                                                    CHAPTER 11

## MEMORANDUM TO RECORD

On June 28, 2019, a hearing on First NBC Bank Holding Company's Amended

Disclosure Statement (P-605) and Motion to Reject Executory Contracts and Unexpired Leases

(P-590), came before this Court.


Appearances were made by:

> Christopher T. Caplinger, counsel for lead plaintiffs in Securities Class Action;
> Barbara B. Parsons, counsel for NBC Bank Holding Company ("Debtor");
> William E. Steffes, counsel for NBC Bank Holding Company ("Debtor");
> Brandon Brown, counsel for the Official Committee of Unsecured Creditors;
> Jeffrey D. Sternklar, counsel for the Official Committee of Unsecured Creditors;
> Dalton Courson, counsel for Gregory St. Angelo.


The Court will approve Motion to Reject Executory Contracts and Unexpired Leases (P-

590).

It was agreed that Debtor would submit an Amended Disclosure Statement by July 1,

2019.

Within two (2) business days the Mover will submit a proposed order in accordance with

the Court's ruling.

6/28/2019                                    /s/ Alexandria Rahn