UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**FIRST NBC BANK HOLDING COMPANY**

DEBTOR(S)

BANKRUPTCY NO.

17-11213 "A"

REORGANIZATION
CHAPTER 11

### ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION, AND SETTING CONFIRMATION HEARING

The Debtor, First NBC Bank Holding Company, having filed an Amended Disclosure Statement **(P-605)** on June 21, 2019, and the debtor having been instructed to amend the disclosure statement at the hearing on Approval of the Disclosure Statement which came before the Court on June 28, 2019;

**IT IS ORDERED,** that:

1) The Second Amended Disclosure Statement filed by the Debtor **(P-622)** on July 2, 2019, be and is hereby **APPROVED.**

2) The debtor, creditors, and parties in interest may now solicit acceptances or rejections of the debtor's second amended chapter 11 plan of reorganization pursuant to 11 U.S.C. Section 1125.

3) **July 31, 2019** is fixed as the last day for filing acceptances or rejections of the debtor's second amended chapter 11 plan of reorganization pursuant to 11 U.S.C. Section 1125.

4) **July 31, 2019** is fixed as the last day for filing and serving, pursuant to Rule 3020(b) (1), written objections to Confirmation of the debtor's second amended chapter 11 plan of reorganization.

5) No later than **July 8, 2019** the debtor's second amended chapter 11 plan of reorganization, the debtor's approved second amended disclosure statement, a ballot conforming to Official Form No. 14, and a copy of this Order approving the debtor's second amended disclosure statement, shall be transmitted by mail and/or electronic filing in compliance with the Bankruptcy Rules, by the debtor's counsel, to the creditors, equity security holders and other parties in interest, and to the United States Trustee as provided by B.R. 3017(d).

      **6)**      No later than **July 12, 2019** an affidavit of mailing shall be filed electronically by debtor's counsel.

      **7)**      A hearing on Confirmation of the debtor's second amended chapter 11 plan of reorganization will be held before the undersigned Bankruptcy Judge in:

<u>**COURTROOM B-709**</u>
<u>**HALE BOGGS FEDERAL BUILDING**</u>
<u>**500 POYDRAS STREET**</u>
<u>**NEW ORLEANS, LOUISIANA**</u>
<u>**ON**</u>
<u>**WEDNESDAY, AUGUST 7, 2019 AT 10:00 A.M.**</u>

      **8)**      Debtor's counsel is to tabulate the acceptances and rejections of the second amended chapter 11 plan of reorganization and is to have same verified by the Clerk of Bankruptcy Court **at least (3) days prior to the confirmation hearing date**.

      **9)**      **Counsel's Tabulation of Ballots <u>must</u> include the following:**

           **a)**      **The correct name and number of the case.**

           **b)**      **The identity of the plan, including any modifications.**

           **c)**      **The total amount and number of creditors in each class; the acceptances in number and amount of each class; and the rejections in number and amount of each class.**

           **d)**      **A clear and concise summation of each class as to whether or not each class meets the requirements of the Code for acceptance of the plan.**

      **10)**      The completed, signed ballots are to be returned to **Barbara B. Parsons or William E. Steffes, counsel for the debtor.**

      **11)**      Counsel is to file the Tabulation of Ballots electronically.

      **12)**      Counsel is to submit the ballots in hard copy to the Clerk of Bankruptcy Court **(3) days prior to hearing** for verification of the Tabulation. Said ballots will be returned to counsel subsequent to the court's ruling on confirmation.

**FAILURE TO COMPLY WITH THE FOREGOING TABULATION AND VERIFICATION REQUIREMENTS MAY RESULT IN <u>FAILURE</u> TO CONFIRM THE PLAN.**

New Orleans, Louisiana, July 3, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

**COUNSEL FOR DEBTOR:**

**Barbara B. Parsons**
**The Steffes Firm, LLC**
**13702 Coursey Blvd.**
**Building 3**
**Baton Rouge, LA 70817**
**(225) 751-1751**
**Fax: (224) 751-1998**
**Email: bparsons@steffeslaw.com**

**William E. Steffes**
**The Steffes Firm, LLC**
**13702 Coursey Blvd.**
**Building 3**
**Baton Rouge, LA 70817**
**(225) 751-1751**
**Fax: (224) 751-1998**
**Email: bsteffes@steffeslaw.com**

**U.S. Trustee**
**Office of the U.S. Trustee**
**Eastern District of Louisiana**
**Texaco Center**
**400 Poydras Street, Suite 2110**
**New Orleans, LA 70130**