IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-bk-11213 |
| | ) | Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, | ) | Judge Elizabeth W. Magner |
| | ) | Section A |
| Debtor. | ) | |
| _____ | ) | |

**UNITED STATES' MOTION FOR A CONTINUANCE
OF THE AUGUST 7 HEARING ON CONFIRMATION**

The United States of America, on behalf of its agency the Internal Revenue Service, respectfully requests that the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* (Dkt. No. 621) (the "Plan") be continued by at least 60 days. On July 3, 2019, the Court approved the debtor's disclosure statement and scheduled the plan confirmation hearing for August 7, 2019. (Dkt. No. 624). The United States will be objecting to the plan, primarily on the ground that its principal purpose is the avoidance of taxes. 11 U.S.C. § 1129(d). *See also* I.R.C. § 269. The United States sought the debtor's consent for this continuance, but it declined.

Whether the principal purpose of a plan is tax avoidance is a highly factual issue, and the United States will need to take substantial discovery. The United States intends to serve written discovery demands on the debtor and its accounting firm, PwC. The United States also intends to take several depositions, including those of the debtor, PwC, Shivan Govindan, Andrew Nash, and Mark Haden. Further discovery may also be necessary, depending on the written responses the United States receives and whether new issues arise during depositions.

1

This discovery cannot be taken in the limited time between approval of the disclosure statement and the initial date set for the confirmation hearing. The United States intends to serve its written requests very soon, but under the Federal Rules of Bankruptcy Procedure, the responses would not be due until after the hearing. As for the depositions, the non-party witnesses will likely need time to prepare and, perhaps, to retain counsel. Several are located outside of Louisiana, making additional time necessary for travel by counsel for all interested parties. Finally, it is quite possible that disputes regarding discovery will arise and require assistance of the Court to resolve. Accordingly, at least an additional 60 days are required beyond the current hearing date for the United States to seek sufficient discovery in this matter.

No other party will be unfairly prejudiced by this continuance. The version of the plan the debtor now seeks to confirm was filed just shy of two years after the petition date. According to the debtor's own filings, it has no employees and no significant assets other than tax attributes. Nor has the debtor identified any specific investments it would purchase or any concrete business plans it would implement after a plan is confirmed. The requested continuance thus cannot have any serious detrimental effect on the debtor.

While the Plan's proposed recovery for creditors would be postponed, 60 additional days is not a meaningful delay in the context of this case, which is now in its twenty-sixth month. Furthermore, discovery will enable the parties to present testimony from witnesses who reside out of the Court's subpoena power, and thus will ensure that the Court has the opportunity to consider all of the relevant evidence in determining whether the principal purpose of the plan is the avoidance of taxes.

WHEREFORE THE UNITED STATES OF AMERICA RESPECTFULLY REQUESTS that the Court continue the hearing on confirmation to a date no earlier than October 7, 2019.

Date: July 9, 2019                                   Respectfully submitted,

                                                              RICHARD E. ZUCKERMAN
                                                              Principal Deputy Assistant Attorney General

                                                              <u>/s/ Ward W. Benson</u>
                                                              WARD W. BENSON
                                                              Trial Attorney, Tax Division
                                                              U.S. Department of Justice
                                                              P.O. Box 227, Ben Franklin Station
                                                              Washington, DC 20044 (*mailing address*)
                                                              555 4th St NW, Rm. 6118
                                                              Washington, DC 20001 (*street address*)
                                                              Tel: (202) 514-9642
                                                              Fax: (202) 514-6866
                                                              Email: ward.w.benson@usdoj.gov
                                                              (N.Y. Bar No. 4939278)
                                                              *Counsel for the United States of America*
                                                              *on behalf of the Internal Revenue Service*

4

CERTIFICATE OF SERVICE

    I hereby certify that on July 9, 2019, I electronically filed the foregoing MOTION with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

                                                  */s/ Ward W. Benson*
                                                  WARD W. BENSON
                                                  Trial Attorney
                                                  United States Dept. of Justice