IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-bk-11213 |
| | ) | Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, | ) | Judge Elizabeth W. Magner |
| | ) | Section A |
| Debtor. | ) | |
| _____ | ) | |

**UNITED STATES'** *EX PARTE* **MOTION FOR AN EXPEDITED HEARING ON ITS MOTION FOR A CONTINUANCE OF THE AUGUST 7 HEARING ON CONFIRMATION**

The United States of America, on behalf of its agency the Internal Revenue Service, respectfully requests that the hearing on its *Motion for a Continuance of the August 7 Hearing on Confirmation* (the "Motion") be heard on an expedited basis. The soonest motion day allowing for 21 days' notice of the hearing on the Motion is July 30, 2019. That is only a week prior to the hearing the Motion seeks to adjourn.

The reason for the proposed adjournment is to allow the United States to take substantial discovery related to its forthcoming objection to confirmation. The reasons the discovery is necessary are discussed in the Motion. If the Motion is denied on July 30, the United States would not have the opportunity to take the necessary discovery between July 30 and the confirmation hearing on August 7. To avoid that predicament, the United States would have to conduct all discovery prior to the hearing. For the reasons stated in the Motion, that is not only probably impossible, but it would also defeat the purpose of making the entirely legitimate request for a continuance in the first place. Accordingly, the only way to prevent the Motion from being moot from the outset is to hear it on an expected basis.

1

No other party will be prejudiced by hearing the Motion on an expedited basis. The relief it seeks is simple and procedural in nature. No party will require significant time and effort to prepare an opposition to the Motion.

WHEREFORE THE UNITED STATES OF AMERICA RESPECTFULLY REQUESTS that the Court hear the Motion on an expedited basis.

Date: July 9, 2019

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044 (*mailing address*)
555 4th St NW, Rm. 6118
Washington, DC 20001 (*street address*)
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov
(N.Y. Bar No. 4939278)
*Counsel for the United States of America
on behalf of the Internal Revenue Service*

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically filed the foregoing *EX PARTE MOTION* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

> */s/ Ward W. Benson*
> WARD W. BENSON
> Trial Attorney
> United States Dept. of Justice