**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                       CASE NO. 17-11213

**FIRST NBC HOLDING COMPANY,**

        DEBTOR                                      CHAPTER 11

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION OF DIRECTORS AND FORMER DIRECTORS**
**WILLIAM D. AARON, JR., HERBERT ANDERSON, DALE ATKINS,**
**JOHN C. CALHOUN, WILLIAM CARROUCHE, LEANDER J. FOLEY, III,**
**JOHN F. FRENCH, LEON GIORGIO, JR., GRISH ROY PANDIT,**
**SHIVAN GOVINDAN, LAWRENCE BLAKE JONES, LOUIS LAURICELLA,**
**MARK MERLO, HERMANN MOYSE, III, JAMES C. RODDY, DR. CHARLES**
**TEAMER, SR., JOSEPH TOOMY AND RICHARD M. WILKINSON TO**
**CLASSIFICATION PROPOSED BY SECOND AMENDED JOINT CHAPTER 11**
**PLAN FOR FIRST NBC BANK HOLDING COMPANY DATED JULY 2, 2019**

      William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, Leander J. Foley, III, William Carrouche, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James C. Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson ("Movants"), certain directors and/or former directors of First NBC Bank Holding Company ("Debtor") and its wholly-owned subsidiary, First NBC Bank (the "Bank"), by and through undersigned counsel, file this Opposition (the "Opposition") to the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company Date July 2, 2019* (the "Plan"). In Support of the Opposition, Movants state as follows:

**JURISDICTION AND VENUE**

      1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. To the extent that this dispute involves the extent of a debtor's property, this is a core

proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 105, 1122, 1125, of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 3013, 3016, 3017, and 9014.

## BACKGROUND

### A. The Bankruptcy

2. On Friday, April 28, 2017, the Bank was closed by the Louisiana Office of Financial Institutions. Subsequently, the Federal Deposit Insurance Corporation ("FDIC") was named Receiver for the Bank.

3. On May 11, 2017, (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of Louisiana. The Debtor is operating as a debtor-in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

4. On May 18, 2017 the United States Trustee appointed an Official Committee of Unsecured Creditors. *See* Doc. 25.

5. The Debtor is a holding company entity whose primary asset prior to commencement of this case was its 100% ownership interest in the Bank.

### B. Movants' Claims

6. Movants are all directors and/or former directors of Debtor and/or the Bank.

7. The Louisiana Business Corporation Act and other applicable statutes, and First NBC Bank Holding Company's Articles of Incorporation and Bylaws provide its directors/officers with indemnification in connection with any actual or threatened action, proceeding or investigation when such director/officer acts in his official capacity and/or when holding such office.

2

8. Consequentially, Movants have filed proofs of claim (collectively, the "Claims") in Debtor's bankruptcy case for indemnification from the Debtor in connection with:

- Shareholder derivative lawsuits alleging damages for losses resulting from, among any other allegations, breach of fiduciary duties on the part of the directors/officers of First NBC Bank Holding Company.

- FDIC demand for civil monetary damages on the directors/officers of First NBC Bank and their insurers for $250,000,000.

- Demand by Bondholders alleging damages for losses resulting from, among any other allegations, breach of fiduciary duties on the part of the directors/officers of First NBC Bank Holding Company.

- Any other similar action and/or investigative proceeding brought against the directors/former directors and officers of First NBC Bank Holding Company.

*See* Claims Nos. 11, 19, 22-25, 28-29, 35, 50, 53, 61-62, 64, 66, and 77.

### C. Plan Classification of Indemnity Claims

9. On July 2, 2019 the Debtor filed the Plan and related *Second Amended Disclosure Statement Relating to Joint Chapter 11 Plan* (the "Disclosure Statement"). *See* Docs. 621 and 622, respectively. Prior versions of the Plan clearly treated Movants' Claims as Class 2 General Unsecured Claims. *See* Docs. 558, 604. The current Plan filed on July 2, 2019 creates a new "Class 4" applicable to "Indemnity Claims," excluding General Unsecured Claims. *See* Doc. 621, Plan, Art. III, § 3.3.6. Although the Plan does not reference Movants' Claims as being in the newly created Class 4, the Disclosure Statement does reference the Movants' Claims as being included.

10. On July 3, 2019, the Court entered an Order approving the Disclosure Statement. *See* Doc. 624. The Order Approving Disclosure Statement sets a deadline of July 31, 2019 for the filing of any objections to confirmation. *See id.*

11. However, also on July 3, 2019, the Court entered a separate *Order Setting Deadline for Class 3A, 3B, 3C, and 4 Claims to Object to Classification in the Second Amended Joint Plan dated July 2, 2019*. *See* Doc. 623. Hence, objections to classification are addressed separately from objections to confirmation.

12. Consequentially, Movants file this Opposition to classification of their Claims with a full reservation of rights to file subsequent objections to confirmation based on the same or similar facts, issues, and arguments raised herein. Movants further reserve the right to file supplemental briefing regarding this Opposition.

## OPPOSITION

13. To the extent that it is the intention of the Plan to permit Movants to assert claims in Class 2, to the extent they are actually called upon to pay claims, then Movants have no objection to the classification scheme.

14. However to the extent that this classification scheme attempts to prohibit Movants from asserting indemnity claims where they have actually made payments on account of those claims, Movants object to the scheme.

15. Consequentially, Movants file this Opposition to preserve their right to have their Claims, in whole or in part, treated as Class 2 General Unsecured Claims.

## RESERVATION OF RIGHTS

16. Movants further reserve all rights to file subsequent objections to confirmation based on the same or similar facts, issues, and arguments raised herein.

17. Movants further reserve all rights to modify or supplement this Opposition as well as to file supplemental briefing in support of this Opposition to the classification scheme raised by the Plan.

**WHEREFORE,** for all the foregoing reasons, Movants respectfully request that the Court (a) sustain their Opposition to classification, and (b) grant any and all related relief to which Movants may be entitled.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Jan M. Hayden*
Jan M. Hayden (#06672)
Nancy S. Degan (#01819)
Brian M. Ballay (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

Counsel for William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing through the CM/ECF System to all parties identified on the court's CM/ECF system.

This the 9th day of July, 2019.



*/s/ Jan M. Hayden*
JAN M. HAYDEN

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank: sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com; malka.zeefe@dentons.com
Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov
A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com, jdelage@stewartrobbins.com; kheard@stewartrobbins.com
Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com
Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com, akass@reasonoverllc.com; kreasonover@reasonoverllc.com
Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com, kheard@stewartrobbins.com; jdelage@stewartrobbins.com
Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com, mlopez@lawla.com
Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com
Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com, vicki.owens@arlaw.com;mary.cuenca@arlaw.com
Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com, michelle@congenilawfirm.com

4817-4573-1484v1

Jonathan Edwards on behalf of Interested Party Marsha Crowle
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Elizabeth J. Futrell on behalf of Creditor David W. Anderson
efutrell@joneswalker.com, mmontiville@joneswalker.com
Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
amanda.b.george@usdoj.gov
Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets
aaron.greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com
jlandis@stonepigman.com, jmcnair@stonepigman.com
Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC
mlandis@gamb.law, jporche@gamb.law
Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton
amills@fishmanhaygood.com, rhamilton@fishmanhaygood.com
Barbara B. Parsons on behalf of Debtor First NBC Bank Holding Company
bparsons@steffeslaw.com, akujawa@steffeslaw.com;
bparsons@ecf.courtdrive.com
Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com
Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com,
kheard@stewartrobbins.com; ryan.richmond.cmecf@gmail.com;
jdelage@stewartrobbins.com
David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com
Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission atlreorg@sec.gov; baddleyd@sec.gov
William E. Steffes on behalf of Debtor First NBC Bank Holding Company
bsteffes@steffeslaw.com,akujawa@steffeslaw.com; schassaing@steffeslaw.com;
bsteffes@ecf.courtdrive.com
Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com; kheard@stewartrobbins.com;
jjohnson@stewartrobbins.com; 6031804420@filings.docketbird.com
Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov
R. Patrick Vance on behalf of Creditor David W. Anderson
pvance@joneswalker.com, nwiebelt@joneswalker.com
Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC
swilliamson@gamb.law, njohnson@gamb.law

4817-4573-1484v1