**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, | ) |
| | ) Case No. 17-11213 |
| | ) |
| Debtor. | ) Section "A" |
| | ) |

**DAVID W. ANDERSON'S OPPOSITION TO THE CLASSIFICATION PROPOSED BY SECOND AMENDED JOINT CHAPTER 11 PLAN FOR FIRST NBC BANK HOLDING COMPANY DATED JULY 2, 2019**

David W. Anderson ("**David Anderson**"), a former Chief Trust Officer, Director and Vice Chairman of the Board of Directors of First NBC Bank, a wholly-owned subsidiary of First NBC Bank Holding Company, files this hereby files objects to the classification proposed by *Second Amended Joint Chapter 11 Plan for First NBC Bank Holding Company dated July 2, 2019* [Docket No. 621] (the "**Debtor's Plan**"). In support of this opposition, David Anderson states as follows:

1. David Anderson joins in, and adopts, the *Opposition to filed by William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, Leander J. Foley, III, William Carrouche, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govidan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James C. Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson* [Docket No.631] (the "**Classification Opposition**").

2. David Anderson's proof of claim [No. 83] (the "**David Anderson Claim**") was filed November 11, 2017, asserting an unliquidated claim for statutory and contractual indemnity.

3. Disallowance of a claim under Bankruptcy Code section 502(e), or subrogation under Bankruptcy Code section 509(c), both require that David Anderson be co-liable *with the*

*Debtor* on the claim of a third party creditor for which they seek to be indemnified. *See* 11 U.S.C. § 502(e)(1)(B) ("the court shall disallow any claim for reimbursement or contribution *of an entity that is liable with the debtor on* or has secured *the claim of a creditor*") (emphasis supplied); 11 U.S.C. § 509(c)("the court shall subordinate to the claim of a creditor and for the benefit of such creditor *an allowed claim ... of an entity that is liable with the debtor on … such creditor's claim*) (emphasis supplied).

4. The classification scheme creates unnecessary ambiguity in the Debtor's Plan, because the Debtor cannot satisfy the requirements of Bankruptcy Code sections 502(e) or 509(c) regarding David Anderson's Claim. David Anderson reserves the right to file additional briefing on Bankruptcy Code sections 502(e) or 509(c), in the event that this ambiguity cannot be resolved before the confirmation hearing.

5. David Anderson further reserves all rights to file subsequent objections to confirmation of the Debtor's Plan based on the same or similar facts, issues, and arguments raised herein or in the Classification Opposition.

**WHEREFORE,** for the reasons set forth herein and in the Classification Opposition, David W. Anderson respectfully requests that the Court (a) sustain this objection, and (b) grant any and all related relief to which he may be entitled.

Dated this 9th day of July, 2019.

Respectfully submitted,

*/s/ Elizabeth J. Futrell*
R. PATRICK VANCE (#13008)
ROBERT B. BIECK, JR. (#3066)
ELIZABETH J. FUTRELL (#05863)
ALEXANDER N. BRECKINRIDGE, V (#36155)
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8202
Facsimile: (504) 589-8202
Email: pvance@joneswalker.com
Email: rbieck@joneswalker.com
Email: efutrell@joneswalker.com
Email: abreckinridge@joneswalker.com

**Attorneys for David W. Anderson**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing through the CM/ECF System to all parties identified on the court's CM/ECF system. I further certify that I have sent by U.S. mail, the foregoing document to the following non-ECF participants:

| | |
|---|---|
| William D. Aaron, Jr.<br>10 Natchez Trace Drive<br>Harvey, LA 70058 | Jane Armstrong<br>Phelps Dunbar<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534 |
| Brian M. Hydrick<br>PricewaterhouseCoopers, LLP<br>214 N. Tryon Street<br>Suite 4200<br>Charlotte, NC 28202 | Susan Sherrill-Beard<br>US Securities and Exchange Comm.<br>950 East Paces Ferry Rd, NE<br>Suite 900<br>Atlanta, GA 30326 |

/s/ *Elizabeth J. Futrell*

{N3847752.1} 3