IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-bk-11213 |
| | ) | Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, | ) | Judge Elizabeth W. Magner |
| | ) | Section A |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING UNITED STATES' MOTION FOR AN EXPEDITED HEARING**

UPON CONSIDERATION of the United States' motion for an expedited hearing on its *Motion for a Continuance of the August 7 Hearing on Confirmation*, it is hereby

ORDERED that the motion for an expedited hearing is DENIED.

IT IS FURTHER ORDERED that movant shall serve a copy of this Order on the required parties who will not receive notice via ECF pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three business (3) days.

New Orleans, Louisiana, July 22, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge