**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

FIRST NBC BANK HOLDING COMPANY            CASE NO. 17-11213

                                                                  SECTION A

       DEBTOR                                                 CHAPTER 11

**ORDER SETTING EXPEDITED HEARING ON MOTION**
**TO DETERMINE AMOUNT OF SECURED CLAIMS OF ST. ANGELO**

Considering the *Ex Parte Motion for Expedited Hearing on Motion to Determine Amount of Secured Claims of St. Angelo* [P-649] ("Motion to Expedite Hearing"), filed by First NBC Bank Holding Company, debtor herein ("Debtor"), the August 7, 2019 hearing scheduled for confirmation of the pending chapter 11 plan of reorganization for the Debtor; and, the record of this matter,

IT IS ORDERED that the Motion to Expedite Hearing is granted and the Debtor's *Motion to Determine Amount of Secured Claims of St. Angelo* [P-638] ("Secured Claim Motion") shall be heard on an expedited basis on August 7, 2019 at 10:00 a.m.;

IT IS FURTHER ORDERED that any responses to the Secured Claim Motion be filed and served upon counsel for Debtor seven (7) days prior to the August 7, 2019 hearing;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 22, 2019.

                                                            Hon. Elizabeth W. Magner
                                                            U.S. Bankruptcy Judge