UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY　　　　　CASE NO. 17-11213

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION A

DEBTOR　　　　　　　　　　　　　　　　　　　CHAPTER 11

**STIPULATION RESOLVING MOTION TO DETERMINE
AMOUNT OF SECURED CLAIMS OF ST. ANGELO**

Now into Court, through undersigned counsel, come First NBC Bank Holding Company, as debtor and debtor-in-possession ("Debtor"), and claimant Gregory St. Angelo ("St. Angelo"), who represent that they have reached an agreement on a stipulation to resolve the *Motion to Determine Amount of Secured Claims of St. Angelo* (Doc. 638) (the "Motion").

The Debtor and the Official Committee of Unsecured Creditors have filed an Amended Chapter 11 Plan of Reorganization (Doc. 621) (the "Proposed Plan"), which is scheduled for a confirmation hearing on August 7, 2019. The Proposed Plan includes a separate class, Class 3A, comprised exclusively of secured claims submitted by St. Angelo (Claims Nos. 56 and 57) (the "Class 3A Claims"). The Debtor filed the Motion to seek a determination of the value of St. Angelo's secured interests in assets of the estate pursuant to Section 506(a) of the Bankruptcy Code. The Debtor alleges that the value of the Class 3A Claims is zero because, inter alia, the collateral asserted through the Class 3A Claims is not the property of the estate.

The Debtor has alleged that good cause exists for granting the motion and that all necessary parties have been served with the Motion and with notice of the hearing date for the Motion.

Considering the foregoing and in order to resolve the Motion, the Debtor and St. Angelo have agreed to enter into the following stipulation:

1. Debtor and St. Angelo stipulate that the value of St. Angelo's security interests in the assets of the Debtor's estate, as asserted in the Class 3A Claims, shall be deemed to be zero pursuant to Section 506(a) of the Bankruptcy Code and that the entirety of Claim Nos. 56 and 57 shall be deemed unsecured, but shall remain subject to objection pursuant to Section 502 of the Bankruptcy Code.

2. All other rights of the Debtor and its successor, including the right to object to the Class 3A Claims and any other claims or interests filed by St. Angelo, and all other rights of St. Angelo are reserved.

Respectfully submitted,

/s/ Barbara B. Parsons
William E. Steffes, #12426
Barbara B. Parsons, #28714
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard Building 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com
*Counsel for First NBC Bank Holding Company, Debtor*

*/s/ John M. Landis*
John M. Landis (Bar No. 7958)
J. Dalton Courson (Bar No. 28542)
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
909 Poydras Street, Suite 3150
New Orleans, LA 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: jlandis@stonepigman.com
dcourson@stonepigman.com
*Attorneys for Gregory St. Angelo*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

**FIRST NBC BANK HOLDING COMPANY**        CASE NO. 17-11213

       SECTION A

**DEBTOR**        CHAPTER 11

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation Resolving Motion to Determine Amount of Secured Claims of St. Angelo* has been served via Email through this Court's CM/ECF Electronic Notification System upon the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Baton Rouge, Louisiana, this 25th day of July, 2019.

/s/ Ashley D. Kujawa
Ashley D. Kujawa