**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

FIRST NBC BANK HOLDING COMPANY     CASE NO. 17-11213

                                                                                                              SECTION A

DEBTOR     CHAPTER 11

**ORDER EXTENDING DEADLINES FOR (1) OFFICERS AND DIRECTORS TO CAST BALLOTS AND OBJECT TO CONFIRMATION AND (2) THE DEBTOR TO TABULATE BALLOTS AND SUBMIT TABULATION FOR VERIFICATION**

Considering the *Ex Parte Motion to Extend Plan Voting and Objection Deadlines for Officers and Directors* ("Motion to Extend") [P-664] filed by First NBC Bank Holding Company ("Debtor"), as debtor and debtor-in-possession, and the consent of the Committee to the relief sought therein,

IT IS ORDERED that the Motion to Extend is granted and the deadline for William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, Leander J. Foley, III, William Carrouche, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James C. Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, Richard M. Wilkinson, Marsha Crowle, Mary Beth Verdigets and David W. Anderson (collectively, "Officers and Directors") to submit their ballots to the Voting Agent for acceptance or rejection of the Chapter 11 Plan [Doc. 621] ("Plan") is extended until **Friday, August 2, 2019 at 3:00 p.m. CST**;

IT IS FURTHER ORDERED that the deadline for the Officers and Directors to file an objection to confirmation of the Plan is extended until Friday, **August 2, 2019 at 3:00 p.m. CST**;

IT IS FURTHER ORDERED that the deadline for which Debtor's counsel is to file the Tabulation of Ballots electronically and submit the ballots in hard copy form to the Clerk of Bankruptcy Court for verification of the Tabulation is extended until **August 5, 2019**;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 30, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge