UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

         SECTION A

DEBTOR          CHAPTER 11

ORDER APPROVING TERMS OF
STIPULATION RESOLVING MOTION TO DETERMINE
AMOUNT OF SECURED CLAIMS OF ST. ANGELO

The matter came to be considered on the Motion to Determine Amount of Secured Claims of St. Angelo (Doc. 638) ("Motion") filed by Debtor and the Stipulation Resolving Motion to Determine Amount of Secured Claims of St. Angelo (Doc. 662) signed by counsel for Debtor and counsel for St. Angelo.

The Debtor and the Official Committee of Unsecured Creditors have filed an Amended Chapter 11 Plan of Reorganization (Doc. 621) (the "Proposed Plan"), which is scheduled for a confirmation hearing on August 7, 2019. The Proposed Plan includes a separate class, Class 3A, comprised exclusively of secured claims of St. Angelo (Claim Nos. 56 and 57) (the "Class 3A Claims"). The Debtor alleges that the value of the Class 3A Claims is zero and seeks a determination of the amount of the Class 3A Claims pursuant to Section 506(a) of the Bankruptcy Code. The Debtor has alleged that good cause exists for granting the Motion and that all necessary parties have been served with the Motion and with notice of the hearing date for the Motion.

The Court, having considered the merits of the Motion, as well as the following terms of the proposed stipulation:

1. Debtor and St. Angelo stipulate that the value of St. Angelo's security interests in the assets of the Debtor's estate, as asserted in the Class 3A Claims, shall be deemed to be zero pursuant to Section 506(a) of the Bankruptcy Code and that the entirety of the Class 3A Claims shall be deemed unsecured, but shall remain subject to objection pursuant to Section 502 of the Bankruptcy Code.

2. All other rights of the Debtor and its successor, including the right to object to the Class 3A Claims and any other claims or interests filed by St. Angelo, and all other rights of St. Angelo are reserved.

Accordingly, IT IS ORDERED that the value of St. Angelo's security interests in the assets of the Debtor's estate, as asserted in the Class 3A Claims, shall be deemed to be zero pursuant to Section 506(a) of the Bankruptcy Code and that the entirety of the Class 3A Claims shall be deemed unsecured, but not as yet Allowed;

IT IS FURTHER ORDERED that all other rights of the Debtor and its successor, including the right to object to the Class 3A Claims and any other claims or interests filed by St. Angelo, and all other rights of St. Angelo are hereby reserved;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 30, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge