IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-bk-11213 |
| | ) | Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, | ) | Judge Elizabeth W. Magner |
| | ) | Section A |
| Debtor. | ) | |
| _____ | ) | |

**UNITED STATES' *EX PARTE* MOTION TO EXTEND THE DEADLINE FOR THE IRS TO OBJECT TO CONFIRMATION**

The United States of America, on behalf of its agency the Internal Revenue Service, respectfully requests a brief extension of its deadline to object to confirmation of the Debtor's plan of reorganization to Friday, August 2 at 3 PM CDT. The IRS, Debtor, and Creditors' Committee are currently negotiating the terms of a stipulation to resolve the IRS's potential objection to confirmation. The Debtor has consented to this request.

WHEREFORE THE UNITED STATES OF AMERICA RESPECTFULLY REQUESTS that its deadline to object to confirmation on behalf of the IRS be extended to August 2 at 3 PM CDT.

//

//

//

1

2

Date: July 31, 2019                     Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

<u>/s/ Ward W. Benson</u>
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044 (*mailing address*)
555 4th St NW, Rm. 6118
Washington, DC 20001 (*street address*)
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov
(N.Y. Bar No. 4939278)
*Counsel for the United States of America*
*on behalf of the Internal Revenue Service*

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing *EX PARTE MOTION* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

*/s/ Ward W. Benson*
WARD W. BENSON
Trial Attorney
United States Dept. of Justice