## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

**FIRST NBC BANK HOLDING COMPANY**  **CASE NO. 17-11213**

                                                                   **SECTION A**

**DEBTOR**                                             **CHAPTER 11**

### PLAN PROPONENTS' RESPONSE TO OBJECTIONS TO CLASSIFICATION PROPOSED BY SECOND AMENDED JOINT CHAPTER 11 PLAN FOR FIRST NBC BANK HOLDING COMPANY DATED JULY 2, 2019

**NOW INTO COURT**, through undersigned counsel, come First NBC Bank Holding Company, as debtor and debtor-in-possession (the "Debtor"), and the Official Committee of Unsecured Creditors ("Committee"), which, in response to the *Opposition of Directors and Former Directors William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James C. Roddy, Dr. Charles Teamer, Sr., Joseph Toomy and Richard M. Wilkinson to Classification Proposed by Second Amended Joint Chapter 11 Plan for First NBC Bank Holding Company Dated July 2, 2019* [P-631]; *Marsha Crowle's and Mary Beth Verdigets' Joinder in the Opposition of Certain Directors and Former Directors to Classification Proposed by Second Amended Joint Chapter 11 Plan for First NBC Bank Holding Company Dated July 2, 2019* [P-632]; and, *David W. Anderson's Opposition to the Classification Proposed by Second Amended Joint Chapter 11 Plan for First NBC Bank Holding Company Dated July 2, 2019* [P-633], (the three foregoing pleadings are hereinafter collectively referred to as the "Classification Objections"), respectfully represent as follows:

1.

On July 2, 2019, the Debtor and the Committee filed an Amended Joint Plan of Reorganization [P-621] ("Plan").  A hearing on confirmation ("Confirmation Hearing") of the Plan is currently scheduled before this Court on August 7, 2019.

2.

Through the Plan, claims for indemnification were classified as Class 4 Indemnity Claims, and provided with the following treatment under the Plan:

> "Class 4 consists of all Indemnity Claims that are disallowed or subordinated, as applicable, pursuant to Section 502(e) and 509(c) of the Bankruptcy Code. Class 4 Claims shall be disallowed or subordinated, as applicable, to the following General Unsecured Claims, as applicable to each Class 4 Claimant, and to the extent any Class 4 Claim becomes an Allowed Claim, then it shall not be paid or satisfied until the following Claims are satisfied in full: Allowed Claims of (a) FDIC, as Receiver for First NBC Bank, (b) Bondholders, and, (c) any other Claims and/or investigative proceedings asserted against the Debtor and holders of Indemnity Claims. Once the aforesaid General Unsecured Claims have been paid in full, holders of Allowed Class 4 Claims shall be entitled to receive their Pro Rata Share of the Litigation and Distribution Trust Assets." *Joint Plan*, Section 3.3.6

3.

On July 9, 2019, through the Classification Objections, William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James C. Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, Richard M. Wilkinson, Marsha Crowle, Mary Beth Verdigets and David W. Anderson (collectively, "Claimants"), current or former officers and directors of the Debtor and/or its subsidiary, First NBC Bank, objected to the separate classification of their indemnity claims ("Indemnity Claims") as Class 4 Claims, arguing, *inter alia*, that separate disallowance and/or subordination of their claims is not justified.

4.

The Debtor and the Committee aver that the separate classification of Indemnity Claims is permissible under Section 1122 of the Bankruptcy Code for the following reasons:

a. There is no evidence that any of the Claimants have actually advanced any of their own funds to pay "…any expenses of directors and officers incurred as a party to any threatened, pending or completed proceeding…" as a result of their service as officers or directors of the Debtor so, unlike the bond holder claims and trade claims that are classified in Class 2, Indemnity Claims are at this point wholly contingent and unliquidated and, if estimated at confirmation, would be zero. Furthermore, to the extent that the Indemnity Claims are for reimbursement or contribution of expenses incurred in defense of an Allowed Claim against the Debtor (the FDIC Claim), they are subject to disallowance or subordination under Section 502(e) and/or 509(c) of the Bankruptcy Code.

b. There is no evidence that the separate classification of such claims is intended to gerrymander for purposes of obtaining plan confirmation. Indeed, all Class 2 claims voted to date have accepted the Plan.

c. To the extent that any holder of an Indemnity Claim has actually paid out his own funds for an indemnifiable claim and is not subject to disallowance or subordination under Sections 502(e) or 509(e), then such a claim would not be a Class 4 claim since it does not fit the definition in the Plan. Presumably, if Allowed, such a claim, if any exist, would be considered a Class 2 Claim under the Plan, not a Class 4 Claim.

d. The purpose of separately classifying Indemnity Claims was to avoid the necessity of incurring the additional expense of filing objections to all such claims prior to confirmation to avoid the possibility that such claims, many of which were filed as $250,000,000 claims,

would swamp the voting in Class 2 to the prejudice of creditors currently holding non-contingent, fully liquidated claims in that Class.

5.

The Debtor, the Committee, and any of their respective successors, hereby reserve all rights defenses and claims against the Claimants and all rights to later object to any and all of Claimants' Claims filed in this Bankruptcy Case.

WHEREFORE, the Debtor and Committee pray that the Classification Objections be overruled; and, for any and all other relief to which they may be entitled.

Respectfully submitted by:

/s/ Barbara B. Parsons
William E. Steffes, #12426
Barbara B. Parsons, #28714
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard Building 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com

*Counsel for First NBC Bank Holding Company, Debtor*

And

Jeffrey D. Sternklar (MA BBO No. 549561)
**JEFFREY D. STERNKLAR, LLC**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel.: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. #24661)
**STEWART ROBBINS & BROWN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax
Email: dstewart@stewartrobbins.com
*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

**FIRST NBC BANK HOLDING COMPANY**                **CASE NO. 17-11213**

                                                                                           **SECTION A**

        **DEBTOR**                                                              **CHAPTER 11**

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that a copy of the foregoing *Response to Objections to Classification*

*Proposed by Second Amended Joint Chapter 11 Plan for First NBC Bank Holding Company Dated*

*July 2, 2019* has been served via Email through this Court's CM/ECF Electronic Notification

System upon the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group
ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First
NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee
rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group
lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission
sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee
dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Baton Rouge, Louisiana, this 31st day of July, 2019.

/s/ Ashley D. Kujawa
Ashley D. Kujawa