# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:                                            CASE NO. 17-11213

**FIRST NBC HOLDING COMPANY,**

        **DEBTOR**                              **CHAPTER 11**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION RESOLVING OPPOSITIONS TO CLASSIFICATION SCHEME IN SECOND AMENDED JOINT CHAPTER 11 PLAN FOR FIRST NBC BANK HOLDING COMPANY DATED JULY 2, 2019

William D. Aaron, Jr., Herbert Anderson, Dale Atkins, John C. Calhoun, Leander J. Foley, III, William Carrouche, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James C. Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, Richard M. Wilkinson, David W. Anderson, Marsha Crowle, and Mary Beth Verdigets (the "Directors and Officers"), the Official Committee of Unsecured Creditors (the "Committee"), and First NBC Bank Holding Company, as debtor and debtor in possession (the "Debtor"), and collectively with the Directors and Officers and the Committee, (the "Parties"), hereby enter into this Stipulation (the "Stipulation") resolving the oppositions of the Directors and Officers to the classification scheme of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company Date July 2, 2019* (the "Plan"), as follows:

**WHEREAS**, on May 11, 2017 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of Louisiana.

**WHEREAS**, the Debtor continues to operate as a debtor-in possession pursuant to 11 U.S.C. §§ 1107 and 1108 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**WHEREAS**, the Committee was appointed by the United States Trustee on May 17, 2017 and then reconstituted on May 23, 2017. *See* Doc. Nos. 25, 30.

**WHEREAS**, Debtor is a holding company entity whose primary asset prior to commencement of this case was its 100% ownership interest in First NBC Bank (the "Bank").

**WHEREAS**, the Directors and Officers are all directors and/or former directors of Debtor and/or the Bank.

**WHEREAS**, the Directors and Officers have filed proofs of claim[1] (the "Claims") against the Debtor, pursuant to the Louisiana Business Corporation Act and other applicable statutes, and Debtor's Articles of Incorporation and Bylaws, for indemnification in relation to actual or threatened actions, proceedings, or investigations against the Directors and Officers.

**WHEREAS**, the Claims are contingent or unliquidated, at all times have been, and as of the date of this Stipulation remain contingent or unliquidated.

---

[1] The proofs of claim at issue in this Stipulation are proofs of claim (and amendments thereto) filed or to be filed by or on behalf of Directors or Officers including the following: William D. Aaron, Jr. (Claim No. 59-1), Herbert Anderson (Claim No. 60-1), Dale Atkins (Claim No. 61-1), John C. Calhoun (Claim No. 62-1), Leander J. Foley, III (Claim No. 65-1), William Carrouche (Claim No. 63-1), John F. French (Claim No. 66-1), Leon Giorgio, Jr. (Claim No. 67-1), Grish Roy Pandit (Claim No. 73-1), Shivan Govindan (Claim No. 68-1), Lawrence Blake Jones (Claim No. 69-1), Louis Lauricella (Claim No. 70-1), Mark Merlo (Claim No. 71-1), Hermann Moyse, III (Claim No. 72-1), James C. Roddy (Claim No. 74-1), Dr. Charles Teamer, Sr. (Claim No. 75-1), Joseph Toomy (Claim No. 76-1), Richard M. Wilkinson (Claim No. 77-1), David W. Anderson (Claim No. 83-1), Marsha Crowle (Claim No. 81-1), and Mary Beth Verdigets (Claim No. 80-1) and any other proof of claim filed by or on behalf of Directors and Officers that is an Indemnity Claim as defined in the Plan.

**WHEREAS**, litigation has been commenced against certain of the Directors and Officers seeking recovery of alleged damages against and from the Directors and Officers in their capacity as directors and officers of the Debtor and/or the Bank (the "Alleged Liabilities"), including, *inter alia*, allegations that certain of the Directors and Officers are liable to the Debtor's estate for alleged damages arising from alleged violations by the Directors and Officers of their fiduciary duties of loyalty and care allegedly owed by them to the Debtor.

**WHEREAS**, the Directors and Officers deny they are liable for any amounts whatsoever, including for the Alleged Liabilities, and they otherwise deny all allegations in such litigation.

**WHEREAS**, the Claims are filed for indemnity of the Directors and Officers on account of the Alleged Liabilities or other indemnifiable liabilities as set forth in the Claims.

**WHEREAS**, the Claims may no longer be contingent or unliquidated to the extent that the holders of the Claims expend money on account of the Alleged Liabilities or other indemnifiable liabilities as set forth in the Claims.

**WHEREAS**, prior filed versions of the Plan treated the Claims of the Directors and Officers as Class 2 General Unsecured Claims.

**WHEREAS**, on July 2, 2019, Debtor and the Committee, as plan proponents, filed the current Plan which creates a new "Class 4" applicable to "Indemnity Claims" that are "disallowed or subordinated, as applicable, pursuant to Section 502(e) and 509(c) of the Bankruptcy Code." *See* Plan [Doc. No. 621].

**WHEREAS**, the Second Amended Disclosure Statement (the "Disclosure Statement") filed July 2, 2019 states that the Directors and Officers hold Class 4 Indemnity Claims. *See* Disclosure Statement [Doc. No. 622].

3

**WHEREAS**, on July 9, 2019, the Directors and Officers filed oppositions (collectively, the "Oppositions") to the classification proposed by the Plan for the purpose of preserving their rights to be treated as Class 2 General Unsecured Claims. *See* Oppositions [Doc. Nos. 631-633].

**WHEREAS**, the Parties have agreed, subject to entry of this Stipulation, to resolve the Oppositions to the Plan's classification scheme, and their respective counsel have stipulated to the entry of this Stipulation for that purpose.

**NOW**, **THEREFORE**, in consideration of the mutual covenants and promises set forth herein, the Parties hereby agree and stipulate as follows:

1. Subject to the terms and conditions below, the Parties agree that the Claims shall be allowed and treated only as Class 4 Claims as of the date of this Stipulation. Notwithstanding the Plan's classification scheme or anything to the contrary in the Disclosure Statement, Plan, or Confirmation Order, to the extent the Directors and Officers are called upon or required to pay any indemnifiable[2] liabilities as set forth in their Claims, which are not otherwise payable under any available insurance coverage, then the holder of a Claim shall thereafter be treated as holding an allowed Class 2 General Unsecured Claim under the Plan and, as such, entitled to participate as a beneficiary of the Litigation and Distribution Trust but only to the extent and in the amount that the holder has actually paid and only after the Allowed Class 2 Claim of the FDIC has been paid in full. Payments made by any insurer shall not be deemed a payment for purposes of this provision.

2. Notwithstanding the possible future allowance as a Class 2 Claim by virtue of the provisions of Paragraph 1 above, any Director or Officer that is hereafter treated as holding an allowed Class 2 claim by virtue of those provisions shall not be entitled to either the "Cash Option"

---

[2] Nothing in this Stipulation shall be deemed to acknowledge that any of the Claims are, in fact, entitled to indemnity under applicable law.

4

nor the "Debt Option" treatment set forth in the Plan; *provided, however*, the holders of such claim shall be entitled to participate as a beneficiary of the Litigation and Distribution Trust as specified in Paragraph 1 above.

3. In light of this Stipulation, the Directors and Officers agree and stipulate that their Oppositions are hereby resolved, and the Debtor and Committee shall insert a paragraph into the Confirmation Order incorporating this stipulation.

**IN WITNESS WHEREOF**, the Parties, by their authorized counsel, have set their hands in agreement as of the date written below.

Dated: August 2, 2019


*/s/ William E. Steffes*
William E. Steffes, #12426
Barbara B/ Parsons, #28714
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard, Building 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bsteffes@steffeslaw.com
Email: bparsons@steffeslaw.com

*Counsel for First NBC Bank Holding Company, Debtor*

-and-

Jeffrey D. Sternklar (MA BBO No. 549561)
**JEFFREY D. STERNKLAR, LLC**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

*/s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr. (La. #24661)
**STEWART ROBBINS & BROWN, LLC**
301 Main Street, Suite 1640
P.O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax
Email: dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Creditors*

-and-


*/s/ R. Patrick Vance*
R. PATRICK VANCE (#13008)
ROBERT B. BIECK, JR. (#3066)
ELIZABETH J. FUTRELL (#05863)
ALEXANDER N. BRECKINRIDGE, I (#36155)
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8202
Facsimile: (504) 589-8202
Email: pvance@joneswalker.com
Email: rbeck@joneswalker.com
Email: efutrell@joneswalker.com
Email: abreckinridge@joneswalker.com

*Attorneys for David W. Anderson*

-and-

*/s/ Mary C. Gill*
Mary C. Gill (*admitted pro hac vice*)
Georgia Bar Number 294776
Jonathan T. Edwards (*admitted pro hac vice*)
Georgia Bar Number 134100
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Mary.gill@alston.com
Jonathan.edwards@alston.com

*Attorneys for Marsha Crowle & Mary Beth Verdigets*

-and-

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*/s/ Jan M. Hayden*
Jan M. Hayden (#06672)
Nancy S. Degan (#01819)
Brian M. Ballay (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

*Counsel for William D. Aaron, Jr., Herbert Anderson,
Dale Atkins, John C. Calhoun, William Carrouche,
Leander J. Foley, III, John F. French, Leon Giorgio, Jr.,
Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones,
Louis Lauricella, Mark Merlo, Hermann Moyse, III, James
Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, and
Richard M. Wilkinson*