**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | **CASE NO. 17-11213** |
| | **SECTION A** |
| **DEBTOR** | **CHAPTER 11** |

**JOINT *EX PARTE* MOTION TO CONTINUE HEARING ON CONFIRMATION OF JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**NOW INTO COURT**, through undersigned counsel, comes First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors of First NBC Bank Holding Company (the "**Committee**") who jointly move this Court, to briefly continue the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [P-621] (the "**Joint Plan**") for a period of 15 days. In support thereof, the Debtor and Committee jointly aver as follows:

1.

On July 2, 2019, the Debtor and the Committee (collectively, "Plan Proponents") filed the Joint Plan; and, on the same date, the Debtor filed an accompanying disclosure statement [Doc. ] ("Disclosure Statement").

2.

The Court entered the *Order Approving Second Amended Disclosure Statement, Fixing Time for Filing Acceptances or Rejections to the Second Amended Chapter 11 Plan of Reorganization, and Setting Confirmation Hearing* [P-624] on July 3, 2019, fixing the confirmation hearing ("Confirmation Hearing") on the Joint Plan for August 7, 2019 at 10:00 a.m.

3.

While the general structure of the Plan remains intact and the treatment of claims and interests will not change, certain issues have recently been presented to the Debtor which now require some changes to the details of the underlying deal structure of the Joint Plan. The Debtor is working through those details with all parties in interest; however, additional time is needed to finalize the changes and secure final approval from those parties. The Plan Proponents maintain that a brief continuance of the Confirmation Hearing is thus needed in order to obtain the approvals necessary to demonstrate feasibility of the Joint Plan.

4.

The Plan Proponents aver that the brief continuance requested will not result in prejudice to any party, and will instead facilitate plan confirmation and distribution to creditors.

5.

Through counsel, both the FDIC-R and the Office of the United States Trustee have advised the Debtor that they have no objection to the relief sought herein.

**WHEREFORE**, the Debtor and Committee pray that this Court continue hearing on confirmation of the Joint Plan for a time convenient to this Court, but no less than 15 days from the current hearing date of August 7, 2019; and, for any such other relief deemed equitable and just.

Respectfully Submitted;

By: /s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C**.
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998

Email: bparsons@steffeslaw.com

*Counsel for Debtor*

Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

**STEWART ROBBINS & BROWN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998

Email: dstewart@stewartrobbins.com

By: /s/ P. Douglas Stewart, Jr.
P. DOUGLAS STEWART, JR. #24661
BRANDON A. BROWN #25592

*Counsel to the Official Committee of Unsecured Creditors of First NBC Bank Holding Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

         SECTION A

DEBTOR          CHAPTER 11

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the forgoing *Joint Ex Parte Motion to Continue Hearing on Confirmation of Joint Plan of Reorganization* has been served via E-mail through this Court's CM/ECF Electronic Notification System to the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

    I hereby further certify that a copy of the motion has been served upon all creditors and interested parties who do not receive notice through this Court's CM/ECF Electronic Notification System, as shown on the attached mailing list, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

    Baton Rouge, Louisiana, this 2nd day of August, 2019.

                            /s/ Ashley D. Kujawa
                              Ashley D. Kujawa