# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

**FIRST NBC BANK HOLDING COMPANY**
             **CASE NO. 17-11213**

                      **SECTION A**

    **DEBTOR**
                   **CHAPTER 11**

## TABULATION OF VOTING

First NBC Bank Holding Company, debtor, and The Official Committee of Unsecured Creditors, co-proponents of the Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company [P-621] dated July 2, 2019 ("the Plan") in Case No. 17-11213 on the docket of this Court, through undersigned counsel, hereby certify that the following votes for and against the Plan were timely received by the balloting agent, Barbara B. Parsons, on or before the last day for submission of votes, July 31, 2019 5:00 p.m. CST[1] and August 2, 2019, at 3:00 p.m. CST[2], to wit:

| | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|
| CLASS 1 – Priority NQDC Claims | | | |
| CLASS 2 – General Unsecured Claims | | | |
| Archie Norman Duplantis, Jr. | $ 8,500.00 | X | |
| Consilio, Global eDiscovery Specialists | $263,287.70 | X | |
| Peter Babin, III | $ 82,000.00 | X | |
| Renewal Capital Company, LLC | $780,325.00 | X | |
| L. Blake Jones | $127,777.78 | X | |

---

[1] On July 3, 2019, the Court entered the *Order Approving Second Amended Disclosure Statement, Fixing Time for Filing Acceptances or Rejections to the Second Amended Chapter 11 Plan of Reorganization and Setting Confirmation Hearing* [P-624] setting July 31, 2019 as the last day for filing acceptances or rejections of the Plan.

[2] On July 30, 2019, the Court entered the *Order Extending Deadlines for (1) Officers and Directors to Cast Ballots and Object to Confirmation and (2) the Debtor to Tabulate Ballots and Submit Tabulation for Verification* [P-665] extending the July 31, 2019 deadline until August 2, 2019 for Officers and Directors only.

|                                   | AMOUNT         | ACCEPTS | REJECTS |
| --------------------------------- | -------------- | ------- | ------- |
| Joseph F. Toomy                   | $ 82,142.86    | X       |         |
| Charles C. Teamer, Sr.            | $ 82,142.86    | X       |         |
| James C. Roddy                    | $ 82,143.00    | X       |         |
| Grish Roy Pandit                  | $ 82,500.00    | X       |         |
| Herman Moyse, III                 | $127,777.78    | X       |         |
| Mark G. Merlo                     | $127,777.78    | X       |         |
| Louis V. Lauricella               | $127,777.78    | X       |         |
| Shivan Govindan                   | $127,777.78    | X       |         |
| Leon L. Giorgio, Jr.              | $127,777.78    | X       |         |
| Leander J. Foley, III             | $127,777.78    | X       |         |
| Penthouse Apartment Management    | $ 63,388.89    | X       |         |
| The Columbus Group                | $ 63,888.89    | X       |         |
| Herbert Anderson                  | $ 82,143.00    | X       |         |
| William D. Aaron, Jr.             | $ 82,142.86    | X       |         |

CLASS 3A[3] – STA Secured Claims

CLASS 3B[4] – RCC Secured Claims

CLASS 3C – NQDC Secured Claims

CLASS 4 – Indemnity Claims

|                        | AMOUNT            | ACCEPTS | REJECTS |
| ---------------------- | ----------------- | ------- | ------- |
| William Carrouche      | $250,000,000.00   | X       |         |
| John C. Calhoun        | $250,000,000.00   | X       |         |
| Shivan Govindan        | $250,000,000.00   | X       |         |
| Louis V. Lauricella    | $250,000,000.00   | X       |         |
| Mark G. Merlo          | $250,000,000.00   | X       |         |
| Grish Roy Pandit       | $250,000,000.00   | X       |         |
| James Roddy            | $250,000,000.00   | X       |         |
| Charles Teamer, Sr.    | $250,000,000.00   | X       |         |
| Joseph Toomy           | $250,000,000.00   | X       |         |
| R. Michael Wilkinson   | $250,000,000.00   | X       |         |
| Lawrence Blake Jones   | $250,000,000.00   | X       |         |
| Dale N. Atkins         | $250,000,000.00   | X       |         |
| Hermann Moyse, III     | $250,000,000.00   | X       |         |

---

[3] On July 30, 2019, the Bankruptcy Court entered an order [Doc. 666] approving a stipulation between Gregory St. Angelo and the Debtor and ordered that St. Angelo's 3A Claim be deemed to be an unsecured claim but not as yet Allowed. The Debtor represents that there are no current holders of Class 3A Claims as St. Angelo was the only existing creditor in Class 3A.

[4] On July 15, 2019, Renewal Capital Company, LLC ("RCC") amended its proof of claim (no. 52-2) as an unsecured claim and submitted a Class 2 General Unsecured Ballot. The Debtor represents that there are no current holders of Class 3B Claims as RCC was the only creditor to exist in Class 3B.

|                        | AMOUNT           | ACCEPTS | REJECTS |
|------------------------|------------------|---------|---------|
| William D. Aaron, Jr.  | $250,000,000.00  | X       |         |
| Herbert W. Anderson    | $250,000,000.00  | X       |         |
| Leander J. Foley       | $250,000,000.00  | X       |         |
| John French            | $250,000,000.00  | X       |         |
| Leon L. Giorgio        | $250,000,000.00  | X       |         |

CLASS 5 – Subordinated 510(b) Claims[5]

CLASS 6 – Series E Preferred Equity Interests                    Deemed to accept

CLASS 7 – Equity Interests (Common Stock)                    Deemed to accept

CLASS 8 – Series D Preferred Equity Interests                    Deemed to accept

## Summary of Votes

**Class 1  Priority NQDC Claims**                    **Amount**
Class 1 is unimpaired and Holders are deemed to have accepted the Plan.

**Class 2  General Unsecured Claims**                    **Amount**
| Votes received by Debtor:              | 19  | $2,649,049.52 |
| Acceptances received by Debtor:        | 19  | $2,649,049.52 |
| Rejections received by Debtor:         | 0   | $0.00         |
| Percentage in Number Accepting Plan:   |     | 100%[6]       |
| Percentage in Amount Accepting Plan:   |     | 100%          |

**Class 3A  STA Secured Claims[7]**                    **Amount**
Total Votes:   0

**Class 3B RCA Secured Claims[8]**                    **Amount**
Total Votes: 0

**Class 3C  NQDC Secured Claims[9]**                    **Amount**
Total Votes:   0                    $0

---

[6]The Globic Advisors' tabulation of votes for Bondholder Claims is attached hereto as **Exhibit 1**.  As indicated therein, all Class 2 votes received by Globic Advisors voted to accept the Plan.

[7]See footnote 3 above. Because this Class contains no claims, it should be disregarded for purposes of Plan confirmation.

[8]See footnote 4 above. Because this Class contains no claims, it should be disregarded for purposes of Plan confirmation.

[9]All creditors with asserted Class 3C Claims are subject to pending motions (collectively, "3012 Motions") of the Debtor to establish that the Claims are general unsecured claims. These 3012 Motions are currently set for hearing on August 7, 2019 [Doc. 653]; and, no timely objections to the 3012 Motions have been filed.  Accordingly, if the Debtor's 3012 Motions are granted, there will be no Class 3C Claims; and, thus, this Class 3C should be disregarded for purposes of Plan confirmation.

**Class 4  Indemnity Claims**

| | Amount |
|---|---|
| Total Votes:  18 | $4,500,000,000.00 |
| Acceptances:  18 | $4,500,000,000.00 |
| Rejections:  0 | $ 0.00 |
| | |
| Percentage in Number Accepting Plan: | 100% |
| Percentage in Amount Accepting Plan: | 100% |

**Class 5  Subordinated 510(b) Claims[10]**

| | |
|---|---|
| Total Votes:  0 | $0.00 |

**Class 6  Series E Preferred Equity Interests**

Class 6 is unimpaired and Holders are deemed to have accepted the Plan.

**Class 7  Equity Interests (Common Stock)**

Class 7 is unimpaired and Holders are deemed to have accepted the Plan.

**Class 8  Series D Preferred Equity Interests**

Class 8 is unimpaired and Holders are deemed to have accepted the Plan.

Respectfully submitted,

By: _____

WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard, Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Fax: (225) 751-1998
E-mail: bparsons@steffeslaw.com
*Counsel for First NBC Bank Holding Company, Debtor*

---

[10]The Debtor is not aware of any asserted Class 5 Claims.  Accordingly, for purposes of confirmation, this Class should be disregarded.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

            DEBTOR                                CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

**RECEIVED**

JUL 1 6 2019

BY: ................................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ <u>263,287.70</u> .

**STEP 2.** **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only     [ X ]    ACCEPT THE PLAN

                                    [   ]    REJECT THE PLAN

**STEP 3.** **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only     [ X ]    THE CASH OPTION

                                    [   ]    THE DEBT OPTION

**STEP 4.** **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.** **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: July 12, 2019

Signature: _____

Print Name: __Michael F. Flanagan__

Company/Creditor: __Consilio, Global eDiscovery Specialists__

Title (if appropriate): __General Counsel__

Address: __1828 L Street, NW, Suite 1070__

City/State/Zip: Washington, DC 20036

Phone: __(202) 822-6222 ext. 1812__ Email Address: michael.flanagan@consilio.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                     CASE NO. 17-11213

                                                   SECTION A

DEBTOR                                             CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, ***provided*** that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.      <u>CLASS 2 CLAIM AMOUNT</u>**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ <u> 8,500.00 </u> .

**STEP 2.** **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only      [ X ]    ACCEPT THE PLAN

                                   [   ]    REJECT THE PLAN

**STEP 3.** **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only      [ X ]    THE CASH OPTION

                                     [   ]    THE DEBT OPTION

**STEP 4.** **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.** **RETURN OF BALLOT BY VOTING DEADLINE**
For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: _July 15, 2019_

Signature: _AN Duplant Jr_

Print Name: _ARCHIE NORMAN DUPLANTIS JR_

Company/Creditor: _SELF_

Title (if appropriate): _____

Address: _352 SYCAMORE ST_

City/State/Zip: _RACELAND, LA 70394_

Phone: _985-855-2373_   Email Address: _nduplan@charter.net_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

          DEBTOR                        CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive



RECEIVED
JUL 2 4 2019
BY: .............................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means will not be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.,* entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.,* guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>CLASS 2 CLAIM AMOUNT</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $<u>780,325.00</u> .

**STEP 2.**     <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>       [ X ]    ACCEPT THE PLAN

                                   [   ]    REJECT THE PLAN

**STEP 3.**     <u>**ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>       [ X ]    THE CASH OPTION

                                   [   ]    THE DEBT OPTION

**STEP 4.**     <u>**CERTIFICATION**</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     <u>**RETURN OF BALLOT BY VOTING DEADLINE**</u>

For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: _July 22 2019_

Signature: _____

Print Name: __Michael Arata__

Company/Creditor: __Renewal Capital Company, LLC__

Title (if appropriate): __President__

Address: __c/o Stephen L. Williamson, 201 St. Charles Avenue, 40th Floor__

City/State/Zip: __New Orleans, LA 70170__

Phone: __(504) 582-1111__     Email Address: __swilliamson@gamb.law__

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY          CASE NO. 17-11213

                                        SECTION A

DEBTOR                                  CHAPTER 11

**CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING
THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

**INSTRUCTIONS FOR COMPLETING
THE FIRST NBC BANK HOLDING COMPANY BALLOT**

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

**RECEIVED**

JUL 2 9 2019

BY: .............................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**   **CLASS 2 CLAIM AMOUNT**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ _82,000.00_ .

**STEP 2.**      **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only          [ ✓ ]   ACCEPT THE PLAN

                            [   ]   REJECT THE PLAN

**STEP 3.**      **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only          [ ✓ ]   THE CASH OPTION

                            [   ]   THE DEBT OPTION

**STEP 4.**      **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**      **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/23/19

Signature: _____

Print Name: PETER BABIN, III

Company/Creditor: N/A

Title (if appropriate): N/A

Address: 68 INLET DR.

City/State/Zip: SLIDELL, LA 70458

Phone: (504) 289-5320   Email Address: babin.iii@bellsouth.net

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

            DEBTOR                                CHAPTER 11

### CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Creditors as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

### INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

RECEIVED
AUG 0 2 2019
BY: ........................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ ~~$300,400~~ 127,777.78

**STEP 2.**  <u>**ACCEPTANCE OR REJECTION OF THE PLAN**</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>  [X] ACCEPT THE PLAN

[  ] REJECT THE PLAN

**STEP 3.**  <u>**ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>  [  ] THE CASH OPTION

[X] THE DEBT OPTION

**STEP 4.**  <u>**CERTIFICATION**</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**  <u>**RETURN OF BALLOT BY VOTING DEADLINE**</u>

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 8-2-2019

Signature: _____

Print Name: Jan Hayden

Company/Creditor: L. Blake Jones

Title (if appropriate): Attorney

Address: One Shell Sq 41 st floor 701 Poydras St.
N.O. La.
70139

Phone: 504 566 8645   Email Address: jhayden @ baker donelson . com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                    CASE NO. 17-11213

                                                  SECTION A

DEBTOR                                            CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

RECEIVED
AUG 0 2 2019
BY: .......................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.,* guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.     <u>CLASS 2 CLAIM AMOUNT</u>**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $ 82,142.86

**STEP 2.**    <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>           [ ✗ ]   ACCEPT THE PLAN

[   ]   REJECT THE PLAN

**STEP 3.**    <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>    [   ]   THE CASH OPTION

[ ✗ ]   THE DEBT OPTION

**STEP 4.**    <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**    <u>RETURN OF BALLOT BY VOTING DEADLINE</u>

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _____ attorney for

Print Name: _____ Joseph F. Toomy

Company/Creditor: N.A

Title (if appropriate): NA

Address: P.O. Box 663

City/State/Zip: Lebanne, la. 70054

Phone: 504 566-8645    Email Address: jhaydene/ baker donelson.com

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY                CASE NO. 17-11213

                                              SECTION A

DEBTOR                                        CHAPTER 11

## CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

RECEIVED

AUG 0 2 2019

BY: ............................

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.*, guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and sign and date.

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.**     **CLASS 2 CLAIM AMOUNT**

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $82,142⁸⁶.

**STEP 2.**     <u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>          [X]     ACCEPT THE PLAN

                                 [   ]     REJECT THE PLAN

**STEP 3.**     <u>ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION</u>

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>          [   ]     THE CASH OPTION

                                 [X]     THE DEBT OPTION

**STEP 4.**     <u>CERTIFICATION</u>

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.**     <u>RETURN OF BALLOT BY VOTING DEADLINE</u>
For your vote and election to be counted, you must return your Ballot so that it is **received by** Voting Agent on or before the Voting Deadline.

Date: 7/30/2019

Signature: _Dan Hayla attorney for_

Print Name: _Charles C. Deamer, Sr_

Company/Creditor: _N/A_

Title (if appropriate): _N/A_

Address: _32 Fairway Oaks Drive_

City/State/Zip: _New Orleans, La.   70131_

Phone: _504-566-8665_   Email Address: _jhaylen e baker donelsm. com_

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.