## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY    CASE NO. 17-11213

                                                                                                                                         SECTION A

DEBTOR    CHAPTER 11

### ORDER DENYING CONTINUATION OF CONFIRMATION HEARING

Considering the *Joint Ex Parte Motion to Continue Hearing on Confirmation of Joint Plan of Reorganization* ("Motion to Continue") [P-675] filed by First NBC Bank Holding Company and the Official Committee of Unsecured Creditors,

IT IS ORDERED that the Motion to Continue is DENIED and that the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [P-621] is still August 7, 2019 at 10:00 a.m.

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect immediately.

New Orleans, Louisiana, August 6, 2019.

                                                                                 Hon. Elizabeth W. Magner
                                                                                 U.S. Bankruptcy Judge