IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | Case No. 17-bk-11213 |
| ) | Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, ) | Judge Elizabeth W. Magner |
| ) | Section A |
| Debtor. ) | |
| ) | |

**ORDER GRANTING UNITED STATES' MOTION TO EXTEND THE DEADLINE FOR THE IRS TO OBJECT TO CONFIRMATION**

UPON CONSIDERATION of the United States' motion to extend its deadline to object to confirmation on behalf of the IRS and for good cause shown, it is hereby

ORDERED that the motion is granted, and the United States' deadline to object to confirmation on behalf of the IRS is extended to August 2, 2019 at 3 PM CDT.

New Orleans, Louisiana, August 12, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge