**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | CASE NO. 17-11213 |
| | SECTION A |
| **DEBTOR** | CHAPTER 11 |

**ORDER (i) ESTABLISHING VOTING RECORD DATE, (ii) APPROVING SOLICITATION AND VOTE TABULATION PROCEDURES FOR BONDHOLDERS (iii) APPROVING FORM OF BALLOTS AND (iv) APPROVING FORM, MANNER AND NOTICE PROCEDURES FOR COMMON STOCK HOLDERS**

Considering the *Motion for Entry of Order (1) Establishing Procedures for Solicitation; (2) Approving Form of Ballots and (3) Approving Form, Manner and Notice Procedures for Equity Security Holders* ("Procedures Motion") [P-560], filed by First NBC Bank Holding Company ("Debtor"), as debtor and debtor-in-possession; the limited objections to the Procedures Motion filed by the United States Department of Treasury [P-574] and the Office of the U.S. Trustee [P-578]; the June 12, 2019 hearing ("Hearing") on the Procedures Motion; entry of the Court's order [P-585] following the Hearing; the amendments to the Plan [Doc. 621] and Disclosure Statement [Doc. 622] following the Hearing; and, the record of this matter,

IT IS HEREBY ORDERED that:

1. <u>The Voting Record Date.</u>  The Voting Record Date shall be July 3, 2019.

2. <u>Content of Solicitation Package to Bondholders.</u> The content of the Solicitation Package to Bondholders is approved and shall contain the following materials:

    (a) the Order approving the Disclosure Statement [Doc. 624] ("Disclosure Statement Order"), which shall include the setting of the the hearing on

confirmation ("Confirmation Hearing") of the Plan and related voting and objection deadlines;

    (b)    the approved Disclosure Statement, which shall include the Plan (attached as an exhibit to the Disclosure Statement); and,

    (c)    Class 2 Bondholder Claim Ballot (substantially in the form attached hereto as Exhibit A).

3.    <u>Transmittal of Soliciation Package to Bondholders</u>. Globic Advisors, LLC ("Globic") shall mail the Solicitation Package, pursuant to the timelines set forth in the Disclosure Statement Order, directly to all registered holders of the Legacy Subordinated Notes as of the Voting Record Date and, as applicable, will work with the Nominees to facilitate the transmission of the Solicitation Package to Beneficial Holders. Globic shall direct Nominees to solicit votes from their respective Beneficial Holders to complete such Nominees' Ballots.

4.    <u>Vote Tabulation Procedures for Bondholders.</u> The following Vote Tabulation Procedures are approved and shall apply to all Bondholder Claims:

    (a)    The following Ballots shall not be counted:

        (1)    any Ballot that is received after the Voting Deadline (unless an extension of the Voting Deadline is granted by the Bankruptcy Court);

        (2)    any Ballot that is illegible or contains insufficient information to permit the identification of the holder who cast the Ballot;

        (3)    any Ballot cast by an entity that does not hold a Bondholder Claim;

        (4)    any unsigned Ballot;

  (5) any form of Ballot other than the form sent by Globic,

  (6) any Ballot submitted by any entity not entitled to vote pursuant to the procedures described herein,

 (b) If multiple Ballots are received from the same holder with respect to the same claim prior to the Voting Deadline, the last Ballot timely received will be deemed to reflect that voter's intent and will supersede and revoke any prior received Ballot,

 (c) Holders must vote all of their claims either to accept or reject the Plan and may not split any votes. A Ballot that partially rejects and partially accepts the Plan will not be counted,

 (d) Globic shall be permitted to receive all Bondholder Ballots, including by facsimile, e-mail, or any other electronic means,

 (e) Only votes submitted by Registered Holders of Legacy Subordinated Notes, as of the Voting Record Date, shall be counted,

 (g) To the extent that conflicting votes or overvotes are submitted, Globic shall attempt to resolve the conflict or overvote prior to the preparation of the vote certification in order to ensure that as many votes from registered holders of Legacy Subordinated Votes as possible are accurately tabulated,

 (h) Globic shall prepare a tabulation of the Bondholder Ballots on behalf of the Debtor, which will be timely filed in accordance with the deadlines set by the Bankruptcy Court;

5. <u>Approval of Ballots, as amended</u>. The Ballots for Class 2 Bondholder Claims and the Ballots for Class 2 General Unsecured Non-Bondholder Claims, substantially

in the form attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, respectively, are hereby approved. Pursuant to the directives of this Court, made during the Hearing, no Ballots for any creditor or equity interest holder, entitled to vote on the Plan, shall contain language that represents in any manner that the failure to vote to accept or reject the Plan shall equate to an acceptance of the Plan.

6. <u>Notice Procedures for Holders of Common Stock</u>. The following procedures for Plan notices are approved and shall apply to holders of common stock of the Debtor:

(a) Computershare shall mail a notice ("Shareholder Notice"), substantially in the form attached hereto as <u>Exhibit C</u>, of the Disclosure Statement Order directly to Registered Shareholders and to Beneficial Shareholders via transmission to DTC.

(b) In addition to the electronic publication of the Solicitation Package by Computershare, any Registered Holder or Beneficial Shareholder may request that a paper copy of the Solicitation Package be mailed to them by Debtor's counsel;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 19, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY        CASE NO. 17-11213

        SECTION A

DEBTOR        CHAPTER 11

**CLASS 2: REGISTERED HOLDER BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

**First NBC Bank Holding Company**
**5.75% Subordinated Notes due February 2025**
**CUSIPs: 32115DAA4 and 32115DAB2**
**(collectively, the "Notes")**

**Voting Record Date:** July 3, 2019
**Voting Deadline: July 31, 2019**

    First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), filed a Joint Amended Plan of Reorganization dated July 2, 2019 (the "Plan"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "Disclosure Statement"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana, 70817, (225)751-1751, (225)751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

    You are receiving this Ballot because records maintained by the Note Indenture Trustee indicate that you are a registered Holder of Notes[1] as of the Voting Record Date of July 3, 2019. Accordingly, you have a right to vote to accept or reject the Plan.

    Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and electing a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the

---

[1] Referred to in the Plan and Disclosure Statement as "**Bondholder**".

Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

## INSTRUCTIONS FOR COMPLETING
## THE FIRST NBC BANK HOLDING COMPANY BALLOT

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class or in one or more of the above CUSIPs, you will receive a ballot for each class or CUSIP in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. If you hold your Notes via a Custodian or Nominee, please instruct your Custodian or Nominee in the manner that they have provided you. **Unsigned Ballots may not be counted or considered by the Court for any purpose in determining whether the Plan has been accepted or rejected. Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** The Voting Agent will accept electronic receipt (scanned and sent via e-mail or facsimile) prior to the Voting Deadline set forth above, unless such deadline is extended by the Bankruptcy Court. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects").

All authorized signatories (*e.g.,* guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3. Should you elect or be deemed to elect the Cash Option provided for Class 2 Claim holders, you shall be deemed to have assigned all your SPV Claim Rights to First Phoenix, LLC as of the Effective Date of the Plan.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) S**tep 5. Return the Ballot to the Voting Agent:**

**Globic Advisors**
**Attn: Robert Stevens**
**485 Madison Avenue, 7th Floor**
**New York, NY 10022**
Facsimile: 212-271-3252
E-mail: rstevens@globic.com

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT ROBERT STEVENS OF GLOBIC ADVISORS AT 212-201-5346 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

**STEP 1.    PRINCIPAL AMOUNT OF NOTES HELD AS OF THE RECORD DATE**

As of the Voting Record Date, July 3, 2019, the undersigned was the Registered Holder (or authorized signatory for a Registered Holder) of the Notes in the following amount:

```
┌─────────────────────────────────────────────────────────┐
│                                        [Put Label Here] │
│  Name(s) _____          │
│                                                         │
│  CUSIP No._____                       │
│                                                         │
│  Amount Held $_____                   │
│                                                         │
└─────────────────────────────────────────────────────────┘
```

**STEP 2.    ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby votes to:

<u>Check one box only</u>       [ ] ACCEPT THE PLAN

                         [ ] REJECT THE PLAN

**STEP 3.**      **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned Registered Holder of the Notes and Class #2 Claim, as listed above in Step 1, hereby elects:

<u>Check one box only</u>       [ ] THE CASH OPTION

                         [ ] THE DEBT OPTION

**STEP 4.**      **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the Registered Holder of the Notes to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and (c) have received a copy of the disclosure statement (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in the disclosure statement and the relevant Court Order(s).

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents by you or your Nominee as applicable.

Date: _____

Signature: _____

Print Name: _____

Company/Creditor: _____

Title (if appropriate): _____

Address: _____

City/State/Zip: _____

Phone: _____ Email Address: _____

**PLEASE RETURN THIS BALLOT IMMEDIATELY IN THE ENVELOPE PROVIDED**

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT **ROBERT STEVENS OF GLOBIC ADVISORS AT 212-201-5346 OR VIA EMAIL AT RSTEVENS@GLOBIC.COM.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY           CASE NO. 17-11213

                                         SECTION A

DEBTOR                                   CHAPTER 11

**CLASS 2: GENERAL UNSECURED CREDITOR BALLOT FOR ACCEPTING OR REJECTING THE JOINT PLAN OF REORGANIZATION FILED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS AMENDED ON JULY 2, 2019**

First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors ("**Committee**"), filed a Joint Amended Chapter 11 Plan of Reorganization dated July 2, 2019 (the "**Plan**"). The Court has approved a Disclosure Statement dated July 2, 2019 with respect to the Plan (the "**Disclosure Statement**"). If you do not have a Disclosure Statement, you may obtain a copy from Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817, (225) 751-1751, (225) 751-1998 (facsimile), bparsons@steffeslaw.com. All capitalized terms not defined herein shall have the meanings given to them in the Plan.

**This Ballot is to be used for voting by holders of non-Bondholder claims in Class 2. Class 2 consists of all General Unsecured Claims as defined in Section 1.1.49 of the Plan. If your Ballot is not received by Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, Louisiana 70817 (the "Voting Agent") on or before July 31, 2019 at 5:00 p.m., CST ("Voting Deadline"), and such deadline is not extended by the Court, your vote will be counted as an acceptance of the Plan.**

Your rights are described in the Disclosure Statement, which is included in the Solicitation Package you are receiving with this Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. This Ballot may not be used for any purpose other than casting votes to accept or reject the Plan and elect a Class 2 Claim treatment option. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class that has accepted or rejected the Plan and such class is eligible to vote on the Plan. In the event the required acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

**INSTRUCTIONS FOR COMPLETING
THE FIRST NBC BANK HOLDING COMPANY BALLOT**

The Debtor and the Committee are soliciting your vote on their proposed Plan, attached as Exhibit A to the Disclosure Statement accompanying this Ballot. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Disclosure Statement and the Plan carefully before you complete the Ballot. You may wish to seek legal advice concerning the Plan, your classification and the treatment under the Plan. If you hold claims in more than one class, you will receive

a ballot for each class in which you are entitled to vote. **IF YOU RECEIVE MORE THAN ONE BALLOT, YOU MUST COMPLETE EACH BALLOT SEPARATELY.**

In order for this Ballot to be validly cast, you must complete, sign, date and return this Ballot to the Voting Agent at the address set forth on the enclosed envelope. **Ballots executed in a manner that (i) indicate no election of a Class 2 Claim treatment option, or (ii) indicate an election of both Class 2 Claim treatment options will be deemed by the Court as an election of the Cash Option under the Plan.** Original Ballots must be received by the Voting Agent by the deadline set forth above, unless such deadline is extended by the Bankruptcy Court. Ballots sent via facsimile or other electronic means **will not** be accepted. **If you fail to timely return a Ballot properly executed, you will be deemed to have elected the Cash Option.**

**A vote to accept the Plan or to elect a Class 2 Claim treatment option does not constitute a waiver of any right to object to the Plan.**

Creditors may *not* split their claims to submit partial votes. For each claim on which a creditor is entitled to vote, a ballot for that entire claim must be cast for, or against, the plan (*i.e.*, entire claim "accepts" or "rejects"). Likewise, a creditor may only elect one Class 2 Claim treatment option.

All authorized signatories (*e.g.,* guardian, conservator, executor, or other agent or representative) may execute this Ballot, *provided* that such signatory includes the name and address of the claim holder on this Ballot and is ready, willing and able to provide supporting evidence to the Debtor and the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of such claim holder. Authorized signatories voting on behalf of more than one claim holder must complete a separate Ballot for each claim holder.

To complete the Ballot properly, take the following steps:

1) **Step 1. The Claim Amount.** If no claim amount is pre-printed in Step 1, fill in the unpaid amount of your claim in Item 1. This should be the amount asserted in your proof of claim or, if you did not file a proof of claim, the debt scheduled by the Debtor.

2) **Step 2. Voting on the Plan.** Vote to accept or reject the Plan by checking one of the boxes under Step 2.

3) **Step 3. Election of Class 2 Claim Treatment Option.** Elect one of the alternative Class 2 Claim treatment options by checking one of the boxes under Step 3.

4) **Step 4. Certification.** Provide your name, mailing address, other information indicated, and <u>sign and date.</u>

5) **Step 5. Return of the Ballot by the Voting Deadline.** The original executed and completed Ballot must be received by the Voting Agent by the Voting Deadline.

**STEP 1.** <u>**CLASS 2 CLAIM AMOUNT**</u>

The undersigned is a holder of a Class 2 Claim in the unpaid amount of $_____.

**STEP 2.** **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby votes to:

Check one box only      [   ]    ACCEPT THE PLAN

                                 [   ]    REJECT THE PLAN

**STEP 3.** **ELECTION OF THE CLASS 2 CLAIM TREATMENT OPTION**

The undersigned holder of a Class #2 Claim, as listed above in Step 1, hereby elects:

Check one box only      [   ]    THE CASH OPTION

                                 [   ]    THE DEBT OPTION

**STEP 4.** **CERTIFICATION**

By returning this ballot, you certify that you (a) on July 3, 2019, you were the holder of the Class 2 Claim identified above and to which this Ballot pertains (or an authorized signatory); (b) have full power and authority to vote to accept or reject the plan and elect a claim treatment option; and (c) have received a copy of the disclosure statements (including exhibits thereto) and understand that the solicitation of votes for the plan is subject to all the terms and conditions set forth in those disclosure statements and the relevant Court Orders.

By voting on the Plan, you will be deemed to have consented to the submission of your Ballot to the Voting Agent and the Debtor or its agents.

**STEP 5.** **RETURN OF BALLOT BY VOTING DEADLINE**

For your vote and election to be counted, you must return your Ballot so that it is **received** by Voting Agent on or before the Voting Deadline.

Date: _____

Signature: _____

Print Name: _____

Company/Creditor: _____

Title (if appropriate): _____

Address: _____

City/State/Zip: _____

Phone: _____ Email Address: _____

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, PLEASE CONTACT BARBARA B. PARSONS AT THE STEFFES FIRM, LLC, (225) 751-1751, OR bparsons@steffeslaw.com.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY,** | **CASE NO. 17-11213** |
| **DEBTOR** | **SECTION A** |
| | **CHAPTER 11** |

NOTICE TO SHAREHOLDERS OF FIRST NBC BANK HOLDING COMPANY'S HEARING ON CONFIRMATION OF THE AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FILED BY FIRST NBC BANK HOLDING COMPANY AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This Notice has been approved by the Bankruptcy Court and is being distributed to all stockholders of First NBC Bank Holding Company ("FBNC"). You have received this notice because you are (were) a common stockholder of FNBC as of the Record Date, July 3, 2019.

A copy of the Bankruptcy Court's Order setting the Hearing on Plan Confirmation and establishing related voting and objection deadlines is attached hereto as Exhibit A. The Amended Joint Chapter 11 Plan of Reorganization filed by FNBC and the Official Committee of Unsecured Creditors ("Plan") can be reviewed and downloaded free of charge from www._____, a website maintained by Computershare, Inc., FNBC's transfer agent. Should you require that a copy of the Disclosure Statement and Plan be mailed to you, please contact FNBC's bankruptcy counsel to request a copy: Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Blvd., Bldg. 3, Baton Rouge, LA 70817, Phone: (225) 751-1751, Facsimile: (225) 751-1998, E-mail: bparsons@steffeslaw.com.

Please take notice that the Plan proposes to leave unaltered the legal, equitable and contractual rights to which each common stockholder is entitled on account of such interests. Accordingly, such stockholders are deemed to have accepted the Plan and are not entitled to vote to accept or reject the Plan. If the Plan is confirmed, upon the Effective Date thereof, pursuant to 11 U.S.C.§1145, all common stock shall be cancelled and reissued to the exact holders of common stock, as existed on the Effective Date of Plan, in exchange for such interests.

Dated: _____, 2019

Respectfully submitted by:

/s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Fax: (225) 751-1998
Email: bparsons@steffeslaw.com
*Counsel for Debtor*