## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

FIRST NBC BANK HOLDING COMPANY,                    Chapter 11

      Debtor.                                                   Case No. 17-11213

---

### MOTION TO WITHDRAW PROOF OF CLAIM

NOW INTO COURT, through undersigned counsel, comes Charles C. Teamer, Sr. and respectfully files this Motion to Withdraw his Proof of Claim #25 in the amount of $82,142.96 and consents to the treatment of that sum as a preferred equity interest "Series E Preferred Stock (Class 6 under July 2, 2019 Joint Plan)".

New Orleans, Louisiana, this 27th day of August, 2019.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

*/s/ Jan M. Hayden*
Jan M. Hayden (#06672)
Nancy Scott Degan (#01819)
Brian M. Ballay (#29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com
Counsel for Charles C. Teamer, Sr.

1

4838-8383-8882v1
2941996-000001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System and by First Class Mail upon the parties on the attached service list who do not receive notice through the CM-ECF system.

New Orleans, Louisiana, this 27th day of August, 2019.

/s/ Jan M. Hayden
Jan M. Hayden

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank: sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com; malka.zeefe@dentons.com
Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov
A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com, jdelage@stewartrobbins.com; kheard@stewartrobbins.com
Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com
Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com, akass@reasonoverllc.com; kreasonover@reasonoverllc.com
Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com, kheard@stewartrobbins.com; jdelage@stewartrobbins.com
Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com, mlopez@lawla.com
Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com
Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com, vicki.owens@arlaw.com;mary.cuenca@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com, michelle@congenilawfirm.com

Jonathan Edwards on behalf of Interested Party Marsha Crowle Jonathan.Edwards@alston.com, leslie.salcedo@alston.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets Jonathan.Edwards@alston.com, leslie.salcedo@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com, mmontiville@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com jlandis@stonepigman.com, jmcnair@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law, jporche@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com, rhamilton@fishmanhaygood.com

Barbara B. Parsons on behalf of Debtor First NBC Bank Holding Company bparsons@steffeslaw.com, akujawa@steffeslaw.com; bparsons@ecf.courtdrive.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com, kheard@stewartrobbins.com; ryan.richmond.cmecf@gmail.com; jdelage@stewartrobbins.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission atlreorg@sec.gov; baddleyd@sec.gov

William E. Steffes on behalf of Debtor First NBC Bank Holding Company bsteffes@steffeslaw.com,akujawa@steffeslaw.com; schassaing@steffeslaw.com; bsteffes@ecf.courtdrive.com

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com, jdelage@stewartrobbins.com; kheard@stewartrobbins.com; jjohnson@stewartrobbins.com; 6031804420@filings.docketbird.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com, nwiebelt@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law, njohnson@gamb.law

3