UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **FIRST NBC BANK HOLDING COMPANY** | 17-11213 |
| | SECTION A |
| DEBTOR | CHAPTER 11 |

### ORDER

**IT IS ORDERED** that the Confirmation Hearing scheduled for August 28, 2019 at 10:00 a.m. in Room B-709, 500 Poydras Street, New Orleans, Louisiana (P-680) will be converted to a status conference.

**IT IS FURTHER ORDERED** that counsel for Mover shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect immediately.

New Orleans, Louisiana, August 27, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge