UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                            CASE NO.

**FIRST NBC BANK HOLDING**
**COMPANY**                                                       **17-11213**
                                                                  **SECTION A**

DEBTOR                                                            CHAPTER 11


### ORDER

On August 28, 2019, a status conference on the Confirmation of First NBC Bank Holding

Company's Plan (P-680) was held.


Appearances were made by:

Christopher T. Caplinger, counsel for lead plaintiffs in Securities Class Action;
Barbara B. Parsons, counsel for NBC Bank Holding Company ("Debtor");
William E. Steffes, counsel for NBC Bank Holding Company;
Amanda B. George, counsel for U.S. Trustee;
Brandon A. Brown, counsel for the Official Committee of Unsecured Creditors;
Serajul Ferdows Ali, counsel for United States of America Treasury;
Jeffrey D. Sternklar, counsel for the Official Committee of Unsecured Creditors;
Jan Hayden, counsel for certain officers and directors;
Jay Beatman, counsel for FDIC.

IT IS ORDERED that the Confirmation Hearing (P-680) be continued to Wednesday,

September 4, 2019 at 10:00 a.m. in Room B-709, 500 Poydras Street, New Orleans, Louisiana.

IT IS FURTHER ORDERED that a tentative status conference is scheduled for October

1, 2019 at 10:00 a.m. in Room B-709, 500 Poydras Street, New Orleans, Louisiana.  It will be

held if the Plan is not confirmed at the September 4th hearing.

IT IS FURTHER ORDERED that counsel for Mover shall serve this order on the

required parties who will not receive notice through the ECF system pursuant to the FRBP and

the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 29, 2019.

Hon.  Elizabeth W.  Magner
U.S. Bankruptcy Judge