UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY            CASE NO. 17-11213

                                                                              SECTION A

DEBTOR                                                           CHAPTER 11

**MOTION FOR ORDER APPROVING IMMATERIAL
MODIFICATIONS TO JOINT PLAN OF REORGANIZATION**

**NOW INTO COURT**, come First NBC Bank Holding Company ("Debtor") and the Official Committee of Unsecured Creditors ("Committee"; and, with the Debtor, the "Plan Proponents"), who hereby move this Court for entry of an order approving immaterial modifications to the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company Dated July 2, 2019* ("Joint Plan") [Doc. 621]; and, in support thereof respectfully represent the following:

**Background**

1.

On May 11, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code"), commencing the above-captioned bankruptcy case ("Bankruptcy Case"). On May 23, 2017, the Committee was appointed by the Office of the U.S. Trustee.

2.

Plan Proponents' filed their Joint Plan on July 2, 2019. The proposed immaterial modifications ("Plan Modifications") represent plan revisions to address, primarily, the funding and/or procedural structure set forth in Article VI ("Means for Implementation of the Plan") of the

Joint Plan, as such relates to initial plan distributions. In addition, the proposed modifications reflect a broader scope of legal, equitable and contractual rights retained by Class 8 – Series D Preferred Equity Interests.

**Relief Requested**

3.

By this Motion, Plan Proponents seek this Court's approval of the Plan Modifications to the Joint Plan as indicated in the *redlined* Joint Plan, attached hereto as Exhibit A.

4.

The changes to the Joint Plan, as proposed herein, are technical modifications and those reflecting a broader scope of rights for Class 8 Equity Interests. The Plan Proponents believe it is in the best interests of the Debtor's estate and its creditors and equity interest holders to make such modifications in order to, *inter alia*, accurately reflect the structure for the means of implementation of the Joint Plan and to clarify any ambiguities or inconsistencies currently contained therein. The holders of claims against and equity interests in the Debtor's estate will not receive worse treatment under the Joint Plan as a result of the proposed modifications

**Basis for Relief**

5.

Section 1127(a) of the Bankruptcy Code provides in pertinent part:

> The proponent of a plan may modify such plan at any time before confirmation, but may not modify such plan so that such plan as modified fails to meet the requirements of Section 1122 and 1123 of this title. After the proponent of a plan files a modification of such plan with the court, the plan as modified becomes the plan. 11 U.S.C. § 1127(a).

6.

The proposed Plan Modifications do not alter the classification of Claims of the Joint Plan, and as such, do not implicate the classification rules of Section 1122 of the Bankruptcy Code.

7.

The proposed Plan Modifications comply with all provisions of Section 1123 of the Bankruptcy Code.

8.

Rule 3019 of the Federal Rules of Bankruptcy Procedure provides in pertinent part:

In a chapter 9 or chapter 11 case, after a plan has been accepted and before its confirmation, the proponent may file a modification of the plan. If the court finds after a hearing on notice to the trustee, any committee appointed under the Code, and any other entity designated by the court that the proposed modification does not adversely change the treatment of the claim of any creditor or the interest of any equity security holder who has not accepted in writing the modification, it shall be deemed accepted by all creditors and equity security holders who have previously accepted the plan. Fed. R. Bankr. 3019.

9.

The proposed Plan Modifications do not adversely change the treatment of the Claims or Equity Interests of Classes 1, 2, 3A, 3B, 3C, 4, 5, 6, 7 or 8, nor do they materially alter the treatment accorded to such claims or interests. As such, the Plan Proponents maintain that the proposed Plan Modifications are non-material, and that no additional solicitation is required as a result of the requested modifications. See *In re Cellular Info. Sys., Inc.*, 171 B.R. 926, 929 n.6 (Bankr. S.D.N.Y. 1994) (nonmaterial modifications to plan do not require resolicitation); *In re American Solar King Corp.*, 90 B.R. 808 (Bankr. W.D. Tex. 1988) (if modification did not materially impact claimant's treatment, the change was not adverse to claimant and court can deem prior acceptance applied to amended plan); *In re Dow Corning Corp.,* (E.D. Mich. 1999) 237 B.R. 374 (if modification does not adversely change treatment of the claim of creditors, no further solicitation is required).

**WHEREFORE**, Plan Proponents' respectfully request that this Court find, as part of the hearing on plan confirmation scheduled for September 4, 2019, that the proposed Plan Modifications, attached hereto as <u>Exhibit A</u>, are non-material within the meaning of Federal Rule

of Bankruptcy Procedure 3019; authorize the Plan Modifications to the Joint Plan without requiring the Plan Proponents to resolicit votes respecting the Joint Plan, as modified; and find that the "Joint Plan" shall mean the Joint Plan, as modified by the attached Plan Modifications; and for any and all other relief this Court deems necessary and proper.

Respectfully submitted,

By: /s/ Barbara B. Parsons
William E. Steffes, La. Bar No. 12426
Barbara B. Parsons, La. Bar No. 28714
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
E-mail: bparsons@steffeslaw.com

*Counsel for Debtor*

-and-

Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

By: /s/ Brandon A. Brown
P. DOUGLAS STEWART, JR. #24661
BRANDON A. BROWN #25592
**STEWART ROBBINS & BROWN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998
Email: bbrown@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Creditors of First NBC Bank Holding Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

FIRST NBC BANK HOLDING COMPANY    CASE NO. 17-11213

DEBTOR    SECTION A

CHAPTER 11

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion for Order Approving Immaterial Modifications to Joint Plan of Reorganization* has been served via Email through this Court's CM/ECF Electronic Notification System upon the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee
baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group
bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service
ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee
bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group
ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Baton Rouge, Louisiana, this 30th day of August, 2019.

/s/ Ashley D. Kujawa
Ashley D. Kujawa