## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | **CASE NO. 17-11213** |
| | **SECTION A** |
| **DEBTOR** | **CHAPTER 11** |

### ORDER CONTINUING CONFIRMATION HEARING

Considering the *United States' Limited Objection to Motion for Order Approving Immaterial Modifications* ("Limited Objection") [P-743], the agreement of First NBC Bank Holding Company ("Debtor"), the Official Committee of Unsecured Creditors ("Committee") and the United States of America on behalf of its Department of Treasury ("Treasury");

IT IS HEREBY ORDERED that, subject to the consensual resolution of Treasury's original Objection to plan confirmation [P-669] ("Treasury's Objection"), the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan* [P-621] shall be continued until September 6, 2019 at 8:30 a.m. in Room B-709 at 500 Poydras Street, New Orleans, Louisiana;

IT IS FURTHER ORDERED that should the Debtor, the Committee and Treasury fail to reach an agreement resolving Treasury's Objection, the confirmation hearing shall not be held on September 6, 2019; but, instead, the date for such hearing shall be addressed during the status conference tentatively scheduled for October 1, 2019 at 10:00 a.m. pursuant to prior Order of this Court [P-723].

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect immediately

New Orleans, Louisiana, September 3, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge