UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **FIRST NBC BANK HOLDING COMPANY** | 17-11213<br>SECTION A |
| DEBTOR | CHAPTER 11 |

## ORDER CANCELLING HEARING

IT IS ORDERED that the Confirmation Hearing on Debtor's Second Amended Joint Chapter 11 Plan (P-744) scheduled for Friday, September 6, 2019 is CANCELLED.

IT IS FURTHER ORDERED that a status conference regarding confirmation of the Second Amended Joint Chapter 11 Plan (P-621) will be held on October 1, 2019 at 10:00 a.m. in Room B-709 at 500 Poydras Street, New Orleans, Louisiana, pursuant to the prior Order of this Court (P-723).

IT IS FURTHER ORDERED that counsel for Debtor shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect immediately.

New Orleans, Louisiana, September 5, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge