UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NO. |
| **FIRST NBC BANK HOLDING COMPANY** | **17-11213** |
| DEBTOR | CHAPTER 11 |

## ORDER

The Court having reviewed the record and pleadings and finding that a conflict exists;

**IT IS ORDERED** *sua sponte* that the above referenced bankruptcy case is hereby transferred to Bankruptcy Judge John W. Kolwe, United States Bankruptcy Judge for the Western District of Louisiana.

New Orleans, Louisiana, September 7, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge