UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>    First NBC Bank Holding Company,<br>                    *Debtor* | Case No. 17-11213<br>Chapter 11<br>Judge John W. Kolwe |

**ORDER FROM STATUS CONFERENCE**

The Court conducted a telephone status conference in this matter on October 1, 2019. Participating in the Conference were: William Steffes and Barbara Parsons for First NBC Bank Holding Company, Serajul Ferdows Ali for United States of America/Treasury, Sam Alberts for FDIC, Katie Lamanna for U.S. Bank National Assoc., as Indenture Trustee, Christopher Caplinger for Lead Plaintiffs in Securities Class Action, Ward Benson for the USA/IRS, Brian Ballay for Directors of Former Directors Group, Amanda George for the U. S. Trustee, J. Dalton Courson for Gregory St. Angelo and Brandon Brown for the Official Unsecured Creditors' Committee. The parties agreed on a date for the hearing on confirmation and a related briefing schedule. Accordingly,

IT IS ORDERED that the hearing on Confirmation of the Second Amended Chapter 11 Plan of Reorganization shall be on November 13, 2019 at 1:30 p.m. at 800 Lafayette Street, Courtroom 5, Lafayette, Louisiana.

IT IS FURTHER ORDERED that the United States of America/Treasury shall file a supplemental brief in support of its Objection to Confirmation on or before October 23, 2019;

IT IS FURTHER ORDERED that the debtor-in-possession, First NBC Bank Holding Company, shall file its response to the United States of America/Treasury's supplemental brief on or before November 5, 2019;

IT IS FURTHER ORDERED that the United States of America/Treasury shall file any reply brief on or before November 8, 2019.

Thus, done and signed this 2nd day of October, 2019.

*[signature: John W. Kolwe]*

Chief Judge John W. Kolwe
United States Bankruptcy Judge