# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | Case No. 17-11213 |
| **First NBC Bank Holding Company,** | Section "A" |
| **Debtor.** | Chapter 11 |

## NOTICE OF WITHDRAWAL OF THE UNITED STATES' MODIFIED OBJECTION TO PLAN CONFIRMATION

**NOW INTO COURT**, comes the United States of America on behalf of the United States Department of the Treasury (the "United States"), and hereby provides notice of its withdrawal, on the terms below, of its Modified Objection[1] (P-773) to confirmation of the Modified Plan (P-741, Ex. A).

Withdrawal of the Modified Objection is: (1) conditioned on the Debtor's representations that its motion (P-741) to make immaterial changes to the Unmodified Plan (P-621) will be revised to eliminate the request for changes to treatment of Class 8; and (2) based on the Court's approval of changes to the briefing schedule, including elimination of the requirement that the United States submit an another opening brief in addition to the United States' Objection (P-669) and the United States' Supplemental Brief (P-691).

[*signature page follows*]

---

[1] Capitalized terms are defined in P-773.

2

Dated: November 1, 2019

**JOSEPH H. HUNT**
Assistant Attorney General
Civil Division

**PETER G. STRASSER**
United States Attorney

**GLENN SCHREIBER**
Assistant United States Attorney

/s/ *Serajul F. Ali*
**RUTH A. HARVEY**
**LLOYD H. RANDOLPH**
**SERAJUL F. ALI** (D.C. Bar No. 478505)
Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0488
Facsimile: (202) 307-0494
E-mail: serajul.ali@usdoj.gov

**Attorneys for the United States**
**of America, on behalf of the United States**
**Department of the Treasury**

## **CERTIFICATE OF SERVICE**

On November 1, 2019, I caused a copy of the foregoing Notice of Withdrawal of the United States' Modified Objection to Plan Confirmation to be served electronically through the Court's ECF system upon those who have consented to service in that manner.

Dated:  November 1, 2019                    /s/ *Serajul F. Ali*
                                             Serajul F. Ali