## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

**FIRST NBC BANK HOLDING COMPANY**          **CASE NO. 17-11213**

                                            **SECTION A**

           **DEBTOR**                       **CHAPTER 11**

---

### JOINT *EX PARTE* MOTION TO CONTINUE HEARING ON CONFIRMATION OF JOINT CHAPTER 11 PLAN OF REORGANIZATION

---

**NOW INTO COURT**, through undersigned counsel, comes First NBC Bank Holding Company (the "**Debtor**") and the Official Committee of Unsecured Creditors of First NBC Bank Holding Company (the "**Committee**") who jointly move this Court, to briefly continue the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [P-621] (the "**Joint Plan**") for no less than 60 days from the current hearing date of November 13, 2019.  In support thereof, the Debtor and Committee jointly aver as follows:

1.

On July 2, 2019, the Debtor and the Committee (collectively, "Plan Proponents") filed the Joint Plan; and, on the same date, the Debtor filed an accompanying disclosure statement [Doc. 622] ("Disclosure Statement").

2.

The Court entered the *Order Approving Second Amended Disclosure Statement, Fixing Time for Filing Acceptances or Rejections to the Second Amended Chapter 11 Plan of Reorganization, and Setting Confirmation Hearing* [P-624] on July 3, 2019, fixing the

confirmation hearing ("Confirmation Hearing") on the Joint Plan for August 7, 2019 at 10:00 a.m. Pursuant to a subsequent order [Doc. 766] entered on October 2, 2019, the Court continued the confirmation hearing until November 13, 2019.

3.

The Joint Plan provides for certain distributions ("Certain Distributions") and contingent distributions ("Contingent Distributions") to creditors. The Contingent Distributions, contemplated under the Joint Plan, are based upon litigation proceeds anticipated to be generated by the Litigation and Distribution Trustee. Funding of litigation expenses of the Litigation and Distribution Trustee, in large part, is dependent upon the same source of funding for the Certain Distributions (described below).  Given the nature of the Contingent Distributions, *i.e.*, proceeds from litigation, all in very early stages, the Contingent Distributions may likely not occur until many months after confirmation of the Joint Plan.

4.

By contrast, the Certain Distributions are scheduled to occur on or shortly after the Effective Date of the Joint Plan.  These distributions are dependent upon funding by the First Round Investors ("FRI").  Due to delays associated with changes to the underlying deal structure of the Joint Plan, over which the FRI had no control, and uncertainties related to the Department of Treasury's objection to plan confirmation, funding of the Joint Plan has likewise been delayed. The Debtor represents that all FRI have been identified and nearly all have committed, through subscription agreements and funding, to the minimum investment required under the Joint Plan. Of the identified FRI, the largest investor ("Lead Investor") is new to the underlying deal structure and is thus requiring additional time to conduct due diligence.  Specifically, the Lead Investor has requested an additional 60 days to complete its inquiries, particularly given the upcoming holidays.

The Debtor is actively working with the Lead Investor to assist with this process; and, believes that it can be concluded within the 60 days requested.

5.

The Plan Proponents maintain that the additional time requested is reasonable under the circumstances and amount of investment involved, *i.e.*, $3 million. In addition, the Plan Proponents aver that in light of the time, effort and expense devoted, over the last two and one-half years, to negotiations among the Debtor and creditors and to the development of the Joint Plan, the brief delay requested, which would allow the case to reach final conclusion, is justified.

6.

The Plan Proponents assert that the brief continuance requested will not result in prejudice to any party, and will instead facilitate plan confirmation and distribution to creditors.

7.

Through counsel, the Department of Treasury has advised Plan Proponents that it has no objection to the relief requested herein. In addition, counsel for the Debtor attempted to obtain the consent of both the FDIC-R and the Office of the United States Trustee, but was unable to confirm such parties' consent by the time of this motion's filing.

**WHEREFORE**, the Debtor and Committee pray that this Court continue hearing on confirmation of the Joint Plan for a time convenient to this Court, but no less than 60 days from the current hearing date of November 13, 2019; and, for any such other relief deemed equitable and just.

Respectfully Submitted;

By: /s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C**.

13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com

*Counsel for Debtor*


Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

**STEWART ROBBINS & BROWN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998

Email: dstewart@stewartrobbins.com

By: /s/ Brandon A. Brown
      P. DOUGLAS STEWART, JR. #24661
      BRANDON A. BROWN #25592

*Counsel to the Official Committee of Unsecured*
*Creditors of First NBC Bank Holding Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

**FIRST NBC BANK HOLDING COMPANY**                    **CASE NO. 17-11213**

                                                        **SECTION A**

**DEBTOR**                                              **CHAPTER 11**

<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that a copy of the forgoing *Joint Ex Parte Motion to Continue*

*Hearing on Confirmation of Joint Plan of Reorganization* has been served via E-mail through this

Court's CM/ECF Electronic Notification System to the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

I hereby further certify that a copy of the motion has been served upon all creditors and interested parties who do not receive notice through this Court's CM/ECF Electronic Notification System, as shown on the attached mailing list, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 11th day of November, 2019.

/s/ Samantha J. Chassaing
Samantha J. Chassaing