SO ORDERED,
SIGNED **November 12, 2019**

_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

FIRST NBC BANK HOLDING COMPANY      CASE NO. 17-11213

     SECTION A

DEBTOR      CHAPTER 11

### ORDER CONTINUING CONFIRMATION HEARING

Considering the *Joint Ex Parte Motion to Continue Hearing on Confirmation of Joint Plan of Reorganization* ("Motion to Continue") [P-778] filed by First NBC Bank Holding Company and the Official Committee of Unsecured Creditors, lack of objection by the Department of Treasury; and, good cause being shown,

IT IS ORDERED that the Motion to Continue is granted and that the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [P-621] is hereby continued from November 13, 2019 at 1:30 p.m. until **December 17**, 2020 at **11:00** a.m.;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

###

Respectfully Submitted;

WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C.**
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com

*Counsel for Debtor*

Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

**STEWART ROBBINS & BROWN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998
Email: dstewart@stewartrobbins.com
P. DOUGLAS STEWART, JR. #24661
BRANDON A. BROWN #25592

*Counsel to the Official Committee of Unsecured Creditors
of First NBC Bank Holding Company*