SO ORDERED,
SIGNED January 6, 2020

_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 17-11213 |
| FIRST NBC BANK HOLDING COMPANY | SECTION A |
| DEBTOR | CHAPTER 11 |

### ORDER CONTINUING CONFIRMATION HEARING

Considering the *Unopposed Ex Parte Motion to Continue Hearing on Confirmation of Joint Plan of Reorganization* ("Motion to Continue") [P-791] filed by First NBC Bank Holding Company, lack of objection by the Department of Treasury, the Unsecured Creditors Committee, the United States Trustee, or the FDIC-R; and, good cause being shown,

IT IS ORDERED that the Motion to Continue is granted and that the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [P-621] is hereby continued from January 14, 2020 at 2:00 p.m. until January 23, 2020 at 2:00 p.m.;

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

### 

Respectfully Submitted;

WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C.**
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bsteffes@steffeslaw.com

*Counsel for Debtor*