UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 17-11213 |
| FIRST NBC BANK HOLDING COMPANY | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### RESPONSE BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY TO L. BLAKE JONES' MOTION FOR AN ORDER FOR RELIEF ROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, WITH AUTHORITIES IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, comes the Official Committee of Unsecured Creditors of First NBC Holding Company (the "*Committee*"), who files this Response to the motion seeking relief from the automatic stay ("*Stay Motion*") [P-788] filed by L. Blake Jones ("*Jones*").

1.

The Committee files this Response to note that it does not agree with some of Jones' assertions and legal conclusions made within the Stay Motion. Without limitation, the Committee does not agree with Jones' assertions, inter alia, as to whether the insurance policies made the subject of the Stay Motion are or are not property of the estate, as to the applicability or inapplicability of the automatic stay, and as to the Debtor's interest in the proceeds and policies.

2.

Notwithstanding the Committee's disagreement with some of the assertions and legal conclusions contained in the Stay Motion, the Committee does not oppose the relief requested in the Stay Motion.

3.

However, the Committee reserves all rights with regard to the merits of such issues, and requests that any Order authorizing relief on the Stay Motion be limited to the specific relief requested and reserve to the Committee all rights with respect to the merits of any such underlying assertions and legal conclusions.

Respectfully Submitted,

Jeffrey D. Sternklar (MA BBO No. 549561)
**JEFFREY D. STERNKLAR, LLC**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

**STEWART ROBBINS & BROWN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: /s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Creditors*