UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | NO.: 17-11213 |
| | * | |
| FIRST NBC BANK HOLDING COMPANY | * | CHAPTER 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AGREED ORDER**

L. Blake Jones ("Movant") has noticed for hearing on January 14, 2020 at 2:00 o'clock p.m., *L. Blake Jones's Motion for an Order for Relief from the Automatic Stay, to the Extent Applicable, with Authorities in Support*, Doc. 788 ("Motion") to permit the payment, advancement or reimbursement, as applicable, of defense costs and other loss from the proceeds of a directors and officers insurance policy issued by Zurich American Insurance Company and purchased by the debtor prior to the filing of the above-captioned case.

IT IS HEREBY ORDERED that:

1. Proceeds of Financial Institutions Select™ Insurance Policy (DOP XXXXX03-01), issued by Zurich American Insurance Company to the debtor First NBC Bank Holding Company covering the policy period from June 9, 2012 to June 23, 2013 (the "Policy"), may be used for the benefit of Movant to pay or to advance or to reimburse defense costs (as defined in the Policy and in the Motion, "Defense Costs") and other loss (as defined in the Policy and in the Motion, "Loss," which includes without limitation any settlement amounts and judgments) in accordance with and subject to the terms and conditions of the Policy.

2. Zurich American Insurance Company is relieved from the automatic stay in this case for the purpose of paying or advancing or reimbursing, as applicable, the aforesaid defense costs and the aforesaid other loss sustained by Movant in accordance with and subject to the terms and conditions of the Policy ("Defense Costs and Other Loss").

3. Movant's and Zurich's reservations of rights regarding the types of coverage applicable under the Policy and the amounts of coverage applicable to Movant's claim under the Policy, set forth in the Motion, are recognized.

4. This Order shall be without prejudice to any party to contest the merits of whether the Policy, or any other insurance policy issued to the Debtor, is property of the Debtor's estate, the extent of the Debtor's interest in such Policy or policies, and the effect of any such interest on third-parties or co-insureds (except with respect to the payment, advancement, or reimbursement of Defense Costs and Other Loss to Movant as authorized herein).

5. Nothing in this Order shall be construed to modify the prior Orders of the Court entered on the docket of this case as Doc. 325 and Doc. 531.

6. Movant shall within three days serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Eastern District Bankruptcy Court's Local Rules.

Lafayette, Louisiana, January 13, 2020.

                                                              Hon. John W. Kolwe
                                                              United States Bankruptcy Judge

Respectfully Submitted,

**DWYER, CAMBRE & SUFFERN**

/s/ L. Marlene Quarles
_____
STEPHEN I. DWYER (#5130)
J. KENDALL RATHBURN, T.A. (#17763)
KAILEY L. LEBOEUF (#33236)
L. MARLENE QUARLES (#18014)
3000 W. Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 838-9090
Facsimile: (504) 838-9187
Email: sdwyer@dwyercambre.com
Email: krathburn@dwyercambre.com
Email: kleboeuf@dwyercambre.com
mail: mquarles@dwyercambre.com

*Counsel for L. Blake Jones*


Jeffrey D. Sternklar (MA BBO No. 549561)
**JEFFREY D. STERNKLAR, LLC**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com


**STEWART ROBBINS & BROWN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:  /s/ Brandon A. Brown
_____
Paul Douglas Stewart, Jr. (La. #24661)
Brandon A. Brown (La. #25592)

*Counsel to the Official Committee of Unsecured Creditors*

3