# The Steffes Firm, LLC

## Expense Summary by Type

| EXPENSES | AMOUNT |
|---|---|
| Photocopies | $ 1,091.85 |
| Travel Expenses | $ 692.93 |
| FedEx | $ 79.16 |
| LA SOS Annual Report | $ 35.00 |
| Postage | $ 622.00 |
| TOTAL EXPENSES | $ 2,520.94 |

# The Steffes Firm, LLC

**Expenses by Month**

| MONTH | EXPENSES |
|---|---|
| September | $ 1,554.55 |
| October | $ 168.24 |
| November | $ 670.25 |
| December | $ 127.90 |
| TOTALS | $ 2,520.94 |

# The Steffes Firm, LLC

## Total Billing by Months

| MONTH | TIME | FEES |
|---|---:|---:|
| September | 71.10 | $ 20,142.50 |
| October | 56.00 | $ 15,903.00 |
| November | 61.70 | $ 20,733.00 |
| December | 9.80 | $ 3,631.00 |
| TOTALS | 198.60 | $ 60,409.50 |

# The Steffes Firm, LLC

**Billing by Individuals**

| MONTH | INDIV | TIME | AMOUNT |
|---|---|---|---|
| September | ADH | 15.10 | $ 639.00 |
| October | ADH | 14.90 | $ 558.00 |
| November | ADH | 0.00 | $ - |
| December | ADH | 0.00 | $ - |
| SUBTOTALS | | 30.00 | $ 1,197.00 |

| MONTH | INDIV | TIME | AMOUNT |
|---|---|---|---|
| September | BBP | 32.40 | $ 11,305.00 |
| October | BBP | 17.50 | $ 6,125.00 |
| November | BBP | 29.70 | $ 10,395.00 |
| December | BBP | 2.50 | $ 875.00 |
| SUBTOTALS | | 82.10 | $ 28,700.00 |

| MONTH | INDIV | TIME | AMOUNT |
|---|---|---|---|
| September | CEB | 1.10 | $ 81.00 |
| October | CEB | 0.00 | $ - |
| November | CEB | 1.50 | $ 18.00 |
| December | CEB | 0.00 | $ - |
| SUBTOTALS | | 2.60 | $ 99.00 |

| MONTH | INDIV | TIME | AMOUNT |
|---|---|---|---|
| September | NSM | 0.00 | $ - |
| October | NSM | 4.10 | $ 1,435.00 |
| November | NSM | 0.00 | $ - |
| December | NSM | 0.00 | $ - |
| SUBTOTALS | | 4.10 | $ 1,435.00 |

# The Steffes Firm, LLC

**Billing by Individuals**

| MONTH | INDIV | TIME | AMOUNT |
|---|---|---|---|
| September | SFC | 0.00 | $ - |
| October | SFC | 1.50 | $ 135.00 |
| November | SFC | 7.70 | $ 630.00 |
| December | SFC | 0.90 | $ 36.00 |
| SUBTOTALS | | 10.10 | $ 801.00 |

| MONTH | INDIV | TIME | AMOUNT |
|---|---|---|---|
| September | WES | 22.50 | $ 8,117.50 |
| October | WES | 18.00 | $ 7,650.00 |
| November | WES | 22.80 | $ 9,690.00 |
| December | WES | 6.40 | $ 2,720.00 |
| SUBTOTALS | | 69.70 | $ 28,177.50 |

| GRANDTOTALS | 198.60 | $ 60,409.50 |
|---|---|---|

# The Steffes Firm, LLC

### Billing Summary by Individuals

| INDIVIDUAL | RATE | TIME | FEES | EFFECTIVE RATE |
|---|---|---|---|---|
| William E. Steffes | $ 425.00 | 69.70 | $ 28,177.50 | $ 404.27 |
| Noel Steffes Melancon | $ 350.00 | 4.10 | $ 1,435.00 | $ 350.00 |
| Barbara B. Parsons | $ 350.00 | 82.10 | $ 28,700.00 | $ 349.57 |
| Chad Biggs | $ 90.00 | 2.60 | $ 99.00 | |
| Ashley Hausse | $ 90.00 | 30.00 | $ 1,197.00 | |
| Samantha Chassaing | $ 90.00 | 10.10 | $ 801.00 | |
| TOTALS | | 198.60 | $ 60,409.50 | |