**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 17-11213** |
| **FIRST NBC BANK HOLDING COMPANY** | **SECTION A** |
| **DEBTOR** | **CHAPTER 11** |

*EX PARTE* **MOTION TO CONTINUE HEARING ON CONFIRMATION OF JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**NOW INTO COURT**, through undersigned counsel, comes First NBC Bank Holding Company (the "Debtor") who moves this Court, to briefly continue the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [P-621] (the "Joint Plan") from the current hearing date of January 23, 2020. In support thereof, the Debtor avers as follows:

1.

On July 2, 2019, the Debtor and the Committee (collectively, "Plan Proponents") filed the Joint Plan; and, on the same date, the Debtor filed an accompanying disclosure statement [Doc. 622] ("Disclosure Statement").

2.

The Court entered the *Order Approving Second Amended Disclosure Statement, Fixing Time for Filing Acceptances or Rejections to the Second Amended Chapter 11 Plan of Reorganization, and Setting Confirmation Hearing* [P-624] on July 3, 2019, fixing the confirmation hearing ("Confirmation Hearing") on the Joint Plan for August 7, 2019 at 10:00 a.m. Pursuant to a subsequent order [Doc. 766] entered on October 2, 2019, the Court continued the confirmation hearing until November 13, 2019, and, thereafter, to January 14, 2020, and thereafter

on Unopposed Motion of the Debtor, continued the hearing until the current date of January 23, 2020.

3.

Nexxus Holdings, Inc. ("Nexxus"), a major proposed non-insider investor in First Phoenix SPV, LLC, which is to provide a large portion of the funding for the Plan, has requested that the confirmation hearing be postponed until a date on or after March 2, 2020, so that it can complete its due diligence process in connection with the investment. Until it completes that process, Nexxus is unwilling to fully commit to providing the $3 million in funding anticipated.

4.

The additional delay is in large part due to family health issues suffered by the lead actor in a consulting firm engaged to assist the Debtor and Nexxus in the due diligence process. The consultant believes that the family health issues will be resolved before March 2nd and no more requests to postpone the hearing beyond the next scheduled date are contemplated by the Debtor or Nexxus.

5.

However, to demonstrate both the seriousness of its intentions and its ability to provide the funding, Nexxus has agreed, through counsel, to place a 10% deposit in the amount of $300,000 by January 23, 2020, to be held in escrow by Debtor's counsel so long as the confirmation hearing is continued to a date on or after March 2, 2020.

6.

Although the Nexxus deposit will remain largely fully refundable during the interim, having the deposit in hand is an important next step in assuring that the funding needed for the

Joint Plan will be available if the Joint Plan is confirmed and when the Effective Date of the Joint Plan occurs.

7.

Debtor's counsel has contacted counsel for the sole objector to confirmation of the Joint Plan, the United States Department of Treasury, as well as counsel for the Official Committee of Unsecured Creditors of First NBC Bank Holding Company (the "Committee") and neither opposes the proposed continuance. Counsel also has emailed counsel for the United States Trustee's office but has received no response likely due to the upcoming holiday weekend.

8.

The Debtor asserts that the brief continuance requested will not result in prejudice to any party, and will instead facilitate plan confirmation and distribution to creditors.

**WHEREFORE**, the Debtor prays that this Court continue the hearing on confirmation of the Joint Plan from the current hearing date of January 23, 2020, to the next available date on or after March 2, 2020 at 2:00 p.m.; and, for any such other relief deemed equitable and just.

Respectfully Submitted;

By: /s/ WILLIAM E. STEFFES
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C**.
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bsteffes@steffeslaw.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 17-11213 |
| FIRST NBC BANK HOLDING COMPANY | SECTION A |
| DEBTOR | CHAPTER 11 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the forgoing *Unopposed Ex Parte Motion to Continue Hearing on Confirmation of Joint Plan of Reorganization* has been served via E-mail through this Court's CM/ECF Electronic Notification System to the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee
baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group
bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service
ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee
bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group
ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

   I hereby further certify that a copy of the motion has been served upon all creditors and interested parties who do not receive notice through this Court's CM/ECF Electronic Notification System, as shown on the attached mailing list, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

   Baton Rouge, Louisiana, this 17th day of January, 2020.

             /s/ Samantha J. Chassaing
             Samantha J. Chassaing