# MONTHLY OPERATING REPORT
## CHAPTER 11

CASE NAME: First NBC Bank Holding Company

CASE NUMBER: 17-11213

For Period December 1 to December 31, 2019

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 1/20/2020 (date)

Debtor(s)*: First NBC Bank Holding Company

By:** [signature]

Position: Chief Restructuring Officer

Name of preparer: Lawrence Blake Jones

Telephone No. of Preparer (504) 525-4361

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
3/11

Dec 2019 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | Comparative Balance Sheet | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11-May-17 | 31-May-17 | 30-Jun-17 | 31-Jul-17 | 31-Aug-17 | 30-Sep-17 | 31-Oct-17 | 30-Nov-17 | 31-Dec-17 |
| **Assets** | | | | | | | | | |
| Cash | $ 498,225 | $ 65,407 | $ 65,387 | $ 71,758 | $ 666,240 | $ 666,206 | $ 72,194 | $ 52,175 | $ 332,018 |
| Accounts Receivable | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 1,500,000 |
| Prepaid expenses | | | | | | | | | |
| Other | $ 587,322 | $ 587,322 | $ 587,322 | $ 587,322 | $ - | $ - | $ 593,687 | $ 593,687 | $ - |
| | $ - | $ - | | | | | | | |
| **Total Assets** | $ 3,154,906 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 | $ 2,735,565 | $ 2,735,240 | $ 2,715,221 | $ 1,832,018 |
| **Liabilities** | | | | | | | | | |
| <u>Post-petition liabilities:</u> | | | | | | | | | |
| Accounts Payable | $ - | $ 24,386 | $ 59,555 | $ 81,432 | $ 128,716 | $ 172,046 | $ 288,902 | $ 310,467 | $ 175,104 |
| <u>Pre-petition liabilities:</u> | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,057,572 | $ 61,081,958 | $ 61,117,126 | $ 61,139,004 | $ 61,186,288 | $ 61,229,618 | $ 61,346,473 | $ 61,368,039 | $ 61,232,676 |
| **Equity** | $ (57,902,666) | $ (58,359,870) | $ (58,395,059) | $ (58,410,565) | $ (58,450,689) | $ (58,494,053) | $ (58,611,233) | $ (58,652,818) | $ (59,400,658) |
| **Total Liabilities & Equity** | $ 3,154,906 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 | $ 2,735,565 | $ 2,735,240 | $ 2,715,221 | $ 1,832,018 |

Case 17-11213 Doc 805 Filed 01/20/20 Entered 01/20/20 14:00:13 Main Document Page 16

Dec 2019 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

|  | Comparative Balance Sheet, cont'd. | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 31-Jan-18 | 28-Feb-18 | 31-Mar-18 | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 |
| **Assets** | | | | | | | | | |
| Cash | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,850 | $ 1,048,181 | $ 946,530 |
| Accounts Receivable | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | | | | | |
| Other | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,850 | $ 1,048,181 | $ 946,530 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 250,050 | $ 350,452 | $ 46,545 | $ 169,788 | $ 90,822 | $ 71,402 | $ 151,156 | $ 96,245 | $ 6,384 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,307,622 | $ 61,408,024 | $ 61,104,116 | $ 61,227,360 | $ 61,148,394 | $ 61,128,974 | $ 61,208,918 | $ 61,153,817 | $ 61,063,956 |
| **Equity** | $ (59,543,011) | $ (59,643,413) | $ (59,694,955) | $ (59,818,318) | $ (59,856,130) | $ (59,898,854) | $ (60,098,068) | $ (60,105,636) | $ (60,117,426) |
| **Total Liabilities & Equity** | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,850 | $ 1,048,181 | $ 946,530 |

Case 17-11213 Doc 805 Filed 01/20/20 Entered 01/20/20 14:00:13 Main Document Page 16

Dec 2019 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | Comparative Balance Sheet, cont'd. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 | 28-Feb-19 | 31-Mar-19 | 30-Apr-19 | 31-May-19 | 30-Jun-19 |
| **Assets** | | | | | | | | | |
| Cash | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,927 | $ 756,541 | $ 755,544 |
| Accounts Receivable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | | | | | |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,927 | $ 756,541 | $ 755,544 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | 23,698.02 | $ 90,790 | $ 52,662 | $ 14,878 | $ 55,846 | $ 58,888 | $ 60,887 | $ 68,286 | 176,035 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,081,270 | $ 61,148,362 | $ 61,110,234 | $ 61,072,450 | $ 61,113,418 | $ 61,116,460 | $ 61,118,459 | $ 61,125,858 | $ 61,233,607 |
| **Equity** | $ (60,138,010) | $ (60,205,930) | $ (60,218,488) | $ (60,234,826) | $ (60,276,381) | $ (60,305,142) | $ (60,360,532) | $ (60,369,316) | $ (60,478,063) |
| **Total Liabilities & Equity** | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,927 | $ 756,541 | $ 755,544 |

Case 17-11213 Doc 805 Filed 01/20/20 Entered 01/20/20 14:00:13 Main Document Page 16

Dec 2019 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

|  | Comparative Balance Sheet, cont'd. | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 |
| **Assets** | | | | | | |
| Cash | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 |
| Accounts Receivable | $ - | $ - | $ - | | | |
| Prepaid expenses | | | | | | |
| Other | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 |
| **Liabilities** | | | | | | |
| Post-petition liabilities: | | | | | | |
| Accounts Payable | $ 82,620 | $ 145,330 | $ 122,461 | $67,685 | $57,250 | $60,881 |
| Pre-petition liabilities: | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | |
| **Total Liabilities** | $ 61,140,192 | $ 61,202,902 | $ 61,180,033 | $ 61,125,257 | $ 61,114,822 | $ 61,118,453 |
| **Equity** | $ (60,532,934) | $ (60,597,513) | $ (60,740,536) | $ (60,757,018) | $ (60,616,597) | $ (60,620,645) |
| **Total Liabilities & Equity** | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 |

Case 17-11213 Doc 805 Filed 01/20/20 Entered 01/20/20 14:00:13 Main Document Page 16

Dec 2019 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

**Income Statement**

|  | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $ - | | | | | | | | | | | | |
|  | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating expenses** | (20) | (20) | (20) | (1,666) | (34) | (325) | (20,020) | (165,421) | (67,407) | 0 | (355,449) | (120) | (116,778) |
| **Net Income (Loss)** | (20) | (20) | (20) | (1,666) | (34) | (325) | (20,020) | (165,421) | (67,407) | 0 | (355,449) | (120) | (116,778) |

Dec 2019 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

**Income Statement, cont'd.**

|  | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating expenses** | (62,143) | (119,270) | (62,669) | (101,651) | (3,270) | (827) | (50,686) | (54,123) | (587) | (25,719) | (54,365) | (411) | (998) |
| **Net Income (Loss)** | (62,143) | (119,270) | (62,669) | (101,651) | (3,270) | (827) | (50,686) | (54,123) | (587) | (25,719) | (54,365) | (411) | (998) |

Case 17-11213 Doc 805 filed 01/20/20 Entered 01/20/20 14:00:13 Main Document Pa 16

Dec 2019 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

| | **Income Statement, cont'd.** | | | | | |
|---|---|---|---|---|---|---|
| | **Jul-19** | **Aug-19** | **Sep-19** | **Oct-19** | **Nov-19** | **Dec-19** |
| **Revenue** | | | | | | |
| | $ - | $ - | $ - | $ - | $ 166,703 | $ - |
| **Operating expenses** | (148,286) | (1,869) | (165,892) | (71,258) | (417) | (417) |
| **Net Income (Loss)** | (148,286) | (1,869) | (165,892) | (71,258) | 166,285 | (417) |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
**MONTHLY OPERATING REPORT**
**Activity from: 12/1/19 to 12/31/2019**

**Schedule 2-D**

|  | DIP Acct#***284 | Monthly Total Dec-19 |
|---|---:|---:|
| 1. BOOK BALANCE AS OF 12/1/19 | 498,225 | 498,225 |
| 2. RECEIPTS | 0 | 0 |
| 3. TRANSFERS IN (Internal Transfers) | 0 | 0 |
| 4. DISBURSEMENTS |  |  |
| a. U.S. Trustee Quarterly Fees |  | 0 |
| b. All Other Disbursements | -417 | -417 |
| 5. TRANSFERS OUT (Internal Transfers) | 0 | 0 |
| NET CHANGE IN CASH | -417 | -417 |
| BOOK BALANCE AS OF 12/31/19 | 497,808 | 497,808 |
| ADD: OUTSTANDING CHECKS |  | 0 |
| 4. BANK BALANCE AS OF 12/31/19 | 497,808 | 497,808 |

Notes:

Case Name: *In re First NBC Bank Holding Company*
Case Number: 17-11213
**MONTHLY OPERATING REPORT**
**Activity from: 12/1/19 to 12/31/2019**
**Schedule 2-D**

**Statement of Receipts and Disbursements**
**As of December 31, 2019**

**Receipts**

| | |
|---|---|
| **Total Receipts** | $ - |

**Disbursements**

| | |
|---|---|
| Post petition Payables | $ (417) |
| UST fees | |
| **Total Disbursements** | $ (417) |
| | |
| **Net Change** | $ (417) |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**

**MONTHLY OPERATING REPORT**
**Activity from: 12/1/19 to 12/31/2019**
**Schedule 2-E**

**POST-PETITION ACCOUNTS PAYABLE AGING REPORT**

| | | |
|---|---|---:|
| Trade payables | $ | - |
| Professional Fees | $ | 60,881 |
| | | |
| Total | $ | 60,881 |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-E
SUPPORTING SCHEDULE
For Period December 1, 2019 to December 31, 2019

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | AMOUNT DUE |
| --- | --- |
| | |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-D

# Disbursement Journal
**Dec-19**

| Date | Check# | Payee | Description | Disbursement Amount |
|---|---|---|---|---|
| 12/9/2019 | EFT | Regions Bank | Analysis Charge | $ (4.64) |
| 12/13/2019 | 1058 | Computershare | November service fee and expenses | $ (412.39) |
| Subtotal - non-UST disbursements | | | | $ (417.03) |
| **Total disbursements** | | | | $ (417.03) |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-D
Quarterly U.S. Trustee Fees

## Quarterly Fee Schedule

**Month Ended**     **12/31/2019**

| | Cash Disbursements | Quarterly Fee |
|---|---:|---:|
| January | $ 53,473 | |
| February | $ 587 | |
| March | $ 25,719 | |
| | **$ 79,779** | **$ 975** |
| | | |
| April | $53,390 | |
| May | $411 | |
| June | $998 | |
| | **$54,799** | **$ 650** |
| | | |
| July | $147,636 | |
| August | $1,869 | |
| September | $165,892 | |
| | **$315,397** | **$ 4,875** |
| | | |
| October | $71,258 | |
| November | $31,841 | |
| December | $417 | |
| | **$103,516** | **$ 975** |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-E

SUPPORTING SCHEDULES
For Period December 1, 2019 to December 31, 2019

**INSURANCE SCHEDULE**

The Debtor does not own or lease any property; nor, does the Debtor maintain any employees. Accordingly, the Debtor believes that there are no assets for which insurance coverage is required.

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-F

## Narrative

The Debtor sought a brief delay of the confirmation hearing until January 23, 2020.