**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | CASE NO. 17-11213 |
| | SECTION A |
| **DEBTOR** | CHAPTER 11 |

**AMENDED MOTION FOR ORDER APPROVING IMMATERIAL**
**MODIFICATIONS TO JOINT PLAN OF REORGANIZATION**

**NOW INTO COURT**, come First NBC Bank Holding Company ("Debtor") and the Official Committee of Unsecured Creditors ("Committee"; and, with the Debtor, the "Plan Proponents"), who hereby amend their Motion for Order Approving Immaterial Modifications to Joint Plan of Reorganization [Doc.741] as follows:

1.

On August 30, 2020, the Plan Proponents filed a *Motion for Order Approving Immaterial Modifications to Joint Plan of Reorganization* [Doc.741] ("Original Immaterial Modifications Motion") in preparation for the hearing on confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company Dated July 2, 2019* ("Joint Plan") [Doc. 621], then scheduled for September 4, 2019. Plan Proponents incorporate herein all allegations of the *Original Immaterial Modifications Motion*.

2.

For the reasons set forth in the *Original Immaterial Modifications Motion*, Plan Proponents hereby propose additional modifications to further clarify prior changes to the funding structure of the Joint Plan and related Plan Distribution issues.

3.

By this motion, Plan Proponents seek this Court's approval of the immaterial modifications to the Joint Plan as indicated in the *redlined* Joint Plan, attached hereto as Exhibit A. The *additional* Plan Modifications, submitted through this Motion, are indicated in the *redlined* Plan Modifications, Exhibit B hereto (redlined against Plan Modifications through August 30, 2019 [Doc. 741-1]).

**WHEREFORE**, Plan Proponents' respectfully request that this Court find, as part of the hearing on plan confirmation scheduled for March 10, 2020, that the proposed Plan Modifications, attached hereto as Exhibit A, are non-material within the meaning of Federal Rule of Bankruptcy Procedure 3019; authorize the Plan Modifications to the Joint Plan without requiring the Plan Proponents to resolicit votes respecting the Joint Plan, as modified; and find that the "Joint Plan" shall mean the Joint Plan, as modified by the attached Plan Modifications; and for any and all other relief this Court deems necessary and proper.

Respectfully submitted,

By: /s/ Barbara B. Parsons
William E. Steffes, La. Bar No. 12426
Barbara B. Parsons, La. Bar No. 28714
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
E-mail: bparsons@steffeslaw.com

*Counsel for Debtor*

-and-

Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515

Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

By: /s/ Brandon A. Brown
P. DOUGLAS STEWART, JR. #24661
BRANDON A. BROWN #25592
**STEWART ROBBINS & BROWN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998
Email: bbrown@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Creditors of First NBC Bank Holding Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY** | **CASE NO. 17-11213** |
| **DEBTOR** | **SECTION A** |
| | **CHAPTER 11** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Amended Motion for Order Approving Immaterial Modifications to Joint Plan of Reorganization* has been served via Email through this Court's CM/ECF Electronic Notification System upon the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Baton Rouge, Louisiana, this 6th day of March, 2020.

/s/ Samantha J. Chassaing
Samantha J. Chassaing