**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | CASE NO. 17-11213 |
| DEBTOR | SECTION A |

**OBJECTION TO MISCLASSIFIED CLAIM NO. 43 FILED BY OESTREICHERS**

NOW INTO COURT, through undersigned counsel, comes First NBC Bank Holding Company, as debtor and debtor-in-possession herein (the "Debtor" or "FNBC"), which objects to Proof of Claim No. 43 and seeks reclassification thereof pursuant to 11 U.S.C. §510(b); and, in support thereof, respectfully represents as follows:

1.

**JURISDICTION AND VENUE**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b). This matter constitutes a proceeding that this Court may hear and determine pursuant to 28 U.S.C. §§ 157(b)(2)(B). This Court is the appropriate venue under 28 U.S.C. § 1409(a).

2.

**BACKGROUND**

On April 28, 2017, the Louisiana Office of Financial Institutions closed First NBC Bank, a wholly owned subsidiary of the Debtor, and named the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for the Bank.

3.

On May 11, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under

chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code"), commencing the above-captioned bankruptcy case ("Chapter 11 Case").

4.

On May 23, 2017, the Office of the U.S. Trustee appointed an Official Committee of Unsecured Creditors (the "Committee").

5.

On July 2, 2019, the Debtor and the Committee filed a Second Amended Joint Plan of Reorganization [Doc.621] (as amended, "Joint Plan"); and, on the same date, the Debtor filed an accompanying Second Amended Disclosure Statement [Doc.622] (as amended, "Disclosure Statement"). Only July 3, 2019, the Bankruptcy Court entered an order approving the Disclosure Statement [Doc. 624]. A hearing on confirmation of the Joint Plan is currently scheduled for March 10, 2020.

6.

**OBJECTION TO MISCLASSIFIED CLAIM**

On October 19, 2017, David and Tiffany Oestreicher (collectively, "Oestreichers") filed Proof of Claim No. 43 ("Oestreicher Claim") in the Chapter 11 Case. The Oestreichers assert the following as the basis for their claim: "purchase of worthless stock and nondisclosure"; and, in support thereof, a copy of a stock certificate issued to the Oestreichers is attached to the claim. *See* Exhibit 1, Proof of Claim No. 43.

7.

The Debtor objects to the Oestreicher Claim because it relates to pre-petition securities issued by the Debtor as described in Section 510(b) of the Bankruptcy Code. That section provides that "a claim ….. for damages arising from the purchase or sale of such security, or for

reimbursement or contribution allowed under section 502 on account of such a claim, shall be subordinated to all claims or interests that are senior or equal to the claim or interest represented by such security, except that if such security is common stock, such claims has the same priority as common stock."

11 U.S.C. §510(b).

8.

"'Section 510(b) serves to effectuate one of the general principles of corporate and bankruptcy law: that creditors are entitled to be paid ahead of shareholders in the distribution of corporate assets.'" *SeaQuest Diving LP v. S&J Diving Inc.*, 579 F.3d 411 (5th Cir. 2009), *citing In re Am. Wagering, Inc.*, 493 F.3d 1067, 1071 (9th Cir. 2007). With respect to claims for damages arising from the purchase or sale of securities of a debtor, subordination is mandatory under Section 510(b). *Id.* The Joint Plan provides for such subordination of all Section 510(b) Claims through its treatment of Class 5 Claims.

9.

Through the Disclosure Statement, the Debtor expressly included the Oestreicher Claim within Class 5 *Subordinated 510(b) Claims*. *See* Disclosure Statement, §VII(A)(7). [Doc. 622]. The Bankruptcy Court established June 28, 2019 as the deadline for all parties in interest to object to, *inter alia*, classification of Class 5 Claims [Doc. 585]. No objection to classification of the Oestreicher Claim as a Class 5 Claim was timely filed.

10.

The Oestreicher Claim was filed as a general unsecured claim, but arises from purchases or sales of equity securities prior to the filing of the Chapter 11 Case. It is, as provided in Section 510(b), a claim "for damages arising from the purchase" of a "security of the debtor." As such, it

should be re-classified to the class designated for such Claims under the Plan, *i.e.,* Class 5 *Subordinated 510(b) Claims*. *See* Plan, § 3.3.7.

11.

The Debtor and its successors hereby reserve all rights to assert objections to the merits of the Oestreicher Claim.

WHEREFORE, the Debtor respectfully requests that this Court enter an order reclassifying the Oestreicher Claim as a Class 5 Claim under the Joint Plan; preserving all rights of the Debtor and its successors to assert objections on the merits of the Oestreicher Claim; and, for any and all other relief to which the Debtor may be entitled.

Respectfully submitted,

By: s/ Barbara B. Parsons
William E. Steffes, La. Bar No. 12426
Barbara B. Parsons, La. Bar No. 28714
**THE STEFFES FIRM, LLC**
13702 Coursey Boulevard Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
E-mail: bparsons@steffeslaw.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | CASE NO. 17-11213 |
| DEBTOR | SECTION A |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing *Objection* has been served upon all those entitled to receive electronic notice via this Court's CM/ECF notification system, as shown below:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis P. Ballero, Jr. babin@derbeslaw.com, derbeser72443@notify.bestcase.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Aaron Brownell on behalf of Interested Party United States of America on behalf of the Internal Revenue Service aaron.c.brownell@usdoj.gov

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Eric J Derbes on behalf of Defendant Michael Lulich ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Eric Goldstein on behalf of Interested Party U.S. Bank National Association, as Indenture Trustee egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John Hite, III on behalf of Plaintiff Zurich American Insurance Company
jhite@shmrlaw.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

L. Marlene Quarles on behalf of Interested Party Lawrence Blake Jones
mquarles@dwyercambre.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Phillip A. Wittmann on behalf of Defendant Gregory St. Angelo pwittmann@stonepigman.com

I further certify that a copy of the *Objection* has been served upon the Claimant by depositing same in the United States Mail, postage prepaid and properly addressed to:

> David and Tiffany Oestreicher
> 307 Exchange Alley
> New Orleans, LA 70130-2276

Baton Rouge, Louisiana, March 9, 2020.

> /s/ Samantha J. Chassaing
> Samantha J. Chassaing