**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | CASE NO. 17-11213 |
| DEBTOR | SECTION A |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that, through undersigned counsel, First NBC Bank Holding Company, as debtor and debtor-in-possession (the "Debtor"), has filed the *Objection to Misclassified Claim No. 51 Filed By Kinzler Plaintiffs* [Doc. 822] and the *Objection to Misclassified Claim No. 43 Filed By Oestreichers* [Doc. 823] (collectively, "Objections"). A complete copy of said Objections can be requested from undersigned counsel or may be inspected via this Court's official web site at www.lawb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objections is scheduled before the Honorable John W. Kolwe, Chief Judge of the United States Bankruptcy Court, Western District of Louisiana, 800 Lafayette Street, Courtroom 5, Lafayette, Louisiana, on the 21st day of April, 2020, at 2:00 p.m. Any party opposing said Objections must file an objection or response with the Clerk of this Court no later than seven (7) days before the scheduled hearing and must at the same time serve a copy of the objection or response upon the undersigned counsel, and upon all other parties entitled to notice thereof in accordance with Local Rule 9014-1 (B).

Baton Rouge, Louisiana, this 9th day of March, 2020.

Respectfully submitted by:

/s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
The Steffes Firm, LLC
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Fax: (225) 751-1998
Email: bparsons@steffeslaw.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FIRST NBC BANK HOLDING COMPANY, | CASE NO. 17-11213 |
| DEBTOR | SECTION A |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Notice of Hearing* has been served upon all those entitled to receive electronic notice via this Court's CM/ECF notification system, as shown below:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis P. Ballero, Jr. babin@derbeslaw.com, derbeser72443@notify.bestcase.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Aaron Brownell on behalf of Interested Party United States of America on behalf of the Internal Revenue Service aaron.c.brownell@usdoj.gov

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Eric J Derbes on behalf of Defendant Michael Lulich ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Eric Goldstein on behalf of Interested Party U.S. Bank National Association, as Indenture Trustee
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John Hite, III on behalf of Plaintiff Zurich American Insurance Company
jhite@shmrlaw.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

L. Marlene Quarles on behalf of Interested Party Lawrence Blake Jones
mquarles@dwyercambre.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Phillip A. Wittmann on behalf of Defendant Gregory St. Angelo pwittmann@stonepigman.com

      I further certify that a copy has been served on all those shown on the attached mailing list, by depositing same in the United States Mail, postage prepaid and properly addressed, including the following claimants:

Lead Plaintiffs/Securities Class Action
c/o Christopher T. Caplinger
601 Poydras Street, Suite 2775
New Orleans, LA 70130

David and Tiffany Oestreicher
307 Exchange Alley
New Orleans, LA 70130-2276

      Baton Rouge, Louisiana, March 9, 2020.

                                                    <u>/s/ Samantha J. Chassaing</u>
                                                    Samantha J. Chassaing