SO ORDERED,
SIGNED March 12, 2020

John W. Kolwe
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FIRST NBC BANK HOLDING COMPANY, | ) |
| | ) Case No. 17-11213 |
| | ) |
| Debtor. | ) Section "A" |
| | ) |

## ORDER GRANTING EXPEDITED CONSIDERATION OF MOTION

Considering the *Motion for Expedited Hearing and to Shorten Notice on Motion to Increase the Soft Cap Established in the Agreed Order Granting, In Part, Motions for an Order Finding the Directors and Officers Liability Insurance Policy Proceeds Are Not Property of the Estate or, Alternatively, For Relief From the Automatic Stay From $9,000,000 to $12,000,000* (R. Doc. 831) filed by Jan M. Hayden, William D. Aaron, Jr., Herbert Anderson, Jr., Dale

4813-4089-5927v1

2941996-000001

Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, Richard M. Wilkinson, David W. Anderson, Marsha Crowle, Mary Beth Verdigets and Ashton J. Ryan (the "**D&Os**") filed on March 11, 2020, it is hereby

**ORDERED** that the Motion is **GRANTED**;

**IT IS** FURTHER **ORDERED** that a hearing on the D&O's *Motion to Increase the Soft Cap Established in the Agreed Order Granting, In Part, Motions for an Order Finding the Directors and Officers Liability Insurance Policy Proceeds Are Not Property of the Estate or, Alternatively, For Relief From the Automatic Stay From $9,000,000 to $12,000,000* (the "Motion") (R. Doc 830) shall be held on Tuesday, March 24, 2020, at 2:00 p.m. at the office of the Honorable John W. Kolwe in the United States Bankruptcy Court for the Western District of Louisiana at 800 Lafayette Street, 3rd Floor, Courtroom 5, Lafayette, Louisiana.

4813-4089-5927v1
2941996-000001

# # #

This Order was prepared and submitted by:

Respectfully submitted,

/s/ Jan M. Hayden
Jan M. Hayden (#06672)
Nancy Scott Degan (#01819)
Brian M. Ballay (#29077)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com
*Counsel for William D. Aaron, Jr., Herbert Anderson, Jr., Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy and Richard M. Wilkinson*

/s/ Robert B. Bieck, Jr.
R. PATRICK VANCE (#13008)
ROBERT B. BIECK, JR. (#3066)
ELIZABETH J. FUTRELL (#05863)
ALEXANDER N. BRECKINRIDGE, V (#36155)
**Jones Walker LLP**
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8202
Facsimile: (504) 589-8202
Email: pvance@joneswalker.com
Email: rbieck@joneswalker.com
Email: efutrell@joneswalker.com
Email: abreckinridge@joneswalker.com
*Attorneys for David W. Anderson*

4813-4089-5927v1

2941996-000001

/s/ Jonathan T. Edwards
Mary C. Gill *(admitted pro hac vice)*
Georgia Bar Number 294776
Jonathan T. Edwards *(admitted pro hac vice)*
Georgia Bar Number 134100
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7000
mary.gill@alston.com
jonathan.edwards@alston.com
***Attorneys for Marsha Crowle & Mary Beth Verdigets***

/s/ Edward J. Castaing, Jr.
Edward J. Castaing, Jr. #4022
**CRULL, CASTAING & LILLY**
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
ecastaing@cclhlaw.com
***Counsel for Ashton J. Ryan, Jr.***

4813-4089-5927v1

2941996-000001