## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 17-11213 |
| FIRST NBC BANK HOLDING COMPANY, | ) | |
| | ) | SECTION A |
| DEBTOR. | ) | |
| | ) | CHAPTER 11 |

### CONDITIONAL OBJECTION TO SECOND
### MOTION TO INCREASE THE "SOFT CAP"

Lead Plaintiffs, Oakland County Employees' Retirement System and Voluntary Employees' Benefit Association, Plymouth County Retirement System, and Central Laborers' Pension Fund ("**Lead Plaintiffs**"), in the federal securities class action captioned *Kinzler, et al. v. First NBC Bank Holding Company, et al.*, Appeal No. 17-30443 (5th Cir.), on appeal from Civil Action No. 2:16-cv-04243-KDE-JVM (E.D. La.) (the "**Securities Class Action**"), hereby submit this objection to the *Motion to Increase the "Soft Cap" Established in the Agreed Order Granting, In Part, Motions for Order Finding the Directors and Officers Liability Insurance Policy Proceeds are Not Property of the Estate or Alternatively, for Relief from the Automatic Stay (R. Doc 325) from $9,000,000 to $12,000,000* [ECF Doc. 830] (the "**Second Motion to Increase Soft Cap**") filed on behalf of William D. Aaron, Jr., Herbert Anderson, Jr., Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann, Moyse, III, James Roddy, Dr .Charles Teamer, Sr., Joseph Toomy, Richard M. Wilkinson, David W. Anderson, Marsha Crowle, Mary Beth Verdigets and Ashton J. Ryan (the "**D&Os**") requesting an additional increase in the soft cap of $5,000,000 originally established in the *Agreed Order Granting, In part, Motions for an Order Finding that Directors and Officers*

*Liability Insurance Policy Proceeds are not Property of the Estate, or, Alternatively, for Relief from the Automatic Stay* [ECF Doc. 325] entered on  and which was previously increased from $5,000,000 to $9,000,000 pursuant to a prior motion [ECF Doc. 506] and an Order entered on March 14, 2019 [ECF Doc. 531].

<u>**SUMMARY OF OBJECTION**</u>

The so-called "soft cap" should not be increased unless (i) the Order modifying the "soft cap" also imposes appropriate measures to ensure that there are controls or limits with respect to future defenses costs paid under the "soft cap" in relation to the on-going proceedings and/or a disclosed strategy bringing those on-going proceedings to a resolution; and (ii) there is an equal set aside of insurance policy proceeds for the potential benefit to all claimants to such proceeds, including the Securities Class Action's Lead Plaintiffs, on behalf of the proposed class.

<u>**BACKGROUND**</u>

The Securities Class Action[1] was commenced by the filing of a complaint on May 4, 2016, against First NBC Bank Holding Company ("***First NBC***" or the "***Debtor***"), Ashton J. Ryan ("***Ryan***"), and Mary Beth Verdigets ("***Verdigets***"). On August 26, 2016, Lead Plaintiffs were appointed to lead the prosecution of the Securities Class Action pursuant to the Private Securities Litigation Reform Act of 1995. On December 5, 2016, on behalf of themselves and other purchasers of First NBC common stock during the period from May 10, 2013 through October 20, 2016 (the "***Class***"), Lead Plaintiffs filed Lead Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws (the "***Securities Class Action Complaint***") against the First NBC, Ryan, Verdigets, and Ernst & Young LLP, which served as First NBC's outside auditor. Specifically, the Securities Class Action Complaint sets forth three claims for relief:

---

[1] The Securities Class Action is acknowledged and identified in the Disclosure Statement as "Pending Litigation" at page 21 of the Disclosure Statement. See ECF Doc. 390 at page 24 of 100.

(1) for violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder against the Debtor, Ryan, and Verdigets; (2) for violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 against Ernst & Young LLP; and (3) for violations of Section 20(a) of the Securities Exchange Act of 1934 against Ryan and Verdigets.[2]

After briefing and oral argument, the U.S. District Court for the Eastern District of Louisiana granted the motions filed by the defendants in the Securities Class Action to dismiss the Securities Class Action Complaint and entered a Judgment of dismissal on May 11, 2017. Lead Plaintiffs filed a timely Notice of Appeal to the United States Court of Appeals for the Fifth Circuit on May 24, 2017. The Clerk of the U.S. Court of Appeals for the Fifth Circuit entered a briefing schedule for the appeal on June 21, 2017. However, after the Debtor filed a suggestion of bankruptcy later that day, the Clerk, on June 22, 2017, entered a stay of the appeal and suspended all briefing of the appeal pending disposition of First NBC's bankruptcy proceedings.

In these proceedings, Ryan and Verdigets and others filed motions for relief from the automatic stay seeking, *inter alia*, declarations that certain directors and officers liability insurance policies ("**D&O Policies**") and the proceeds of the D&O Policies were not property of the Debtor's bankruptcy estate.[3] With respect to those various motions, on January 26, 2018 this Court entered the *Agreed Order Granting, In Part, Motions for an Order Finding that Directors and Officers Liability Insurance Policy Proceeds are not Property of the Estate or, Alternatively, for Relief from the Automatic Stay* ("**Agreed Order**") and specifically provided that nothing therein constituted a finding that the D&O Policies were property of the Debtor's estate or a

---

[2] A complete copy of the Securities Class Action Complaint is attached as Exhibit 1 to the *Consolidated Response of Lead Plaintiffs in Federal Securities Class Action to Motions of Ashton J. Ryan and Mary Beth Verdigets for an Order for Relief from the Automatic Stay and Other Relief, Filed July 14, 2017 and July 26, 2017. See ECF Doc. 85-1.*

[3] *See* ECF Doc. 62 at pages 7 through 10, ECF Doc. 70 at page 4, ECF Doc. 178, 185, 224, and 244.

finding regarding the applicability of the automatic stay to the proceeds of the D&O Policies.[4] The Agreed Order also imposed a $5 million "soft cap" on the use of D&O Policies' proceeds.[5] Finally, the Agreed Order also included a quarterly obligation for counsel for the D&Os to submit summaries of the defense costs incurred and to be paid subject to the "soft cap" but those summaries do not include any disclosure of the work actually performed or the status of or events occurring in relation to the on-going proceedings.[6]

On February 8, 2019, the D&Os, filed a motion before this Court seeking to increase the previously agreed-upon soft cap from $5 million to $9 million.[7] The Lead Plaintiffs submitted a conditional objection to that motion and urged the Court to establish a set aside in an amount equal to the requested increase to be reserved for claimants.[8] The Court granted the motion to increase the "soft cap" and overruled the Lead Plaintiffs' conditional objection and made no changes to the quarterly reporting requirements established in the original Agreed Order.[9]

## CONDITIONAL OBJECTION

The Lead Plaintiffs do not oppose the use of the remaining portion of the existing "soft cap" to pay costs of the mediator and similar costs associated with the scheduled mediation. However, further defense costs of the D&Os should not be paid from the proceeds of the available insurance policies unless there are controls and/or limits on future defenses costs or the D&Os put forward an enforceable strategy to bring the on-going proceedings to a resolution. The D&Os have not demonstrated that there is any strategy to do so and the fee burn rate also

---

[4] ECF Doc. 325 at page 3.
[5] *Id.*
[6] ECF Doc. 325 at ¶ 4 at pages 3 and 4.
[7] ECF Doc. 506 at page 1.
[8] ECF Doc. 517.
[9] ECF Doc. 531.

4

indicates that there is no concern for controlling the defense costs in these matters which are diminishing the funds available for recovery by claimants.

One of the chief goals of the bankruptcy court is to fairly administer the proceedings and distribute assets.[10] The proceeds of the D&O Policies are likely to be significantly less than the amounts due to all claimants.  Thus, in fairness and to protect the interests of all claimants to the proceeds of the D&O Policies, if the Court determines that the soft cap should be increased by $3 million for the benefit of the D&Os, then the Court should impose new controls and limits on the use of the "soft cap" funds or future increases and request that an equal $3 million be set aside from the D&O Policies' proceeds for use in connection with all claimants' claims to the proceeds, including, Lead Plaintiffs' claims on behalf of the Class, against Ryan and Verdigets in the Securities Class Action.  Further, if the soft cap is increased again in the future, then the set aside should be increased in an equal amount.

**WHEREFORE**, the Lead Plaintiffs (a) conditionally object to any increase in the soft cap unless there is a demonstration by the D&Os that they have an enforceable strategy for bringing the on-going proceedings to a resolution and/or to control and limit D&Os defense costs to be paid under the increased "soft cap" and a corresponding set aside in an equal amount for use in connection with all claimants' claims to the proceeds, including Lead Plaintiffs' claims on behalf of the Class against Ryan and Verdigets in the Securities Class Action; (b) request that if the Court increases the soft cap by $3 million as requested by the D&Os, then the Court order that $3 million be set aside from the D&O Policies' proceeds for use in connection with all claimants' claims to the proceeds, including Lead Plaintiffs' claims on behalf of the Class against Ryan and Verdigets in the Securities Class Action; (c) request that future increases in the

---

[10] *See In re Hinsley*, 2003 WL 21356015, at *3 (5th Cir. 2003) (recognizing that one of the bankruptcy court's responsibilities is to "achieve a fair and equitable distribution of assets to the creditors").

soft cap be accompanied by an equal increase in the set aside for use in connection with all claimants' claims to the proceeds, including Lead Plaintiffs' claims on behalf of the Class against Ryan and Verdigets in the Securities Class Action; and (d) further request that this Court grant such other and further relief as may be just and proper.

<div style="margin-left: 40%;">

Respectfully submitted,

</div>

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, <br>    RANKIN & HUBBARD | */s/ Christopher T. Caplinger*<br>CHRISTOPHER T. CAPLINGER (#25357)<br>JOSEPH P. BRIGGETT (LA #33029)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: ccaplinger@lawla.com;<br>          jbriggett@lawla.com<br><br>And<br><br>Of counsel:<br><br>BARRACK, RODOS & BACINE<br>Jeffrey W. Golan<br>Robert A. Hoffman<br>Jeffrey B. Gittleman<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br>Facsimile: (215) 963-0838<br><br>*Lead Counsel for the Lead Plaintiffs*<br>*in the Securities Class Action* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon parties identified below via the Court's CM/ECF System this 17th day of March 2020.

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com; malka.zeefe@dentons.com
Serajul Ferdows Ali on behalf of Interested Party United States of

America/Treasury serajul.ali@usdoj.gov
A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured
Creditors' Committee baltazan@stewartrobbins.com,
jdelage@stewartrobbins.com; kheard@stewartrobbins.com;
aleblanc@stewartrobbins.com; baltazan@ecf.courtdrive.com;
kheard@ecf.courtdrive.com; aleblanc@ecf.courtdrive.com
Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis P. Ballero, Jr.
babin@derbeslaw.com, derbeser72443@notify.bestcase.com
Brian M. Ballay on behalf of Defendant Charles C. Teamer, Sr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Dale B. Atkins
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant David Aaron, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Grish Roy B. Pandit
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Herbert W. Anderson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Hermann B. Moyse, III
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant James C. Roddy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant John C. Calhoun
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant John Fenner French
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Joseph F. Toomy
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Lawrence Blake Jones
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Leander J. Foley
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Leon L. Giorgio, Jr.
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Louis Lauricella
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Mark Merlo
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Richard M. Wilkinson
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant Shivan Govindan
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Defendant William Carrouche
bballay@bakerdonelson.com, ddeamore@bakerdonelson.com
Brian M. Ballay on behalf of Interested Party Directors and Former Directors
Group bballay@bakerdonelson.com, ddeamore@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com, dee.mcgill@dentons.com; sam.alberts@dentons.com; malka.zeefe@dentons.com; lori.odum@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com, akass@reasonoverllc.com; kreasonover@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com, kheard@stewartrobbins.com; jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com; kheard@ecf.courtdrive.com; aleblanc@ecf.courtdrive.com

Aaron Brownell on behalf of Interested Party United States of America on behalf of the Internal Revenue Service aaron.c.brownell@usdoj.gov

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com, mlopez@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com, vicki.owens@arlaw.com;mary.cuenca@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com, michelle@congenilawfirm.com

Nancy Scott Degan on behalf of Defendant Charles C. Teamer, Sr. ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Dale B. Atkins ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant David Aaron, Jr. ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Grish Roy B. Pandit ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Herbert W. Anderson ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Hermann B. Moyse, III ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant James C. Roddy ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John C. Calhoun ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant John Fenner French ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Joseph F. Toomy ndegan@bakerdonelson.com, degan@bakerdonelson.com

Nancy Scott Degan on behalf of Defendant Lawrence Blake Jones

ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Defendant Leander J. Foley
ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Defendant Leon L. Giorgio, Jr.
ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Defendant Louis Lauricella
ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Defendant Mark Merlo
ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Defendant Richard M. Wilkinson
ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Defendant Shivan Govindan
ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Defendant William Carrouche
ndegan@bakerdonelson.com, degan@bakerdonelson.com
Nancy Scott Degan on behalf of Interested Party Directors and Former Directors
Group ndegan@bakerdonelson.com, degan@bakerdonelson.com
Eric J Derbes on behalf of Defendant Frank Fugetta ederbes@derbeslaw.com,
derbespacer@gmail.com; derbeser72443@notify.bestcase.com
Eric J Derbes on behalf of Defendant Michael Lulich ederbes@derbeslaw.com,
derbespacer@gmail.com; derbeser72443@notify.bestcase.com
Jonathan Edwards on behalf of Defendant Marsha Crowle
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Jonathan Edwards on behalf of Defendant Mary Beth Verdigets
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Jonathan Edwards on behalf of Interested Party Marsha Crowle
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Elizabeth J. Futrell on behalf of Creditor David W. Anderson
efutrell@joneswalker.com, mmontiville@joneswalker.com
Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
amanda.b.george@usdoj.gov
Eric Goldstein on behalf of Interested Party U.S. Bank National Association, as
Indenture Trustee egoldstein@goodwin.com, bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com
Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets
aaron.greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com
Jan Marie Hayden on behalf of Creditor Herbert Anderson, Jr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com
Jan Marie Hayden on behalf of Creditor James Roddy
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com
Jan Marie Hayden on behalf of Creditor Penthouse Apartment Management, LLC
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;

ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Creditor The Columbus Group
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Creditor William Carrouche
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Creditor David W. Anderson
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Creditor William D. Aaron, Jr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Charles C. Teamer, Sr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Dale B. Atkins
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant David Aaron, Jr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Grish Roy B. Pandit
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Herbert W. Anderson
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Hermann B. Moyse, III
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant James C. Roddy
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John C. Calhoun
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant John Fenner French
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Joseph F. Toomy
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Lawrence Blake Jones
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leander J. Foley
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Leon L. Giorgio, Jr.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Louis Lauricella
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Mark Merlo
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Richard M. Wilkinson
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant Shivan Govindan
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Defendant William Carrouche
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Interested Party Directors and Former Directors
Group jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Interested Party Marsha Crowle
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Interested Party Mary Beth Verdigets
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

Jan Marie Hayden on behalf of Interested Party Ryan J. Ashton
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;
ptorres@bakerdonelson.com

John Hite, III on behalf of Plaintiff Zurich American Insurance Company
jhite@shmrlaw.com

John M. Landis on behalf of Creditor Gregory St. Angelo
jlandis@stonepigman.com, boneil@stonepigman.com;
scoleman@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC
mlandis@hellerdraper.com, kfritscher@hellerdraper.com

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton
amills@fishmanhaygood.com, rhamilton@fishmanhaygood.com

Barbara B. Parsons on behalf of Debtor First NBC Bank Holding Company

bparsons@steffeslaw.com, bparsons@ecf.courtdrive.com;
schassaing@steffeslaw.com
L. Marlene Quarles on behalf of Interested Party Lawrence Blake Jones
mquarles@dwyercambre.com
Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance
Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com
Ryan James Richmond on behalf of Creditor Committee Official Unsecured
Creditors' Committee rrichmond@stewartrobbins.com
Lacey E Rochester on behalf of Interested Party Directors and Former Directors
Group lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
David Rubin on behalf of Other Prof. Interested Party
David.Rubin@butlersnow.com
Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and
Exchange Commission atlreorg@sec.gov;baddleyd@sec.gov
William E. Steffes on behalf of Debtor First NBC Bank Holding Company
bsteffes@steffeslaw.com, schassaing@steffeslaw.com
Paul Douglas Stewart, Jr. on behalf of Attorney Stewart Robbins & Brown, LLC
dstewart@stewartrobbins.com, jdelage@stewartrobbins.com;
kheard@stewartrobbins.com; aleblanc@ecf.courtdrive.com;
aleblanc@stewartrobbins.com; dstewart@ecf.courtdrive.com;
kheard@ecf.courtdrive.com; stewartdr80984@notify.bestcase.com
Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured
Creditors' Committee dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com; kheard@stewartrobbins.com;
aleblanc@ecf.courtdrive.com; aleblanc@stewartrobbins.com;
dstewart@ecf.courtdrive.com; kheard@ecf.courtdrive.com;
stewartdr80984@notify.bestcase.com
Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov
R. Patrick Vance on behalf of Creditor David W. Anderson
pvance@joneswalker.com, nwiebelt@joneswalker.com
Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC
swilliamson@gamb.com, lquintana@gamb.law
Phillip A. Wittmann on behalf of Defendant Gregory St. Angelo
pwittmann@stonepigman.com

_/s/ Christopher T. Caplinger_