**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: | |
| FIRST NBC BANK HOLDING COMPANY, | Chapter 11 |
| Debtor. | Case No. 17-11213 |

**REPLY TO LEAD PLAINTIFFS', OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM AND VOLUNTARY EMPLOYEES' BENEFIT ASSOCIATION, PLYMOUTH COUNTY RETIREMENT SYSTEM, AND CENTRAL LABORERS' PENSION FUND, CONDITIONAL OBJECTION TO SECOND MOTION TO INCREASE THE "SOFT CAP"**

William D. Aaron, Jr., Herbert Anderson, Jr., Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy, Richard M. Wilkinson, David W. Anderson, Marsha Crowle, Mary Beth Verdigets, and Ashton Ryan (the "D&Os" or "Movants") filed a *Motion to Increase the "Soft Cap" Established in the Agreed Order Granting, In Part, Motions for Order Finding the Directors and Officers Liability Insurance Policy Proceeds are Not Property of the Estate or Alternatively, for Relief from the Automatic Stay* (Doc. 325) *from $9,000,000 to $12,000,000* [Doc. 830] (the "*Second Motion to Increase Soft Cap*"). This is the third time that the D&Os have come before this Court to access the D&O policy proceeds for the defense of claims asserted against them by The Federal Deposit Insurance Corporation, acting in its capacity as Receiver for First NBC Bank, the Federal Deposit Insurance Company, in its corporate capacity, the Unsecured Creditors' Committee, the United States Department of Justice, and the Objectors.

As conceded in the Conditional Objection, this is the second time the Objectors have opposed a request to lift the soft cap. This is the second time they have sought to limit and interfere with the D&Os' defense of the various civil, regulatory, and other claims asserted against them. The Objectors complain of the erosion of the D&O policy limits by the defense costs, yet the Objectors are contributing to that very erosion without legal or factual basis to do so. Indeed, the Objectors' current filing [Doc. 835] cites no law in support of their Conditional Objection. And, for good reason: there is none. Rather than further erode the $60,000,000 policy limits, Movants incorporate by reference the following pleadings:

> (1) The original *Motion and Incorporated Memorandum of Law For: (1) Declaratory Relief that the Proceeds of the Directors and Officers Liability Insurance Policies are Not an "Asset of the Estate," or (2) Alternatively, for Relief From the Automatic Stay to Permit the Payment and/or Advancement of Defense Costs and Other Loss From the Proceeds of the Directors and Officers Liability Insurance Policies Filed by Directors and Former Directors, William D. Aaron, Jr., Dale Atkins, John C. Calhoun, Jimmy Fitzmorris, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govidan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson* [Doc. 178] filed October 13, 2017;
>
> (2) *David W. Anderson's Joinder in Motion and Incorporated Memorandum of Law For (1) Declaratory Relief That the Proceeds of the Directors and Officers Liability Insurance Policies are Not an "Asset of the Estate," or (2) Alternatively, for Relief From the Automatic Stay to Permit the Payment or Advancement of Defense Costs and Other Loss From the Proceeds of the Directors and Officers Liability Insurance Policies Filed by Certain Former Directors* [Doc. 224] filed October 7, 2017;
>
> (3) *Marsha Crowle's and Mary Beth Verdigets' Omnibus Reply to the Limited Objections of the Federal Deposit Insurance Corporation, as Receiver, and the Official Committee of Unsecured Creditors* [Doc. 285] filed December 13, 2017;
>
> (4) *David W. Anderson's Omnibus Reply to the Limited Objections of the Federal Deposit Insurance Corporation, as Receiver and the Official Committee of Unsecured Creditors* [Doc. 286] filed December 13, 2017; and

    (5) *Joinder by Directors and Former Directors William D. Aaron, Jr., Dale Atkins, John C. Calhoun, Jimmy Fitzmorris, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govidan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, Dr. Charles Teamer, Sr., Joseph Toomy, and Richard M. Wilkinson in Marsha Crowle's and Mary Beth Verdigets' Omnibus Reply to the Limited Objections of the Federal Deposit Insurance Corporation, as Receiver and the Official Committee of Unsecured Creditors* [Doc. 287] filed December 13, 2017.

The Movants' respectfully request that this Court overrule the Conditional Objection to the Second Motion to Increase the "Soft Cap."

New Orleans, Louisiana, this 19th day of March, 2020.

Respectfully submitted,

*/s/ Jan M. Hayden*________
Jan M. Hayden (#06672)
Nancy Scott Degan (#01819)
Brian M. Ballay (#29077)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com
ndegan@bakerdonelson.com
bballay@bakerdonelson.com

***Counsel for William D. Aaron, Jr., Herbert Anderson, Jr., Dale Atkins, John C. Calhoun, William Carrouche, Leander J. Foley, III, John F. French, Leon Giorgio, Jr., Grish Roy Pandit, Shivan Govindan, Lawrence Blake Jones, Louis Lauricella, Mark Merlo, Hermann Moyse, III, James Roddy, Dr. Charles Teamer, Sr., Joseph Toomy and Richard M. Wilkinson***

*/s/ Robert B. Bieck, Jr.*____________
R. PATRICK VANCE (#13008)
ROBERT B. BIECK, JR. (#3066)
ELIZABETH J. FUTRELL (#05863)
ALEXANDER N. BRECKINRIDGE, V (#36155)
**Jones Walker LLP**
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8202
Facsimile: (504) 589-8202
Email: pvance@joneswalker.com
Email: rbieck@joneswalker.com
Email: efutrell@joneswalker.com
Email: abreckinridge@joneswalker.com

***Attorneys for David W. Anderson***

*/s/ Jonathan T. Edwards*____________
Mary C. Gill *(admitted pro hac vice)*
Georgia Bar Number 294776
Jonathan T. Edwards *(admitted pro hac vice)*
Georgia Bar Number 134100
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7000
mary.gill@alston.com
jonathan.edwards@alston.com
***Attorneys for Marsha Crowle & Mary Beth Verdigets***

*/s/ Edward J. Castaing, Jr.*__________
Edward J. Castaing, Jr. #4022
**CRULL, CASTAING & LILLY**
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
ecastaing@cclhlaw.com
***Counsel for Ashton J. Ryan, Jr.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via email through the Court's CM/ECF Electronic Notification System to all counsel of record who are receiving notice through this Court's CM/ECF Electronic Notification System and/or by First Class Mail upon the parties on the attached service list who do not receive notice through the CM-ECF system.

New Orleans, Louisiana, this 19th day of March, 2020.

*/s/ Jan M. Hayden*
Jan M. Hayden

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank: sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com; malka.zeefe@dentons.com
Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov
A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com, jdelage@stewartrobbins.com; kheard@stewartrobbins.com
Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com
Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com, akass@reasonoverllc.com; kreasonover@reasonoverllc.com
Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com, kheard@stewartrobbins.com; jdelage@stewartrobbins.com
Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com, mlopez@lawla.com
Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com
Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com, vicki.owens@arlaw.com;mary.cuenca@arlaw.com
Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com,

4818-9477-5991v1
2941996-000001

michelle@congenilawfirm.com
Jonathan Edwards on behalf of Interested Party Marsha Crowle
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets
Jonathan.Edwards@alston.com, leslie.salcedo@alston.com
Elizabeth J. Futrell on behalf of Creditor David W. Anderson
efutrell@joneswalker.com, mmontiville@joneswalker.com
Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
amanda.b.george@usdoj.gov
Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets
aaron.greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com
jlandis@stonepigman.com, jmcnair@stonepigman.com
Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC
mlandis@gamb.law, jporche@gamb.law
Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton
amills@fishmanhaygood.com, rhamilton@fishmanhaygood.com
Barbara B. Parsons on behalf of Debtor First NBC Bank Holding Company
bparsons@steffeslaw.com, akujawa@steffeslaw.com;
bparsons@ecf.courtdrive.com
Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com
Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com,
kheard@stewartrobbins.com; ryan.richmond.cmecf@gmail.com;
jdelage@stewartrobbins.com
David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com
Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission atlreorg@sec.gov; baddleyd@sec.gov
William E. Steffes on behalf of Debtor First NBC Bank Holding Company
bsteffes@steffeslaw.com,akujawa@steffeslaw.com; schassaing@steffeslaw.com;
bsteffes@ecf.courtdrive.com
Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com; kheard@stewartrobbins.com;
jjohnson@stewartrobbins.com; 6031804420@filings.docketbird.com
Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov
R. Patrick Vance on behalf of Creditor David W. Anderson
pvance@joneswalker.com, nwiebelt@joneswalker.com
Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC
swilliamson@gamb.law, njohnson@gamb.law

7

4818-9477-5991v1
2941996-000001