**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 17-11213** |
| **FIRST NBC BANK HOLDING COMPANY,** | **SECTION A** |
| **DEBTOR** | **CHAPTER 11** |

**JOINT *EX PARTE* MOTION TO EXTEND DEADLINE FOR EFFECTIVE DATE AND FUNDING OF CHAPTER 11 PLAN OF REORGANIZATION**

**NOW INTO COURT**, through undersigned counsel, come First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors of First NBC Bank Holding Company (the "Committee"), who jointly move this Court to extend the deadline for investor funding and occurrence of the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [Doc. 621], as immaterially modified on March 6, 2020 [Doc. 816], (the "Joint Plan") for 60 days, through September 14, 2020. In support thereof, the Debtor and Committee (collectively, "Plan Proponents") aver as follows:

1.

On July 2, 2019, the Plan Proponents filed the Joint Plan [Doc. 621]. In response thereto, the United States of America on behalf of its Department of Treasury ("Treasury") filed an objection to confirmation of the *Joint Plan* [Doc. 669] related to treatment of its equity interests in the Debtor. Following the continued hearing on confirmation of the *Joint Plan*, this Court, on May 1, 2020, entered a *Ruling on the United States' Objection to Plan Confirmation* [Doc. 859] ("Ruling") in favor of the Plan Proponents.

2.

On May 15, 2020, Treasury filed a notice of appeal [Doc. 862] ("Appeal") of the *Ruling* (no briefing deadlines have yet been established for the Appeal[1]). On the same date, a few hours later, this Court entered an Order confirming the *Joint Plan* [Doc. 863].

3.

The Joint Plan includes multiple conditions for it to become effective, including the requirement that the First Round Investment (cash amount of $5 million) be immediately available for disbursement from escrow for use in accordance with the Joint Plan. The FRI Escrow Agreement [Doc. 815], governing the investment funding, requires that the balance of the First Round Investment be deposited into the escrow account of Debtor's counsel ("Escrow Account") by June 26, 2020. While all First Round Investors have placed *at least* 10% of their respective investments in the Escrow Account, the remaining portion of the First Round Investment has not yet been deposited as a result of investors' concerns related to the pending Appeal.

4.

The Debtor and First Round Investors are currently in the process of determining the Appeal's effect, if any, on future business operations of the Debtor. Such process includes consultation with non-bankruptcy professionals and remains ongoing at this time. In addition, since the Appeal was filed, the Debtor and Treasury have had initial discussions regarding the possibility of amicably resolving the Appeal. Plan Proponents believe that if an amicable resolution of the Appeal is possible, the approval process within Treasury could likely take several weeks to be accomplished.

---

[1] The Appeal is currently pending before the U.S. District Court for the Eastern District of Louisiana as Case No. 2:20-cv-01459.

5.

Pursuant to Section 1.1.40 of the confirmed Joint Plan, "[e]xcept as otherwise extended by the Court on motion of the Plan Proponents, the Effective Date shall in no event occur more than sixty (60) days after the Confirmation Date". Based on the May 15, 2020 Confirmation Date, the deadline for the Plan's Effective Date is currently July 14, 2020.

6.

Through this motion, Plan Proponents seek a 60-day extension of the deadline (or until September 14, 2020) for the Effective Date to allow: (1) the First Round Investors to conclude their assessment of any effects of the Appeal on future business operations of the Debtor; and/or, (2) as appropriate, the Plan Proponents to attempt to amicably resolve the Appeal with Treasury. Plan Proponents maintain that the foregoing actions are necessary for implementation of the Joint Plan. In addition, they assert that the 60-day extension requested is reasonable given the delay between commencement of this Chapter 11 Case in May 2017 and the Confirmation Date of May 15, 2020.

7.

In connection with the foregoing request, the Plan Proponents seek this Court's approval to amend the FRI Escrow Agreement to provide for the balance of the First Round Investment to be deposited into the Escrow Account on or before September 4, 2020.

8.

Based on the post-confirmation developments, resulting uncertainties existing in this case and the time needed to resolve such uncertainties, Plan Proponents respectfully request that this Court approve an extension of the Effective Date deadline for the Joint Plan until September 14, 2020 and the deadline for the First Round Investment funding until September 4, 2020.

**WHEREFORE**, the Debtor and Committee pray that this Court enter an order: (1) approving an extension of the Effective Date deadline, set forth in Section 1.1.40 of the Joint Plan, until September 14, 2020; (2) approving an amendment to the FRI Escrow Agreement which would extend the deadline for the First Round Investors to deposit into the Escrow Account the remaining portion of the First Round Investment until September 4, 2020; and, (3) for any such other relief deemed equitable and just.

Respectfully Submitted;

By: /s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C**.
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com
*Counsel for Debtor*

And

Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

Brandon B. Brown
**STEWART ROBBINS & BROWN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998
Email: bbrown@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Creditors of First NBC Bank Holding Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **FIRST NBC BANK HOLDING COMPANY,** | **CASE NO. 17-11213** |
| **DEBTOR** | **SECTION A** |
| | **CHAPTER 11** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the forgoing *Joint Ex Parte Motion to Extend Deadline for Effective Date and Funding* has been served *via* e-mail through this Court's CM/ECF Electronic Notification System to the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Alysson Leigh Mills on behalf of Interested Party Ryan J. Ashton amills@fishmanhaygood.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

I hereby further certify that a copy of the motion has been served upon all creditors and interested parties who do not receive notice through this Court's CM/ECF Electronic Notification System, as shown on the attached mailing list, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 25th day of June, 2020.

/s/ Samantha J. Chassaing
Samantha J. Chassaing