# MONTHLY OPERATING REPORT

### CHAPTER 11

CASE NAME: First NBC Bank Holding Company

CASE NUMBER: 17-11213            For Period August 1 _____ to August 31 _____, 20 20.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {x} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {x} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: September 15, 2020
(date)

Debtor(s)*: First NBC Bank Holding Company

By:**

Position: Chief Restructuring Officer

Name of preparer: Lawrence Blake Jones

Telephone No. of Preparer (504) 525-4361

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
3/11

Aug 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | Comparative Balance Sheet | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11-May-17 | 31-May-17 | 30-Jun-17 | 31-Jul-17 | 31-Aug-17 | 30-Sep-17 | 31-Oct-17 | 30-Nov-17 | 31-Dec-17 |
| **Assets** | | | | | | | | | |
| Cash | $ 307,431 | 65,407 | $ 65,387 | $ 71,758 | $ 666,240 | $ 666,206 | $ 72,194 | $ 52,175 | 332,018 |
| Accounts Receivable | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | $ 2,069,359 | 1,500,000 |
| Prepaid expenses | | | | | | | | | |
| Other | $ 587,322 | $ 587,322 | $ 587,322 | $ 587,322 | $ - | $ - | $ 593,687 | $ 593,687 | - |
| | $ - | $ - | | | | | | | |
| **Total Assets** | $ 2,964,112 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 | $ 2,735,565 | $ 2,735,240 | $ 2,715,221 | $ 1,832,018 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ - | $ 24,386 | $ 59,555 | $ 81,432 | $ 128,716 | $ 172,046 | $ 288,901 | $ 310,467 | $ 175,104 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,057,572 | $ 61,081,958 | $ 61,117,126 | $ 61,139,004 | $ 61,186,288 | $ 61,229,618 | $ 61,346,473 | $ 61,368,039 | $ 61,232,676 |
| **Equity** | $ (58,093,459) | $ (58,359,870) | $ (58,395,059) | $ (58,410,565) | $ (58,450,689) | $ (58,494,053) | $ (58,611,233) | $ (58,652,818) | $ (59,400,658) |
| **Total Liabilities & Equity** | $ 2,964,112 | $ 2,722,088 | $ 2,722,068 | $ 2,728,439 | $ 2,735,599 | $ 2,735,565 | $ 2,735,240 | $ 2,715,221 | $ 1,832,018 |

Aug 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | Comparative Balance Sheet, cont'd. | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 31-Jan-18 | 28-Feb-18 | 31-Mar-18 | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 |
| **Assets** | | | | | | | | | |
| Cash | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,850 | $ 1,048,181 | $ 946,530 |
| Accounts Receivable | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | | | | | |
| Other | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,850 | $ 1,048,181 | $ 946,530 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 250,050 | $ 350,452 | $ 46,545 | $ 169,788 | $ 90,822 | $ 71,402 | $ 151,346 | $ 96,245 | $ 6,384 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,307,622 | $ 61,408,024 | $ 61,104,116 | $ 61,227,360 | $ 61,148,394 | $ 61,128,974 | $ 61,208,918 | $ 61,153,817 | $ 61,063,956 |
| **Equity** | $ (59,543,011) | $ (59,643,413) | $ (59,694,955) | $ (59,818,318) | $ (59,856,130) | $ (59,898,854) | $ (60,098,068) | $ (60,105,636) | $ (60,117,426) |
| **Total Liabilities & Equity** | $ 1,764,611 | $ 1,764,611 | $ 1,409,162 | $ 1,409,042 | $ 1,292,263 | $ 1,230,120 | $ 1,110,850 | $ 1,048,181 | $ 946,530 |

Aug 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | Comparative Balance Sheet, cont'd. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 | 28-Feb-19 | 31-Mar-19 | 30-Apr-19 | 31-May-19 | 30-Jun-19 |
| **Assets** | | | | | | | | | |
| Cash | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,927 | $ 756,541 | $ 755,544 |
| Accounts Receivable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | | | | | |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,927 | $ 756,541 | $ 755,544 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | 23,698.02 | $ 90,790 | $ 52,662 | $ 14,878 | $ 55,846 | $ 58,888 | $ 20,942 | $ 68,286 | 176,035 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,081,270 | $ 61,148,362 | $ 61,110,234 | $ 61,072,450 | $ 61,113,418 | $ 61,116,460 | $ 61,078,514 | $ 61,125,858 | $ 61,233,607 |
| **Equity** | $ (60,138,010) | $ (60,205,930) | $ (60,218,488) | $ (60,234,826) | $ (60,276,381) | $ (60,305,142) | $ (60,320,586) | $ (60,369,316) | $ (60,478,063) |
| **Total Liabilities & Equity** | $ 943,259 | $ 942,432 | $ 891,746 | $ 837,624 | $ 837,037 | $ 811,318 | $ 757,927 | $ 756,541 | $ 755,544 |

Aug 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | **Comparative Balance Sheet, cont'd.** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **31-Jul-19** | **31-Aug-19** | **30-Sep-19** | **31-Oct-19** | **30-Nov-19** | **31-Dec-19** | **31-Jan-20** | **29-Feb-20** | **31-Mar-20** |
| **Assets** | | | | | | | | | |
| Cash | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 | $ 495,476 | $ 431,961 | $ 431,147 |
| Accounts Receivable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | | | | | |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 | $ 495,476 | $ 431,961 | $ 431,147 |
| **Liabilities** | | | | | | | | | |
| Post-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 82,620 | $ 145,330 | $ 122,461 | $67,685 | $57,250 | $60,881 | $74,379 | $24,148 | $59,071 |
| Pre-petition liabilities: | | | | | | | | | |
| Accounts Payable | $ 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 | 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | | | | | |
| **Total Liabilities** | $ 61,140,192 | $ 61,202,902 | $ 61,180,033 | $ 61,125,257 | $ 61,114,822 | $ 61,118,453 | $ 61,131,951 | $ 61,081,720 | $ 61,116,643 |
| **Equity** | $ (60,532,934) | $ (60,597,513) | $ (60,740,536) | $ (60,757,018) | $ (60,616,597) | $ (60,620,645) | $ (60,636,475) | $ (60,649,758) | $ (60,685,495) |
| **Total Liabilities & Equity** | $ 607,257 | $ 605,389 | $ 439,497 | $ 368,239 | $ 498,225 | $ 497,808 | $ 495,476 | $ 431,961 | $ 431,147 |

Aug 2020 MOR Balance Sheet
Schedule 2-B
Case Number: 17-11213
First NBC Bank Holding Company

| | Comparative Balance Sheet, cont'd. | | | | |
| --- | --- | --- | --- | --- | --- |
| | 30-Apr-20 | 31-May-20 | 30-Jun-20 | 31-Jul-20 | 31-Aug-20 |
| **Assets** | | | | | |
| Cash | $ 370,505 | $ 308,421 | $ 308,415 | $ 308,406 | $ 251,622 |
| Accounts Receivable | $ - | $ - | $ - | $ - | $ - |
| Prepaid expenses | | | | | |
| Other | $ - | $ - | $ - | $ - | $ - |
| **Total Assets** | $ 370,505 | $ 308,421 | $ 308,415 | $ 308,406 | $ 251,622 |
| **Liabilities** | | | | | |
| Post-petition liabilities: | | | | | |
| Accounts Payable | $65,213 | $20,508 | $39,639 | $52,123 | $20,942 |
| Pre-petition liabilities: | | | | | |
| Accounts Payable | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 | $ 1,057,572 |
| Notes Payable-unsecured | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 | $ 60,000,000 |
| Other unsecured debt | | | | | |
| **Total Liabilities** | $ 61,122,785 | $ 61,078,080 | $ 61,097,211 | $ 61,109,695 | $ 61,078,514 |
| **Equity** | $ (60,752,280) | $ (60,769,658) | $ (60,788,796) | $ (60,801,288) | $ (60,826,892) |
| **Total Liabilities & Equity** | $ 370,505 | $ 308,421 | $ 308,415 | $ 308,406 | $ 251,622 |

Aug 2020 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

| | Income Statement | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 |
| **Revenue** | $  - | | | | | | | | | | | | | |
| | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| **Operating expenses** | (20) | (20) | (20) | (1,666) | (34) | (325) | (20,020) | (165,421) | (67,407) | 0 | (355,449) | (120) | (116,778) | (62,143) |
| **Net Income (Loss)** | (20) | (20) | (20) | (1,666) | (34) | (325) | (20,020) | (165,421) | (67,407) | 0 | (355,449) | (120) | (116,778) | (62,143) |

Aug 2020 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

| | Income Statement, cont'd. | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **Jul-18** | **Aug-18** | **Sep-18** | **Oct-18** | **Nov-18** | **Dec-18** | **Jan-19** | **Feb-19** | **Mar-19** | **Apr-19** | **May-19** | **Jun-19** | **Jul-19** |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating expenses** | (119,270) | (62,669) | (101,651) | (3,270) | (827) | (50,686) | (54,123) | (587) | (25,719) | (54,365) | (411) | (998) | (148,286) |
| **Net Income (Loss)** | (119,270) | (62,669) | (101,651) | (3,270) | (827) | (50,686) | (54,123) | (587) | (25,719) | (54,365) | (411) | (998) | (148,286) |

Aug 2020 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

| | Income Statement, cont'd. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Aug-19** | **Sep-19** | **Oct-19** | **Nov-19** | **Dec-19** | **Jan-20** | **Feb-20** | **Mar-20** | **Apr-20** | **May-20** | **Jun-20** | **Jul-20** |
| **Revenue** | | | | | | | | | | | | |
| | $ - | $ - | $ - | $ 166,703 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating expenses** | (1,869) | (165,892) | (71,258) | (31,841) | (55,809) | (2332) | (63,514) | (814) | (60,642) | (62,083) | (6) | (9) |
| **Net Income (Loss)** | (1,869) | (165,892) | (71,258) | 134,862 | (55,809) | (2,332) | (63,514) | (814) | (60,642) | (62,083) | (6) | (9) |

Aug 2020 Income Statement
Schedule 2-C
Case Number: 17-11213
First NBC Bank Holding Company

| Income Statement, cont'd. |
|---|

|  | Aug-20 |
|---|---|
| **Revenue** |  |
|  | $      - |
| **Operating expenses** | (55,809) |
| **Net Income (Loss)** | (55,809) |

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**
**MONTHLY OPERATING REPORT**
**Activity from: 8/1/2020 to 8/31/2020**

**Schedule 2-D**

| | DIP<br>Acct#***284 | Monthly Total<br>Aug-20 |
|---|---:|---:|
| **1.  BOOK BALANCE AS OF 8/1/20** | 307,431 | 307,431 |
| **2.  RECEIPTS** | 0 | 0 |
| **3.  TRANSFERS IN (Internal Transfers)** | 0 | 0 |
| **4.  DISBURSEMENTS** | | |
| a.    U.S. Trustee Quarterly Fees | | 0 |
| b.    All Other Disbursements | -55,809 | -55,809 |
| **5.  TRANSFERS OUT (Internal Transfers)** | 0 | 0 |
| **NET CHANGE IN CASH** | -55,809 | -55,809 |
| **BOOK BALANCE AS OF 8/31/20** | 251,622 | 251,622 |
| **ADD: OUTSTANDING CHECKS** | | 0 |
| **4.  BANK BALANCE AS OF 8/31/20** | 251,622 | 251,622 |

Notes:

Case Name: *In re First NBC Bank Holding Company*
Case Number: 17-11213
**MONTHLY OPERATING REPORT**
**Activity from: 8/1/2020 to 8/31/2020**

**Schedule 2-D**

| | Statement of Receipts and Disbursements<br>As of August 31, 2020 |
|---|---|

**Receipts**

| | | |
|---|---|---|
| **Total Receipts** | $ | - |

**Disbursements**

| | | |
|---|---|---|
| Post petition Payables | $ | (55,809) |
| UST fees | $ | - |
| **Total Disbursements** | $ | (55,809) |

| | | |
|---|---|---|
| **Net Change** | $ | (55,809) |

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**

**MONTHLY OPERATING REPORT**
**Activity from: 8/1/2020 to 8/31/2020**
**Schedule 2-E**

**POST-PETITION ACCOUNTS PAYABLE AGING REPORT**

| | | |
|---|---|---|
| Trade payables | $ | - |
| Professional Fees | $ | 20,942 |
| Total | $ | 20,942 |

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**
Schedule 2-E
SUPPORTING SCHEDULE
For Period August 1, 2020 to August 31, 2020

## ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | AMOUNT DUE |
|---|---|

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**
Schedule 2-D

## Disbursement Journal
**Aug-20**

| Date | Check# | Payee | Description | | Disbursement Amount |
|------|--------|-------|-------------|---|---------------------|
| 8/10/2020 | EFT | Regions Bank | Analysis Charge | $ | 6.93 |
| 8/21/2020 | 1073 | Computershare | July service fees and annual report | $ | 937.93 |
| 8/24/2020 | 1074 | Computershare | May & June service fees | $ | 819.66 |
| 8/26/2020 | 1075 | The Steffes Firm | Order granting fee application | $ | 54,044.75 |
| Subtotal - non-UST disbursements | | | | $ | 55,809.27 |
| **Total disbursements** | | | | $ | 55,809.27 |

**Case Name:** *In re First NBC Bank Holding Company*
**Case Number: 17-11213**
Schedule 2-D
Quarterly U.S. Trustee Fees

## Quarterly Fee Schedule

| Month Ended | Aug-20 | |
|---|---|---|
| | **Cash Disbursements** | **Quarterly Fee** |
| January | $ 1,357 | |
| February | $ 63,514 | |
| March | $ 814 | |
| | **$ 65,685** | **$ 650** |
| April | $60,642 | |
| May | $61,430 | |
| June | $6 | |
| | **$122,078** | **$ 975** |
| July | $9 | |
| August | $55,809 | |
| September | | |
| October | | |
| November | | |
| December | | |

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**
Schedule 2-E

SUPPORTING SCHEDULES
For Period August 1, 2020 to August 31, 2020

<u>**INSURANCE SCHEDULE**</u>

The Debtor does not own or lease any property; nor, does the Debtor maintain any employees. Accordingly, the Debtor believes that there are no assets for which insurance coverage is required.

**Case Name: *In re First NBC Bank Holding Company***
**Case Number: 17-11213**
Schedule 2-F

## Narrative

During August, the Debtor and the Committee each filed briefs in reply to Treasury's appellate brief.  In additon, the Debtor moved for dismissal of Treasury's appeal in the District Court.



**Regions Bank**
New Orleans Main Poydras ST
400 Poydras Street
New Orleans, LA 70130



0078216 01 AV   0.386 001
FIRST NBC BANK HOLDING COMPANY
DEBTOR IN POSSESSION
C/O LAWRENCE BLAKE JONES
CHIEF RESTRUCTURING OFFICER
701 POYDRAS ST STE 4100
NEW ORLEANS LA 70139-7773

**ACCOUNT #** ▓▓5284

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## COMMERCIAL ANALYZED CHECKING
August 1, 2020 through August 31, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$308,406.20** | Minimum Balance | $251,621 |
| Deposits & Credits | $0.00 + | | |
| Withdrawals | $0.00 − | | |
| Fees | $6.93 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $56,777.34 − | | |
| **Ending Balance** | **$251,621.93** | | |

### FEES

| | | | | |
|---|---|---|---|---|
| 08/10 | Analysis Charge | 07-20 | | 6.93 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 08/05 | 1072 | 975.00 | 08/31 | 1074 | 819.66 |
| 08/21 | 1073 | 937.93 | 08/31 | 1075 | 54,044.75 |
| | | | | Total Checks | $56,777.34 |

* Break In Check Number Sequence

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/05 | 307,431.20 | 08/21 | 306,486.34 | 08/31 | 251,621.93 |
| 08/10 | 307,424.27 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account



| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

**Summary of Our Error Resolution Procedures**
**In Case of Errors or Questions About Your Electronic Transfers**
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |