UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 17-11213 |
| FIRST NBC BANK HOLDING COMPANY, | SECTION A |
| DEBTOR | CHAPTER 11 |

**JOINT *EX PARTE* MOTION TO EXTEND DEADLINE FOR
EFFECTIVE DATE AND FUNDING OF CHAPTER 11 PLAN OF REORGANIZATION**

**NOW INTO COURT**, through undersigned counsel, come First NBC Bank Holding Company (the "Debtor") and the Official Committee of Unsecured Creditors of First NBC Bank Holding Company (the "Committee"), who jointly move this Court to extend the deadline for investor funding and occurrence of the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization for First NBC Bank Holding Company* [Doc. 621], as immaterially modified on March 6, 2020 [Doc. 816] (the "Joint Plan"), until January 22, 2021 and January 29, 2021, respectively. In support thereof, the Debtor and Committee (collectively, "Plan Proponents") aver as follows:

1.

On July 2, 2019, the Plan Proponents filed the Joint Plan [Doc. 621]. In response thereto, the United States of America on behalf of its Department of Treasury ("Treasury") filed an objection to confirmation of the Joint Plan [Doc. 669] related to treatment of its equity interests in the Debtor. Following the continued hearing on confirmation of the Joint Plan, this Court, on May 1, 2020, entered a *Ruling on the United States' Objection to Plan Confirmation* [Doc. 859] ("Ruling") in favor of the Plan Proponents.

2.

On May 15, 2020, Treasury filed a notice of appeal[1] [Doc. 862] ("Appeal") of the Ruling in the U.S. District Court for the Eastern District of Louisiana ("District Court"). On the same date, a few hours later, this Court entered an Order confirming the *Joint Plan* [Doc. 863].

3.

The Joint Plan includes multiple conditions for it to become effective, including the requirement that the First Round Investment (cash amount of $5 million) be immediately available for disbursement from escrow for use in accordance with the Joint Plan. The FRI Escrow Agreement [Doc. 815], as amended, which governs the investment funding, currently requires that the balance of the First Round Investment be deposited into the escrow account of Debtor's counsel ("Escrow Account") by September 4, 2020. While all First Round Investors have placed *at least* 10% of their respective investments in the Escrow Account, the remaining portion of the First Round Investment has not yet been deposited as a result of such investors' continued concerns related to the pending Appeal. Due to these concerns, Plan Proponents previously moved this Court for an extension of the Effective Date deadline on two occasions, the latter motion being granted on September 16, 2020, and providing for an extension of the Effective Date deadline until November 12[2], 2020 [Doc. 889] ("Second Extension Order").

4.

Since that time, the Debtor has devoted significant effort toward alleviating investors' funding concerns to help enable occurrence of the Effective Date. First, after obtaining the consent of Treasury, on October 5, 2020, the Plan Proponents filed a motion to expedite the disposition of

---

[1] The Appeal is currently pending before the U.S. District Court for the Eastern District of Louisiana as Case No. 2:20-cv-01459.
[2] The Second Extension Order provides for a deadline of November 11, 2020, which is a Federal holiday; thus, the current deadline is November 12, 2020.

the Appeal[3] ("Motion to Expedite"). The current Effective Date deadline of November 12, 2020 and expiring escrow agreement formed the basis for this motion. On October 8, 2020, the District Court granted the Motion to Expedite and stated that disposition of the Appeal would be considered on an expedited basis. No further orders of the District Court have been entered since that time.

5.

Second and most importantly, the Debtor has invested a substantial amount of time in seeking additional investors that could potentially facilitate Joint Plan funding prior to resolution of the Appeal. The Debtor believes that the availability of additional funds would reduce the risks of all First Round Investors and elicit their agreement to proceed forward with Plan funding while the Appeal remains pending. After negotiations with multiple investor groups, the Debtor now believes that it will be able to secure the requisite investment(s) for Joint Plan funding within 45-60 days (following new investors' due diligence period).

6.

Pursuant to Section 1.1.40 of the confirmed Joint Plan, "[e]xcept as otherwise extended by the Court on motion of the Plan Proponents, the Effective Date shall in no event occur more than sixty (60) days after the Confirmation Date". Based on the May 15, 2020 Confirmation Date, the deadline for the Joint Plan's Effective Date was originally July 14, 2020; but, through the Second Extension Order, has been extended until November 12, 2020.

7.

Through this motion, Plan Proponents seek an extension of the deadline for the Effective Date until January 31, 2021 to allow: (1) the Debtor to secure additional investment(s) sufficient to resolve First Round Investors' concerns regarding Plan funding during pendency of the Appeal;

---

[3] *Consent Joint Motion for Order to Expedite Disposition of Appeal* [Appeal Doc. 17].

and/or, (2) the District Court sufficient time to resolve the Appeal. In addition, Plan Proponents assert that the extension requested is reasonable given the delay between commencement of this Chapter 11 Case in May 2017 and the Confirmation Date of May 15, 2020.

8.

In connection with the foregoing request, the Plan Proponents seek this Court's approval to amend the FRI Escrow Agreement to provide for the balance of the First Round Investment to be deposited into the Escrow Account on or before January 22, 2021.

9.

Based on the post-confirmation developments, resulting uncertainties existing in this case and the time needed to resolve such uncertainties, Plan Proponents respectfully request that this Court approve an extension of the Effective Date deadline for the Joint Plan until January 29, 2021 and the deadline for the First Round Investment funding until January 22, 2021.

**WHEREFORE**, the Debtor and Committee pray that this Court enter an order: (1) approving an extension of the Effective Date deadline, set forth in Section 1.1.40 of the Joint Plan, until January 29, 2021; (2) approving an amendment to the FRI Escrow Agreement which would extend the deadline for the First Round Investors to deposit into the Escrow Account the remaining portion of the First Round Investment until January 22, 2021; and, (3) for any such other relief deemed equitable and just.

Respectfully Submitted:

By: /s/ Barbara B. Parsons
WILLIAM E. STEFFES (#12426)
BARBARA B. PARSONS (#28714)
**THE STEFFES FIRM, L.L.C**.
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bparsons@steffeslaw.com
*Counsel for Debtor*

And

Jeffrey D. Sternklar (MA BBO No. 549561)
Jeffrey D. Sternklar LLC
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 396-4515
Fax: (617) 507-6530
Email: Jeffrey@sternklarlaw.com

Brandon A. Brown
**STEWART, ROBBINS, BROWN & ALTAZAN, LLC**
301 Main St., Ste. 1640
Baton Rouge, Louisiana 70801
Telephone: 225.231.9998
Email: bbrown@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Creditors of First NBC Bank Holding Company*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 17-11213 |
| **FIRST NBC BANK HOLDING COMPANY,** | SECTION A |
| DEBTOR | CHAPTER 11 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the forgoing *Joint Ex Parte Motion to Extend Deadline for Effective Date and Funding of Chapter 11 Plan of Reorganization* has been served via e-mail through this Court's CM/ECF Electronic Notification System to the following parties:

Sam J. Alberts on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank sam.alberts@dentons.com

Serajul Ferdows Ali on behalf of Interested Party United States of America/Treasury serajul.ali@usdoj.gov

A. Brooke Watford Altazan on behalf of Creditor Committee Official Unsecured Creditors' Committee baltazan@stewartrobbins.com

Wilbur J. (Bill) Babin, Jr. on behalf of Defendant Louis Ballero babin@derbeslaw.com

Brian M. Ballay on behalf of Interested Party Directors and Former Directors Group bballay@bakerdonelson.com

Jerry A. Beatmann on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank jay.beatmann@dentons.com

Ward Benson on behalf of Interested Party United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov, southern.taxcivil@usdoj.gov

Nicholas H. Berg on behalf of Interested Party Lawrence Blake Jones nberg@reasonoverllc.com

Brandon A. Brown on behalf of Creditor Committee Official Unsecured Creditors' Committee bbrown@stewartrobbins.com

Aaron Brownell on behalf of Interested Party United States of America on behalf of the Internal Revenue Service aaron.c.brownell@usdoj.gov

Christopher T. Caplinger on behalf of Creditor Lead Plaintiffs in Securities Class Action ccaplinger@lawla.com

Edward Castaing, Jr. on behalf of Interested Party Ryan J. Ashton ecastaing@cclhlaw.com

Robin B. Cheatham on behalf of Creditor Florida Parishes Bank cheathamrb@arlaw.com

Leo D. Congeni on behalf of Interested Party Doug Smith, derivatively and on behalf of First NBC Bank Holding Company leo@congenilawfirm.com

James Dalton Courson dcourson@stonepigman.com

Nancy Scott Degan on behalf of Interested Party Directors and Former Directors Group ndegan@bakerdonelson.com

Eric J Derbes ederbes@derbeslaw.com

Jonathan Edwards on behalf of Interested Party Mary Beth Verdigets and Jonathan.Edwards@alston.com

Elizabeth J. Futrell on behalf of Creditor David W. Anderson efutrell@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee amanda.b.george@usdoj.gov

Eric Goldstein on behalf of Interested Party U.S. Bank National Association, as Indenture Trustee egoldstein@goodwin.com

Aaron Benjamin Greenbaum on behalf of Interested Party Mary Beth Verdigets aaron.greenbaum@pjgglaw.com

Jan Marie Hayden on behalf of Interested Party Lawrence Blake Jones jhayden@bakerdonelson.com

John Hite, III on behalf of Counter-Defendant Zurich American Insurance Company jhite@shmrlaw.com

John M. Landis on behalf of Creditor Gregory St. Angelo jlandis@stonepigman.com

Michael E. Landis on behalf of Creditor Renewal Capital Company, LLC mlandis@gamb.law

Sharan Lieberman on behalf of Intervenor USA (DOJ) sharan.lieberman@usdoj.gov

L. Marlene Quarles on behalf of Interested Party Lawrence Blake Jones mquarles@dwyercambre.com

Andrew M Reidy on behalf of Interested Party Federal Deposit Insurance Corporation (FDIC) as Receiver for First NBC Bank areidy@lowenstein.com

Ryan James Richmond on behalf of Creditor Committee Official Unsecured Creditors' Committee rrichmond@stewartrobbins.com

Lacey E Rochester on behalf of Interested Party Directors and Former Directors Group lrochester@bakerdonelson.com

David Rubin on behalf of Other Prof. Interested Party drubin@kswb.com

Susan R. Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Unsecured Creditors' Committee dstewart@stewartrobbins.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor David W. Anderson pvance@joneswalker.com

Case 17-11213 Doc 895 Filed 11/10/20 Entered 11/10/20 16:02:26 Main Document Page 8 of 8

Stephen L. Williamson on behalf of Creditor Renewal Capital Company, LLC swilliamson@gamb.law

Phillip A. Wittmann pwittmann@stonepigman.com

I hereby further certify that a copy of the motion has been served upon all creditors and interested parties who do not receive notice through this Court's CM/ECF Electronic Notification System, as shown on the attached mailing list, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 10th day of November, 2020.

/s/ Samantha J. Chassaing
Samantha J. Chassaing